**DONALD RICHARD KARR JR. in pro per**

**Vietnam ERA Veteran 1967-1970**

**(VA-WHISTLE BLOWER since 2013)**

**1973 Stolen Veterans Affairs Application**

**400 W. Broadway Street #101-408**

**Missoula, Montana 59802**

**(830) 375-6795**

December 31st 2024

**FILED**

JAN 0 3 2025

Clerk, U.S. Courts
District Of Montana
Billings Division

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

NINTH CIRCUIT COURT DIVISION

WRIT & COMPLAINT CASE NO.    CASE NO. CV-25-02-BLG-TJC

RICO ACT CERTIORARI WRIT & COMPLAINT COURT RULES 4,9, 16 AND 38
VETERANS AFFAIR ORGANIZED CRIME & OBSTRUCTION OF JUSTICE
VA 1973 STOLEN 100% SERVICE CONNECTED DISABILITY BENEFITS OVER
FIFTY ONE YEARS OF OBSTRUCTION OF JUSTICE-18 U.S.C. § 1028, 1028A &1029

| | |
|---|---|
| DONALD RICHARD KARR, JR. Vietnam ERA Veteran, the Petitioner (1973 VA Application no. C XXXX6558 and RA XXXX7616 solider, | Ministerial Duty of Care Violated by Veterans Affair since 1973, violations of 18 U.S.C. § 1951, RICO Predicated Acts; CYBER CRIMES 18 U.S.C. § 1028, 1028A and 1029, etc., since September 1973, |
| vs. | assigning Petitioner's Benefits to a Civilian, |
| President Joesph R. Biden Jr., United States of America, Department of Veterans Affair, Denis McDonogh, Secretary, Does 1 thru 2,500 Does/ | Donald Lee Karr, TRICARE who never served in the Military for over fifty-one (51) years since 1973, a violation of 10 U. S.C. § 906 ART 106 IMPERSONATING A |

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 1 of 239

SOLIDER, A FELONY, EACH AND EVERY
MONTH SINCE FEBRUARY 1968,

## PETITIONER'S ORIGINAL RICO ACT CERTIORARI WRIT OF MANDAMUS
### 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES

### WITH VETERANS AFFAIR ATTEMPTED MURDER OF Petitioner'

-VA RACKETEERING ACTIVITIES WITH FIFTY YEARS OF VIOLATIONS HOBBS Act 18 USC §
1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. §§ 1028, 1028A & 1029 -
Undisputed acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against
Petitioner to KILL him to take his Profile -Veterans Affair Whistle Blower since 2013 including
attached Whistle Blower Complaint in Group Exhibit "I", and Exhibit Group "II" through Exhibit
Group "V" attached to this CERTIORARI WRIT OF MANDAMUS and Petition. a violation of 10
U. S.C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY
MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381
& 2384 & 28 USC § 2412 Crimes Against Petitioner,

TO THE HONORABLE COURT:

COMES NOW the Petitioner and Plaintiff [once loss of benefits are determined by the Court
by the Judge, not a magistrate, that requires by law that Plaintiff must approve, then this matter
may be heard as a Complex Litigation Complaint, Federal Rules 4, 9, 16 and 38 (Right to a Jury;
Demand (a) The right of trial by jury as decided by the Seventh Amendment to the Constitution
or as provided by a federal statue is preserved to the parties, (b) Demand on any issue trialable of
right by a jury, a party may demand a jury trial, with Plaintiff's request for a Jury Trial, Donald
Richard Karr Jr., Vietnam ERA Veteran, the Petitioner (1973 VA Application no. C XXXX6558 and
RA XXXX7616 Regular Army solider, was deployed in Germany US Army USAREUR in the Special
Weapons Depot, in April 1969 to December 1970, who has filed this CERTIORARI WRIT 'CASE OF
FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES, WITH VETERANS AFFAIR ATTEMPTED
MURDER OF PETITIONER, ILLEGAL REFUSAL OF PETITIONER'S BENEFITS SINCE 1973, INSTEAD

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 2 of 239

GIVING HIS BENEFITS FOR HIS 100% SERVICE CONNECTED DISABILITY TO DONALD LEE KARR ALSO KNOWN AS DONALD RTCHARD KARR, WHO HAS BEEN COLLECTED PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS SINCE 1973, FROM PETITIONER'S BENEFITS IN THE SECOND SIDE OF PETITIONER'S PROFILE, BENEFITS WHEN IN FACT DONALD LEE KARR WAS NEVER IN THE MILITARY,' Donald Richard Karr Jr. in pro per the Petitioner and the Plaintiff in this matter before the Court, for cause of action, to be heard by a Judge and Jury, that is including but not limited to, the Writ part of this Complaint, a Judge and magistraite, but not a magistrate alone. Petitioner is HOMELESS VETERAN. BECAUSE OF VETERANS AFFAIR AND GOODWILL SSVF KRISTIN REITER 505 East #rd Avenue, Spokane, Washington 99202. PETITIONER REFUSED HELP TO FIND HOUSING AND A PLACE TO LIVE INTENTIONALLY BECAUSE VETERANS AFFAIR WANTS TO KILL PETITIONER. PETITIONER GET CAN'T GET A PLACE BECAUSE KRISTIN REITER HAS PAID FOR NOTHING TO HELP PETITIONER'S MOVE OR STORAGE OR OTHERWISE. PETITIONER CONTACTED ST. VINCENT DE PAUL AND GOODWILL SSVF IN SPOKANE WHO SAID THEY WOULD HELP HIM, BUT MANO EFFORT TO THE DATE OF THE FILING OF THIS CASE HAS RESULTED IN A PLACE TO LIVE FOR PETITIONER. WHEN PETITIONER GAVE KRISTIN REITER THE RENTAL AND INFORMATION IN COEUR D' ALENE, IDAHO HE WANTED TO RENT SHE DID NOT CALL BACK TO HELP. PETITIONER IN THIS CASE HE HAS FILED WITH THE COURT IS TO OBTAIN HIS 100% SERVICE CONNECTED DISABILITY BENEFITS FROM 1973 THE HE HAS VETERANS AFFAIR 55 YEAR PROTECTED STATUS AT VETERANS AFFAIR AS A 100% SERVICE CONNECTED DISABLED VETERAN  SINCE 1973. PETITIONER WORKS WITH THIS LITIGATION ONLY WHEN HE CAN UTILIZE SPACE OF THE NON PROFITS AND LIBRARIES BECAUSE HE HAS NO PLACE TO LIVE. THE EVIL MANAGERS OF VETERANS AFFAIR INCLUDE BUT ARE NOT LIMITED TO Doctor Robert Fisher  MD and Kathy Malin who has had President Donald Trump during his first term to give Petitioner his benefits, over six years, but has done

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ᵗ 2024 Page 3 of 239

nothing:

1. Petitioner needs eye surgery but the copay is $4,500 from the doctors for the surgery has been ignored by Veterans Affair and can not be scheduled by the Petitioner when in fact Petitioner has TRICARE Insurance who is acting in concert with Veterans Affair to refuse Petitioner's benefits;

2. Petitioner has had a stroke and can not proceed with the medical needs to obtain his medical problem again because for the surgery he has been ignored by Veterans Affair and can not be scheduled when in fact Petitioner has TRICARE Insurance who is acting in concert with Veterans Affair to refuse Petitioner's benefits;

3. Petitioner has broken his glasses for seeing distance and close up but not get them replaced for two months, he has been ignored by Veterans Affair and can not be scheduled when in fact Petitioner has TRICARE Insurance who is acting in concert with Veterans Affair to refuse Petitioner's benefits;;

4. Petitioner is denied any medications to replace the medications that he needs that Medicare Insurance will not pay for, Petitioner has been ignored by Veterans Affair and can not be scheduled when in fact Petitioner has TRICARE Insurance who is acting in concert with Veterans Affair to refuse Petitioner's benefits;

5. Petitioner is not the only Veteran that is denied his benefits alone Butch Andrews waited three months to get a tooth pulled and finally a dentist pulled his tooth for $25;

6. Don Frank who is a Vietnam Veteran, 80 years old who was 100% Service Connected Disabled for ten years and then down graded to 70% Service Connected Disabled when as an undisputed fact he was also in the 55 Year Protected Status at Veterans Affair and can not be down graded to 70% Service Connected Disabled but the Veterans Affair is controlled and managed by

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 4 of 239

Doctor Robert Fisher  MD and Kathy Malin who are evil criminals that their  Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month that they use the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans.

7. Rick Garnett, who is a Vietnam Veteran, 77 years old who is 90% Service Connected Disabled and has proof of the undisputed fact that he is 100% Service Connected Disabled is refused the additional 10% Service Connected Disabled but the Veterans Affair is controlled and managed by Doctor Robert Fisher MD and Kathy Malin who are evil criminals that their  Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month that they use of the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans.

Clearly there are many Veterans that are subjected to Veterans Affair use of the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans.

Donald R. Karr, Navy also know as Donald Ray Karr. Veteran Affair illegal TRICARE payments that Veterans Affair has taken from Petitioner's 100% Service Connected Disability benefits since 1973, when in fact Petitioner it is Petitioner's TRICARE, since 1973, that involves fraud, embezzlement,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 5 of 239

failure to pay taxes for over fifty one (51) years, by Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that said Respondents, and each of them, should be taken to Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) while they are held and prosecuted for their crimes against Petitioner and other financial and RICO Act related crimes. Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month for TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that these violations of the Petitioner's 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). It is an undisputed fact that copay deductions from Petitioner's Benefits for TRICARE Insurance payments are illegal because it is Petitioner's Tricare Insurance since 1973. It is Donald R. Karr, Navy Veteran who does not have the TRICARE Insurance shown in Petitioner's Veterans Affair Profile, because Petitioner Donald Richard Karr, Jr., has qualified for TRICARE Insurance in 1973 and therefore it is an undisputed fact 'Petitioner has TRICARE Insurance' and it

is using Petitioner's Social Security Number that was a number that was issued in the State Of Michigan, Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, that makes TRICARE illegal copay payments being deducted and taken from Petitioner's Veterans Affair Disability monthly payments, are as an undisputed fact, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** violations of 18 U.S.C. § 1028, 18 U.S.C. § 1028A and 18 U.S.C. § 1029 because Donald R. Karr, Navy Veteran, is in the 100% Service Connected Disabled side of Petitioner's Profile and Petitioner is in the 30% non service connected disabled side of Petitioner's Profile. Petitioner receives no current 100% Service Connected Disability Benefits, including but not limited to, Petitioner has never received any education benefits since his first 1973 application, 1973 VA Application no. C XXXX6558. Petitioner has a C XXXX6558 issued in 1973. Petitioner's education benefits have all been paid to Donald R. Karr, Veterans Affair Employee and Navy Veteran family, specifically his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, are **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, attended** UCLA and UCLA Law School and his grandson Donald Ray Karr, are all **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who went to UCLA with Petitioner's GI BILL Educational Benefits. The predicated acts alleged here cluster around

criminal infringement of the Veterans Affair Employees, the Respondents, and each of them, over

fifty one (51) years of theft of Petitioner's 100% Service Connected Veterans Benefits, that began

on or about September 1973 when Donald R. Karr, Navy Veteran Veterans Affair Employee illegally

redirected Petitioner's 100% Service Connected Veterans Benefits, **violations of 10 U. S. C. § 906**

**ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE**

**FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412**

**Crimes Against Petitioner,** trafficking in certain money laundering activities of the stolen Petitioner's

veterans money and benefits, tampering with and retaliation against Petitioner to the date of filing

this Petition, which Veterans Affair, the Respondents, and each of them, for over fifty one (51) years

RICO ACT Crimes include trying to KILL Petitioner for his benefits, including by overdose so the

Respondents, and each of them, can obtain the cash value of Petitioner's Profile, Veterans Affair

and it's Employees, have acted for their own unjust-enrichment and are not protected by the

WESTFALL Act of 1988 28 U.S.C. Section 2679, that has been altered at Veterans Affair to payout

benefits of Petitioner to the Respondents, and each of them, others who have been enriched for

said cash value, interstate mail fraud of stolen property, Obstruction of Justice, Obstruction of

Criminal Investigations, obstruction of State and local law enforcement, peonage and slavery. **See**

**18 U.S.C. §§ 2319, 2320, 1512, 1513. 2315, 1503, 1510, 1511 and 1581 thru 1588 respectively.**

Other RICO predicated acts, although *appearing* to be isolated events, were actually part

of the overall conspiracy and *pattern of Racketeering Activity* alleged herein, e.g. mail fraud and

bank fraud. **See 18 U.S.C. §§ 1341 and 1344, respectively.**

The primary objective of the *Racketeering Enterprise* has been to inflict severe and sustained

economic hardship upon the Petitioner, that in fact as an undisputed fact, began on or about

September 1973 when Donald R. Karr, also known as Donald Ray Karr who died December 8th

Petitioner's Original Petition for "Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 8 of 239

2014, Navy Veteran illegally redirected Petitioner's 100% Service Connected Veterans Benefits, to his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** with the intent of impairing, obstructing, preventing and discouraging Petitioner from writing, publishing, investing and conducting judicial activism to stop these activities within the Veterans Affair by the Respondents, and each of them.

Petitioner, Donald R. Karr, Jr., had to get off the internet completely to draft his complaints and writs because starting in Kerrville, Texas where a Veterans Affair Police Officer lived above him at the apartments and he put 'logic bombs' in Petitioner's computers!

The fact that these Racketeering Crimes of Veterans Affair, the Respondents, and each of them, began in 1973 now ignore every effort to be transparent, follow the Rule of Law, by the continued production of false documents and false writings of Petitioner's ratings and status as a 100% Service Connected Disable Veteran since 1973, with **VETERANS AFFAIRS DUTY OF GOOD FAITH AND FAIR DEALING! AS A STRICTLY MINISTERIAL DUTY OF CARE VETERANS AFFAIRS HAS DEMONSTRATED GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. § 1001** and violations by Veterans Affair Management, and it's Employees, the Respondents, and each of them, that have acted for their own unjust-enrichment voids the Obama, Trump and Biden Executive Orders in the operation of Veterans Affair and clearly these Executive Orders are unconstitutional as an undisputed fact.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 9 of 239

The undisputed fact is Petitioner has observed the theft and money laundering at Veterans Affair by its employees and Veterans Affair Management. The examples are endless. Mario Alcorta worked in the Sterile Processing Lab with the Petitioner when Petitioner was a CWT worker or contract worker for Veterans Affair at Veterans Affair in Kerrville Texas. Mario Alcorta was stealing surgical scissors from the lab everyday, three or four pairs at a time, plus IV Pumps in a gym bag. When Petitioner made a Whistle Blower Complaint against Mario he was fired from his job in 2013. Mike Olsen was stealing shoes from the mail opening Veterans US Mail and taking what he wanted. When Petitioner again made a Complaint Veterans Affair in 2015 Veterans Affair stopped giving Petitioner his two pairs of diabetic shoes with six pairs of shocks each pair and diabetic inserts for the shoes. Therefore there can be no doubt that organized crime is running Veterans Affair, because if not, the security guards at Veterans Affair who are Veterans Affair Police, would not allow this to take place while they sanction this criminal behavior at Veterans Affair as the Petitioner is witness at each Veterans Affair facility he has been too!

Petitioner spent three (3) trips to the ER at Methodist Hospital Trauma Level Four Hospital in November 2013 and December 2013, that his Service Dog MAX woke him each time when he was five months old, saving Petitioner's Life, to keep from dying from Veterans Affair Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas at Veterans Affair from the overdose of medications that Petitioner was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner of a medication that is a twelve (12) hour medication.

Petitioner's last doctor at Veterans Affair in Kerrville, Texas was Dr. James Graham, MD that was a good Veterans Affair doctor. When Petitioner came to Coeur d' Alene, Idaho he had to go to private doctors at Heritage Health for his doctors that his Medicare paid for, and he had to pay

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 10 of 239

the copay costs, because he could not take the chance of getting yet another Veterans Affair doctor like Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas at Veterans Affair, who again would try to KILL PETITIONER. Petitioner worked at Veterans Affair in Kerrville, Texas as a contract labor worker in the Sterile Processing Lab where he made his rounds to all the Wards to bring them supplies each day. Petitioner is diabetic and he witness how Veterans Affair doctors handle the diabetic Veterans during the time he worked in the hospital. Rather than giving the Veterans a heart doctor to diagnose their needs, as Petitioner has had here in Coeur d' Alene, the diabetic Veterans have their legs cut off when they reach the Petitioner's age is now seventy-six (76) years old (but will be seventy-seven (77) years old in February 2025) with the progression of the disease. Petitioner would go into the wards during his shift at the hospital witness what Veterans Affair did to the Veterans. Then Petitioner would come home and break down crying at what he saw.

The Respondents, and each of them, in these actions by Veterans Affair, and the Veterans Affair Employees, and Veterans Affair Employees Union AFGE (AFOL-CIO) membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner, continue with their undisputed attempts to murder Petitioner, that are specifically for the purpose to continue their embezzlement of payments of Petitioner's 100% Service Connected Disability 1973 benefits for their money laundering and identity theft violations.

Petitioner's TRICARE Insurance should be given to the Petitioner immediately because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, has no legal rights to have it assigned to him from benefits that are the Petitioner's benefits. The refusal of Veterans Affair payments of Petitioner's medical needs in the last over four (4) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 11 of 239

they are paid for by Medicare, with no medical care payments to doctors or medications whatsoever from Veterans Affair should be paid immediately the Petitioner has been 100% Service Connected Disabled since 1973.

DONALD R. KARR JR, the Petitioner, was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 to December 1970 and he is the person that the 100% Service Connected Disability Benefits, GI BILL Educational and Chapter 34 Education Benefits and TRICARE Insurance were awarded to him in 1973.

DONALD R. KARR JR, the Petitioner, is shown as the sponsor of TRICARE Insurance, that shows Petitioner has TRICARE Insurance benefits, and that Petitioner's Social Security Number that he obtained in the State of Michigan, not California as Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald R. Karr Jr. that Donald Lee Karr also know as Donald Richard Karr, has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, ad Donald Lee Karr also know as Donald Richard Karr, has used Donald R. Karr Jr. Social Security Number. Donald Lee Karr also know as Donald Richard Karr, has used Donald R. Karr Jr. Social Security Number to obtain his TRICARE Insurance since on or about 1973, which is given to all 100% Service Connected Disabled Veterans that TRICARE Insurance will not give to Plaintiff/Petitioner Donald Richard Karr Jr. PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN but they continue to give Petitioner' s TRICARE Insurance when as an undisputed fact Petitioner is 100% Service Connected Disabled and he needs to have payment of copay for his eye surgery for the estimated copay cost of $4,500. Veterans Affair doesn't pay any of these charges and it is the obligation of TRICARE Insurance to pay, plus Veterans Affair and TRICARE Insurance is obligated for payment of Heart Doctor Costs not paid, that Petitioner is still waiting for the results of the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 12 of 239

stress and stroke he had to know exactly what happened when to emergency, Petitioner has to go to the dentist and still TRICARE has not made any effort to help Petitioner no dental costs have been paid by them and there are numerous other Health Care payment not paid by Veterans Affair and TRICARE Insurance not paid but they are required to Pay that years of payments are causing Plaintiff Donald Richard Karr Jr. credit problems.

The TRICARE Insurance shows DONALD R. KARR JR, the Petitioner, as the sponsor and Donald Richard Karr that the second side of Petitioner's Profile that is 30% Service Connected Disability but the payment does not represent his family status. DONALD R. KARR JR, the Petitioner, is designated by TRICARE Insurance as Sponsor with his Social Security number as the Sponsor. The Patient is shown as Donald Richard Karr who in this case is also the Petitioner who is in the 30% Service Connected Disability side of Petitioner's Profile at Veterans Affair. The Veterans Affair Profile of DONALD R. KARR JR, has two (2) sides in Veterans Affair, not one.

Petitioner who alleges Veterans Affair Union Employees, the Respondents, and each of them, entered into a conspiracy with the Veterans Affair Employees that began in 1973 and that continues to the date of filing this Petition. Veterans Affair Union Employees, Donald R. Karr, also know as Donald Ray Karr, former Veterans Affair employee in 1973, and his son Donald Lee Karr, the Respondents, and each of them, money laundering and identity theft violations in five (5) decades, plus they have stopped and blocked all attempts for Petitioner to obtain his GI Bill Educational Benefits or any Educational Benefits under Chapter 34 and redirected Petitioner's TRICARE Insurance in said conspiracy to ignore every effort to be transparent, follow the Rule of Law, producing false documents and false writings of Petitioner's ratings and status as a 100% Service Connected Disable Veteran since 1973.

Now, since relocating to Coeur d' Alene, Idaho in 2016, because of Mike Olsen, a Veterans Affair

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 13 of 239

Union Representative has, blocked Petitioner from receiving any additional shoes from Veterans Affair since 2015. Petitioner can not get the correct size diabetic shoes, from Medicare because Veterans Affair's vendor Wayne Clair Johnson, has not given Petitioner his Veterans Affair shoes in 2020 and 2021 plus he has also stolen the 2022, 2023, 2024 and soon the 2025 shoes that he ordered in size 12 EEEEE for another customer he is selling the shoes to, Wayne Clair Johnson has never measured Petitioner for a pair of shoes, because he has stolen Petitioner's shoes **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968**, ten pairs of Veterans Affair shoes, twelve (12) felonies for Impersonating Petitioner and committing TREASON, Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner that he should be taken into custody and taken to GITMO, Veterans Affair has not sanctioned Wayne Clair Johnson's RICO Act and Racketeering operation and refused to replace said shoes for Petitioner. Veterans Affair's vendor Wayne Clair Johnson refused to order Petitioner's correct size shoes based upon the fact Donald Richard Karr Jr., Petitioner has never been measured for his shoes for Petitioner to obtain his actual shoe size! The Petitioner's shoe size is based upon the needs of a third party person that Veterans Affair's vendor Wayne Clair Johnson is ordering Petitioner's Veterans Affair shoes for. Veterans Affair's vendor Wayne Clair Johnson ordered Petitioner's shoes, that were paid for that Veterans Affair in Spokane, who paid in 2020 and 2021 plus he is still obtaining Petitioner's diabetic shoes and will in 2025, for Veterans Affair shoes for one of Wayne Clair Johnson's other customers. These are in fact violations by Veterans Affair's vendor Wayne Clair Johnson of **18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)** by

the Respondents, and each of them, rising to the level of Racketeering Activities with demonstration of the Doctrine of Unclean Hands for Wayne Clair Johnson, doing business as Lake City Shoe Repair, representing Veterans Affair, ordered and received payment from **Veterans Affair and MEDICARE for Petitioner for two (2) pair of MEDICARE shoes, four (4) pairs in 2020 and 2021 of Veterans Affair diabetic shoes for Petitioner that were not the correct size shoes to fit Petitioner paid for by Veterans Affair.** The correct size shoes for Petitioner is 11 1/2 EEE measured by a Board Certified Foot Doctor.

The wrong size shoes from Veterans Affair and Petitioner did not get his Veterans Affair Diabetic Shoes from Wayne Clair Johnson, doing business as Lake City Shoe Repair. Wayne Clair Johnson, doing business as Lake City Shoe Repair, ordered Petitioner four (4) pair of Veterans Affair Shoes and two (2) Medicare shoes that will soon be six (6) pairs of Medicare shoes, for a total of six (6) pairs of shoes for 2020, 2021, 2022, 2023, 2024 and 2025 that did not fit Petitioner and Petitioner was not measured for the shoes by Wayne Clair Johnson, for a total of eighteen (18) pairs of diabetic shoes, or eighteen (18) felonies **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY.** Wayne Clair Johnson, doing business as Lake City Shoe Repair resold the Veterans Affair shoes to another customer violating Petitioner's **Civil Rights 18 U.S.C. § 241, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)** as the Organized Crime Group that began with Donald Ray Karr also known as Donald R. Karr, Veterans Affair Union Employee in 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 15 of 239

AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that began this Money Laundering and Identity Theft since 1973, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that Wayne Clair Johnson, has been impersonating Petitioner as a solider, a violation 10 USC 906 Art 106 and can be held for Court Marshall for said actions for Impersonating a Solider a Crime, plus violating Petitioner's Civil Rights 18 U.S.C. § 241, plus their violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). The undisputed facts are that the actions of Wayne Clair Johnson and Mike Olsen has stolen twenty-two (22) pairs of diabetic shoes from Petitioner violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, in their conspiracy to impersonate the Petitioner as a Solider, is Veterans Affair, its Management including Robert Fisher MD Director of Veterans Affair in Spokane, Washington and Kathy Malin Regional Director in Boise, Idaho that are conspiring to take Petitioner's 100% Service Connected Disabled benefits to Donald Lee Karr also know as Donald Richard Karr, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY

1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, the Respondents, and each of them, refuse Petitioner his medications because Doctor Robert Fisher MD and Kathy Malin Regional Director refuse to give Petitioner his three (3) month supply of Petitioner's medications that are on the list since Dr. Glen Volyn developed with Petitioner when on or about February 2018 Dr. Volyn was appointed by Veterans Affair to be his doctor by Veterans Affair.

The Respondents, and each of them, with the Petitioner's stolen shoes to sanction the actions of Wayne Clair Johnson doing business as Lake City Shoe Repair conspiracy with Veterans Affair, the Respondents, and each of them. Veterans Affair has refused to replace, or supply Petitioner any shoes since 2015 because of the scam from Mike Olsen at Veterans Affair and now Wayne Clair Johnson RICO Act violations.

Donald Richard Karr Jr., Petitioner should now obtain three (3) pairs of shoes, inserts and six (6) pairs diabetic shocks for each pair of shoes since 2015 from Veterans Affair, and now including 2025, because of the scam from Mike Olsen of Veterans Affair, Wayne Clair Johnson and Spokane Veterans Affairs violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, in these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, which show Petitioner's shoe size as '12 EEEEE, a false size of one of Wayne Clair Johnson's other customers', that as a reasonable good faith solution a total of thirty-six (36) pairs of diabetic shoes size 11-1/2 EEE, measured by a Board Certified Foot Doctor but not measured by Wayne Clair Johnson; thirty-six (36) pairs of diabetic shoes plus inserts size 11-1/2 EEE, and six (6) pairs diabetic shocks for each each pair of shoes size large from Veterans Affair.

Regardless of this failure by Veterans Affair that began in Kerrville, Texas in 2015 no effort by Veterans Affair has been made to the date of filing this Petition by Veterans Affair to make good

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 17 of 239

on the wrongful acts of Mike Olsen and Wayne Clair Johnson, doing business as Lake City Shoe Repair **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** with the specific diabetic shoes for replacement shown in "Exhibit III" herein that is attached hereto and incorporated herein by this reference. Petitioner asks that Court Prosecute the Respondents, and each of them, Criminally **under 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 2015, plus Veterans Affair Management, the Respondents, and each of them, for violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act.**

**Jurisdiction** This Honorable Court on the matters contained in this **CERTIORARI WRIT 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES WITH VETERANS AFFAIR ATTEMPTED MURDER OF PETITIONER'** and has original jurisdiction pursuant to the RICO remedies at 18 U.S.C. § 1964, and the holdings of the U.S. Supreme Court in Tafflin vs. Levitt, 493 U.S. 455 (1990), and the U.S. Court of Appeals for the Ninth Circuit in <u>Lou vs. Beivberg,</u> 834 F. 2d 730 hn. 4 (9th Cir. 1987) and violations of the RICO Act CYBER CRIMES 18 U.S.C. §§ 1028, 18 U.S.C. § 1028A and 18 U.S.C. § 1029.

The obstruction anticipated by Petitioner has now occurred in that federal case, in part by impersonation of Petitioner by the Respondents, and each of them, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 18 of 239

FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

It is apparent to the Petitioner, who hereby makes a formal offer to prove, that the instant action should not be prosecuted as a criminal matter because if demonstrable bias and prejusdice by Veterans Affair, the Respondents, and each of them.

Petitioner received no medical benefits from Veterans Affair, because Spokane Veterans Affair has stopped Petitioner's benefits because of Petitioner's Whistle Blower Complaints since early 2024, including no payments of doctors, no payments of tests over fifty-five (55) times or medications for Petitioner, as a 100% Service Connected Disabled veteran, that was awarded 100% Serviced Connected Disability Benefits in 1973, but never given the award. The award 100% Serviced Connected Disability Benefits in 1973, was diverted and given to Donald Lee Karr also known as Donald Richard Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, in these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner that should be taken into custody and taken to GITMO,** that was set up by his father Donald R. Karr Veterans Affair Employee on or about September 1973, that are as an undisputed fact violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)  that are

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 19 of 239

the RICO Acts of the Respondents, and each of them, the undisputed Wrongful Acts, that started with diverting Petitioner's 100% Service Connected Disability benefits award and Donald Lee Karr going to Cal Poly Pomona State University 3801 W. Temple Avenue, Pomona, California 91768 with a fake Veterans Affair ID that his father Donald R. Karr also known as Donald Ray Karr, Veterans Affair Employee, created for his son Donald Lee Karr with Petitioner's information including Petitioner's Social Security Number and his son Donald Lee Karr picture requesting a copy of Petitioner's transcripts from Cal Poly Pomona. Petitioner was taking student loans to go to Cal Poly, because Petitioner was refused any money to go to school by Veterans Affair from his GI BILL Benefits, on or about September 1973 at Veterans Affair. Donald R. Karr, Navy Veteran and Veterans Affair Employee, Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and DONALD RAY KARR and Donald R. Karr Veterans Affair Employee. on the Federal Level, for example, 28 U.S.C.A. § 1651 (a) provides that courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law". In this case at bar the Court, 28 U.S.C.A. § 1651 (a) provides that court may act to issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law". Veterans Affairs Employees and Respondents, and each of them, wrongful acts to be acted upon by Petitioner. Petitioner relied upon these representations, the false Veterans Affair writings, fraudulent Veterans Affair awards, which caused Petitioner's injury that includes but is not limited to, false writings, Libel, Slander and Defamation of Character plus Defamation of Petitioner's Civil Rights, as set forth herein. Veterans Affairs Employees, Respondents, and each of them, wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees, Respondents, and each of

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 20 of 239

them, wrongful acts have obtained the 100% Service-Connected Disability Benefits since 1973. Petitioner's 100% Service Connected Disability Benefits have been obtained through Petitioner's Profile over 26 times, that Petitioner's Profile was Electronically Turned On and Off without any upgrade of the Petitioner of his 100% Service Connected Disability benefits for Petitioner. The theft of Petitioner's 100% Service Connected Disability Benefits, over Twenty-Six (26) times since 1973 without intention of paying Petitioner plus Petitioner has been in Veterans Affair Protected Status since 2003 which prevents Veterans Affair from Changing Petitioner's 100% Service Connected Disability Status since 1973 and in fact Veterans Affair is downgrading Petitioner's Benefits to 30% Service Connected Disability on Petitioner 30% Service Connected Disability side of his Veterans Affair Profile.

Petitioner as a Veteran is entitled to all of his 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits. violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, went to UCLA and UCLA Law School and his grandson Donald Ray Karr who went to UCLA with Petitioner's Educational Benefits should go to Federal Prison for the rest of their life. THE RESPONDENTS, and each of them, had AN AFFIRMATIVE PERFECT AND POSITIVE DUTY TO ACT; A DUTY OF GOOD FAITH AND FAIR DEALING; AS A STRICKLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY: BUT THE VETERANS AFFAIR RESPONDENTS, AND EACH OF THEM, GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). The Veterans Affairs VIOLATIONS of the HOBBS AND RICO PREDICATED ACTS THAT VETERANS AFFAIR WILLFULLY AND KNOWINGLY MAKE AND USE

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 21 of 239

FALSE WRITING AND DOCUMENTS, KNOWING THE SAME TO CONTAIN MATERIALLY FALSE, FICTITIOUS AND FRAUDULENT INFORMATION AND STATEMENTS ABOUT PETITIONER FOR HIS EMBEZZLED AND STOLEN VETERANS BENEFITS ARE RICO ACT CYBER CRIMES 18 U.S.C. §§ 1028 & 1029 against the Petitioner that the Union Members of AFOLCIO, with other Union Members within Veterans Affairs, as Veterans Affair Employees who created the Money Laundering and Identity Theft over fifty one (51) years ago, violating specifically Cyber Crimes to take, Petitioner's, Donald Richard Karr Jr's, 1973 award of his 100% Service Connected Disabled Veterans benefits in their Racketeering Activities with their violations of the HOBBS Act and RICO Act for over fifty one (51) years with Veterans Affair and its employees continue to willfully and knowingly make and use false writing and documents, knowing the same to contain materially false, fictitious and fraudulent information and statements about Petitioner's 1973 award for his service-connected award and benefits, from Veterans Affair of Petitioner's 100% Service-Connected Disability Award. POWER vs. BARNHART, 292 F.3D 781, 784 (D.C. CIR. 2002) (UNDER WELL-ESTABLISHED CIRCUIT LAW, MANDAMUS RELIEF IS AVAILABLE ONLY IF THREE (3) CONDITIONS ARE MET: (1) DONALD RICHARD KARR JR HAS A CLEAR RIGHT TO RELIEF; (2) VETERANS AFFAIRS HAS A CLEAR DUTY TO ACT; AND (3) THERE IS NO OTHER ADEQUATE REMEDY AVAILABLE TO PETITIONER,  DONALD RICHARD KARR JR, 1973 Application No. CXX XX6 558, has met the three conditions Veterans Affairs refuses to upgrade the Petitioner, Donald Richard Karr Jr. because Respondents have setup Donald Richard Karr Jr's Profile and Veterans Affairs benefits so that Petitioner's Veterans Affairs benefits and profile has been locked and stripped out so that Petitioner can't be upgraded or receive any additional benefits. Under the Petitioner's Writ of Mandamus request he is entitled under 5 U.S.C. § 702 RIGHT OF REVIEW (A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ª 2024 Page 22 of 239

of the United States seeking Writ of Mandamus relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance. …) and 46 C.F.R. § 1.01–30(a), I am entitled to judicial review. Clearly review of Petitioner's Petition request exposes the undisputed fact of the matter before the court is for violations by Veterans Affair and its employees, legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statutes, that Petitioner is entitled to judicial review thereof. that are RICO predicated Acts in their organized RICO Act crimes against Veterans and the Petitioner for a period of over fifty-one (51) years at the very least creating money damages as equitable relief for the Petitioner for the Veterans Affair refusal of benefits and stolen benefits, including but not limited, monthly disability benefits payments, medical expenses including medical and dental, stolen and refusal of payment of educational benefits that include educational benefits for Petitioner.

Petitioner Donald Richard Karr Jr. benefits are part of a 1946 Act of Congress and the Respondents, and each of them, and there is no other United States Law that has amended this 1946 Act of Congress to give the legal right of anyone to assume the Petitioner's 100% Service Connected Disability Benefits, stolen in 1973.

The current illegal acts and the actions of Veterans Affair, its Union Membership, the Respondents, and each of them, that dishonor Petitioner's Service to his country active duty December 1967

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 23 of 239

through December 1970 includes, but is not limited to, the Sanctions that should be levied on the Respondents, and each of them, for the illegal operation of Veterans Affair for over fifty one (51) years that said parties should be taken to Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) while they are held and prosecuted for their crimes against Petitioner for their TREASON:

1. TRICARE INSURANCE using Petitioner Social Security number and the fact that notice was given to TRICARE INSURANCE to stop and give Petitioner his TRICARE INSURANCE in letters to TRICARE INSURANCE. TRICARE Insurance billings dated January 30th 2023 and August 25th 2023 showing the Sponsor as Donald R. Karr Jr the Petitioner and his social security number plus the letter sent to TRICARE Insurance Mary Stilen dated February 15th 2023. Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family has made it impossible for Petitioner to obtain his TRICARE Insurance when in fact PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN.  TRICARE INSURANCE sent someone to Petitioner's apartment to scare Petitioner, because he told TRICARE INSURANCE they were using Petitioner's social security number, with a battering ram at 1 am in the morning and knocked down the apartment door when in fact the person's wallet was next to the door and the criminal did not touch it.

2. Dr. Robert Fisher, MD Director of Spokane Veterans Affair conspiring with Kathy Malin, Regional Director in Boise Idaho have dishonored Petitioner's Service to his Country, the United States of America and have given Petitioner Donald Richard Karr Jr. Military Benefits to Donald Lee Karr also know as Donald Richard Karr, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 24 of 239

and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** through money laundering and identity theft, of DONALD RICHARD KARR JR, VA FILE NO. CXX XX6 558, U. S. ARMY VETERAN Service No. RAXXXX7616, and should be taken into custody and taken and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO] because they are part of the Organized Crime Group, Continuing Criminal Enterprise (CCE) are able to continue their money laundering and identity theft violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act.  RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973:

a. to refuse Petitioner his benefits refusing to replace Petitioner's eye glasses he uses for distance when Petitioner supplied the prescription for the glasses to begin with when the bridge on the left temple broke on his glasses.

b. to refuse Petitioner his benefits refusing medications that Petitioner could not obtain without Veterans Affair help.

c. to change medications and eliminate medications from Dr. Glen Volyn Petitioner's Doctor that Veterans Affair gave to him on or about February 2018; it appears to be Veterans Affair attempt once again to murder Petitioner as Dr. Llanos tried to do in 2013.

d. no payments of any medical cost by Veterans Affair only Medicare is paying these costs for Petitioner and Petitioner has in fact been 100% Service Connected Disabled since 1973 because he spent his sixth week of basic training in the Ft Ord Hospital

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 25 of 239

3. Petitioner was denied this upgrade when Kathy Malin Regional Director Veterans Affair Boise Idaho represented Petitioner but intentionally refused to upgrade Petitioner in his June 2015 Veterans Affair diagnosed Petitioner with type 2 Diabetes and Tinnitus which is 30% Service Connected Disability rating, but Veterans Affair refused Petitioner any upgrade in June 2015. The type 2 Diabetes and Tinnitus which is 30% Service Connected Disability rating, now in the Veterans Affair 55 year Protected Status, can not be changed although Veterans Affair continues there false writings and documents. Petitioner's medicaid was setup in 2020 without Petitioner's knowledge or notice of same for the Veterans Affair Criminal Regime that Kathy Malin [should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) is part of the Organized Crime Group, Continuing Criminal Enterprise (CCE) are able to continue their money laundering and identity theft violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973.

4. This Petition is about Tax Evasion that Veterans Employee Donald R. Karr, also know as Donald Ray Karr, former Veterans Affair employee in 1973, that setup his son Donald Lee Karr in the Veterans Affair Computer in Petitioner's Profile in a second side of Petitioner's Computer Profile so that he was able to Impersonate Petitioner as Solider using his son and grandson to assume Petitioner's 100% Service Connected Disability Benefits, Petitioner's GI BILL Educational and Title 34 Education Benefits and Petitioner TRICARE Insurance in a Tax Evasion scam which his son and his wife had their child Donald Ray Karr born in September 21st 1985 to take the place of Petitioner's

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 26 of 239

Daughter born in September 5th 1974. Veterans benefits 100% Service Connected Disability Benefits, Petitioner's GI BILL Educational and Title 34 Education Benefits and Petitioner TRICARE Insurance are not taxed or reported as income, for the Veteran who is given the benefits. **Donald Lee Karr and Robyn L. Karr his wife, Donald Ray Karr their son, Jean Susan Karr Donald Lee Karr's mother Continuing Criminal Enterprise (CCE) since 1973 for the specific purpose to embezzle Petitioner's 100% Service Connected Disability Benefits with the Veterans Affair Profile that has two sides that they obtain the Petitioner's 100% Service Connected Disability.**

In Re: Quigley, 1 Vet. App. 1 (1990) (Quoting from In the Matter of the Fee Agreement of Smith, 4 Vet. App. 487.,500 (1993)) would respectfully show the Court in this Petition for RICO ACT CERTIORARI WRIT 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES WITH VETERANS AFFAIR ATTEMPTED MURDER OF Petitioner'. Veterans Affair RACKETEERING ACTIVITIES WITH OVER FIFTY ONE (51) YEARS OF VIOLATIONS HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. §§ 1028, §1028A & § 1029 -Undisputed acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner to KILL him to take Petitioner's Profile. The undisputed fact the Respondents, and each of them, are violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are the Acts of the Respondents, and each of them, the undisputed conspiracy for over fifty one (51) years that gives them the opportunity for Attempted Murder of Petitioner, the Special

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 27 of 239

Circumstances including the Attempted Murder of Petitioner in 2013, including but not limited to, trying to murder Petitioner by the doctor drug overdose of Petitioner by his Veterans Affair doctor Llanos and his medical team plus the Pharmacy.

Respondents, and each of them, Donald R. Karr, Navy Veteran and Veterans Affair Employee, employee of the United States Department of Veterans Affairs, Respondents and Employees and its employees and agents in the United States Department of Veterans Affairs, specifically including the management at Veterans Affairs that have illegally drawn payments of Petitioner's 100% Service Connected Disability benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** through money laundering and identity theft, of DONALD RICHARD KARR JR, VA FILE NO. CXX XX6 558, U. S. ARMY VETERAN Service No. RAXXXX7616, by using the DONALD RICHARD KARR or Donald R. Karr [a Veterans Affairs Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 married to Jean Susan Karr], for the money laundering and identity theft to obtain payment of Petitioner's Veterans Affair benefits through his Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b) that are as an undisputed the Petitioner's 1973 award of 100% service-connected disability benefits of Petitioner.

Veterans Affair Employee Kathy Malin, Regional Office Director at P O Box 4444, Janesville, Wisconsin 52547-4444 on or about November 13, 2018 however ignored her duty to President Donald J. Trump and did nothing to upgrade Petitioner when discovering that she had undisputed proof that currently Veterans Affairs refuses to upgrade Petitioner on or about July 31, 2018 (showing Asthma as the award when in fact Petitioner doesn't have Asthma but COPD which is a

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 28 of 239

minimum of 60% service connected disability according to the COPD exacerbation test on or about November 9th 2017 done by Dr. Kevin Chang) and Petitioner's Profile was found altered on or about July 18th 2018 because VA has setup Petitioner's Profile and benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** in their money laundering and Identity Theft to be paid to Donald R. Karr, Navy Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 is shown as Donald R. Karr, Navy Veteran and Veterans Affair Employee TRICARE Insurance in Petitioner's profile the second person in Petitioner's Profile, using CXXXX6558 which is Petitioner's C number (DONALD R. KARR bought his home with wife Jean Susan Karr at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 in Diamond Bar, California in February 13, 1968, divorced his wife Susan in 1978, and sold his house on or about 1998 but has stolen the identity of DONALD RICHARD KARR, who is Petitioner's father, who owned a home at 20938 Flapjack Drive in Diamond Bar, California buying this house in February 24, 1966 and the identity of Petitioner also named DONALD RICHARD KARR JR who owned a home at 3528 Crooked Creek, Diamond Bar, California buying the home in August 1, 1977 from Russel L. Scott and Marie E. Scott) shows that Veterans Affairs is violating specifically Cyber Crimes money laundering and identity theft which conforms to the definition rendered in the most recent case of the Ninth Circuit Federal Court in Nevada on December 19, 2013 that was rendered in the case involving David Ray Camez.

Petitioner doesn't have Asthma but COPD which is a minimum of 60% service connected disability immediately according to the COPD exacerbation test on or about November 9th 2017, done by Dr. Kevin Chang the specific test establishing Petitioner's Chronic Bronchitis (which has been service connected disabled conditions from childhood, because Petitioner has small and large bronchial tubes that is the reason Petitioner spent the sixth week of Basic Training in hospital in February

1968) the problem of upgrading Petitioner to a medical condition more than 30% Service Connected Disability Benefits, since 1973 because Petitioner's Chronic Bronchitis was his primary condition and Asthma was in fact his secondary condition with the condition of hypertension which hydrochlorothiazide 12.5 mg medication list establishes Petitioner should also receive an additional 10% Service Connected Disability Benefits or total of a minimum of 70% Service Connected Disability Benefits immediately.

VETERANS AFFAIRS HAD AN AFFIRMATIVE PERFECT AND POSITIVE DUTY TO ACT THAT THEY BREACHED THAT WAS THEIR RESPONSIBILITY EVERY MONTH FOR OVER FIFTY ONE (51) YEARS BUT STILL THIS DUTY TODAY IS NOT DONE; A DUTY OF GOOD FAITH AND FAIR DEALING; AS A STRICTLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY: GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) because of Donald R. Karr, Navy Veteran **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 is shown as Donald R. Karr, Navy Veteran and Veterans Affair Employee, the TRICARE Insurance in Petitioner's profile is Petitioner's TRICARE, but the second person in Petitioner's Profile Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** is using Petitioner's TRICARE, in his Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b).

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 30 of 239

# ARTICLE I

## DISCOVERY CONTROL PLAN

Petitioner intends to conduct discovery pursuant to the Rules of the Court.

# ARTICLE II

## THE PARTIES

A. Petitioner: Donald Richard Karr Jr.,  Vietnam ERA Veteran, the Petitioner (1973 VA Application no. C XXXX6558) an RA XXXX7616 Regular Army Vietnam ERA Veteran solider was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 to December 1970, does qualify and has had TRICARE Insurance, since 1973, that TRICARE INSURANCE THAT VETERANS AFFAIR HAS GIVEN PETITIONER'S 100% SERVICE CONNECTED BENEFITS SINCE 1973, HAS ILLEGALLY GIVEN TO DONALD LEE KARR AND HIS FAMILY SINCE 1973. PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, THAT REFUSED PETITIONER'S TRICARE INSURANCE AND BENEFITS THAT HAVE CONTINUED USING PETITIONER'S SOCIAL SECURITY NUMBER TO GIVE DONALD LEE KARR, WHO IS IMPERSONATING PETITIONER a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ˢᵗ 2024 Page 31 of 239

Petitioner, that is Obstruction of Justice in the Criminal Enterprise within Veterans Affair and TRICARE Insurance with its Employees and agents KILLING VETERANS FOR THEIR BENEFITS in the Veterans Affair and its Veterans Affair Union's Money Laundering and Identity Theft Racketeering operation. PETITIONER'S TRICARE INSURANCE GIVEN TO DONALD LEE KARR, AND HIS FAMILY, JEAN SUSAN KARR HIS MOTHER, ROBYN LEE KARR HIS WIFE AND HIS SON DONALD RAY KARR violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that have used Petitioner's TRICARE INSURANCE since 1973 committing insurance fraud because Donald Lee Karr has never serve in the military and is Impersonating Petitioner, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY. EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

B. Respondents, and each of them, in this 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES INCLUDING ATTEMPTED MURDER OF PETITIONER FOR HIS BENEFITS', TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner to KILL him to take Petitioner's Profile and Benefits should now be taken into custody and transported to GITMO, Gauntannamo Bay Cuba, the Cuban Prison for Terrorist, to stand trial for their Treason against Petitioner and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968: President Joesph R. Biden Jr., United States of America, Department of Veterans Affair, Denis Mc Donogh, Secretary of Veterans Affair, the Respondents, and each of them, shown as Does 1 through 2,500 Does, named Respondents, and each of them, that includes but is not limited to, Robert Wilkie, (asking for his Court Martial), Kathy Malin, Marie L. Weldon, Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, with

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 32 of 239

Donald R. Karr, Navy Veteran, TRICARE payments, illegally taken from Petitioner's VA 100% SERVICE CONNECTED Disability monthly payments, that are violations of 18 U.S.C. § 1028, 18 U.S.C. § 1028A and 18 U.S.C. § 1029, Donald R. Karr, Navy Veteran his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Donald R. Karr, Navy Veteran grandson and Donald Lee Karr son Donald Ray Karr, E. Leonard Fructher Petitioner's EX-Attorney, Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair, the subsequent group now in charge at Veterans Affair in Spokane including Robert J. Fischer MD PACOG Medical Center Director, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,  Sarah Boardman Assistant Medical Center Director, David Sams MD Chief of Staff, Sam Mc Comas Associate Director Patient Care Services Nurse Executive and Will Haley Deputy Associate Director Patient Care Services Nurse Executive, Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Cody Union AFGE (AFOL-CIO) membership in the Pharmacy at Spokane Veterans Affair, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Michael J. Cox Union AFGE (AFOL-CIO) membership, Dr. John Mitchell, Dental Service Division Manager Data Point San Antonio, Victor H. Aquire, Union AFGE (AFOL-CIO) membership

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 33 of 239

Clerk and Juanita Lenzo Union AFGE (AFOL-CIO) membership, who is an RN, Gold Team membersviolations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, and employees of Veterans Affair, Mike Olsen Union AFGE (AFOL-CIO) membership, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, the Podiatry Tech at Dr. Karen Brooks, MD, KMC Podiatry Clinic, Dr. Nora McKinney VA Medical Center Kerrville, Texas, Dental Department; Marie L. Weldon Union AFGE (AFOL-CIO) membership, former Fachie Director of Department of Veterans Affairs Medical Center San Antonio (hereinafter referred to as "DIRECTOR") and now the Los Angeles Veterans Affair Regional Manager, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Emile Dufrene Union AFGE (AFOL-CIO) membership, Veterans Service Center Manager, Houston, Texas; Greg A. Becker, FACHE Director, MSCPAC, Mid-South Consolidated Patient Account Center, Smyrna, Tn 37167,  P K Navara, RO Director VA Regional Office, Janesville, WI Wi 53547, Teena Black, PhD, CRC, Vocational Rehabilitation & Employment, San Antonio, Texas 78240, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Mario C. Alcorta employee Union AFGE (AFOL-CIO) membership of VA Medical Center Kerrville, Texas, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Paul Gregory Union AFGE (AFOL-CIO)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 34 of 239

membership Pharmacy employee of VA Medical Center Kerrville Pharmacy, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Bynum Morris Union AFGE (AFOL-CIO) membership, John S. Gardipee of Volunteers of America and Tina Arvish Union AFGE (AFOL-CIO) membership, the outreach Nurse at Ft Harrison Veterans Affair, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Navy Veterans Amber Anderson Union AFGE (AFOL-CIO) membership, Sarah A. Martin Union AFGE (AFOL-CIO) membership, Army Reserve Military Police Master Sergeant, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Paul Hacker Union AFGE (AFOL-CIO) membership, Nurse Practitioner, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene employees including the Captain of their VA Police Union AFGE (AFOL-CIO) membership **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,,** plus four clerks in 2020 **Union AFGE (AFOL-CIO) membership** that refuse to change or correct Petitioner's Profile at CBOC in Coeur d'Alene Veterans Affair Clinic, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Joel Sacconanno, violations of **10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 35 of 239

Petitioner, Eric Swanbeck, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Bob Daugherty violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, of St, Vincent De Paul's homeless facility at 1620 East Sherman, Coeur d' Alene, Idaho 83814. Petitioner came to Montana to live in my move from Kerrville, Texas with the help of VFW but Petitioner is not a combat Veteran so the copies that Veterans Affairs sends to VFW are not with my approval! John S. Gardipee violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, at Volunteers of America interview! John S. Gardipee and Tina Arvish, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, the outreach Nurse at Ft. Harrison, Montana had Petitioner's phone Tapped at the Missoula Veterans Affair Clinic but John Gardipee refused to help Petitioner and he would not return Petitioner's calls and Veterans Affair, the Respondents, and each of them, DOES 1 through 2,500 DOES, the Petitioner reserves the right to amend this Petition and/or supplement this Petition to show the additional Respondents, that are the Organized Crime Group at Veterans Affair that caused the damages to the Petitioner over the past over fifty-one (51) years of the RICO Act Crimes at Veterans Affair which have been part of this Case of First Impression with Special Circumstances including the Attempted Murder of Petitioner, including but not limited to trying to murder Petitioner by doctor drug overdose of Petitioner by his Veterans Affair doctor and his medical team, plus the Pharmacy in Kerrville Texas, in this 'Case of First Impression with

Special Circumstances including the Attempted Murder of the Petitioner **violations of 10 U. S. C. §** **906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE** **FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412** **Crimes Against Petitioner.** In this case the Petitioner asserts and reserves the right to amend and/or supplement the allegations and other contents of this petition to conform with any additional evidence or information and/or to respond to any or all of the pleadings of the Respondents and/or any other party in the above numbered and styled civil action.

## ARTICLE III

## JURISDICTION AND VENUE

**A. Jurisdiction.** The Court has jurisdiction over the partied, the subject matter of the controversy, and the amount in controversy in this case.

**B. Venue.** The venue in this case is proper in the District of Montana the Ninth Circuit Court Division.

## ARTICLE IV.

## FACTUAL BACKGROUND

**A. Introduction** Petitioner's 100% Service Connected Disability benefits that have been stolen from Petitioner since on or about September 1973 are an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, RICO ACT CYBER CRIMES 18 U.S.C. § 1028** Identity Theft (fraud in connection with identification documents) **18 U.S.C. § 1028A** Aggravated Identity Theft (occurs

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 37 of 239

when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, that have stolen Petitioner's 100% Service Connected Disabled benefits since on or about September 1973.

1. This petition is for all of Petitioner's stolen benefits, including but not limited to, Petitioner's 1973 award of 100% Service Connected Disability Benefits, including medical benefits, GI BILL and Educational Benefits, monthly 100% Service Connected Disability payments, since on or about September 1973, have been paid to Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and his grandson Donald Ray Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** The Petitioner's 100% Service Connected Disability Benefits, plus 100% GI BILL Educational Benefits have been paid to Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and his family. but they have been denied the Petitioner. Payments are paid to Donald R. Karr, a former Union Employee at Veterans Affair, and his family (but Veterans Affair has denied Petitioner his 1973 award of his 100% Service Connected Disabled benefits)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 38 of 239

through the 100% Service Connected Disability side of Petitioner's Profile. Petitioner has been held without any upgrade of benefits since on or about September 1973, when he was given the 30% non-service connected disability rating and side of his Profile at Veterans Affair. Petitioner's disabilities are and have always been, since on or about September 1973, when he returned his first GI BILL Education Checks to Veterans Affair in the Los Angeles area, a 100% Service Connected Disabled veteran, when the Petitioner's 1973 award of his 100% Service Connected Disability was stolen at Veterans Affair and assigned to, and paid to Donald R. Karr, a former Union Employee at Veterans Affair, and his family, without their paying income tax on said stolen Petitioner's Veterans Benefits, paid to his son, Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who is not a Veteran.

2. The actions that Respondents, and each of them, have conspired and done to Petitioner, that has been for a period of over fifty one (51) year period that Veterans Affair RICO Organized Crime Group, have stolen Petitioner's benefits. **Since on or about September 1973 Veterans Affair and it's Employees, have acted for their own unjust-enrichment and are not protected by the WESTFALL Act of 1988 28 U.S.C. Section 2679.**

3. The refusal by Veterans Affair to award Petitioner's his 1973 award of his 100% Service Connected Disability Benefits including, but not limited to, Petitioner's GI BILL Education Benefits because they have been stolen from Petitioner, by Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, and his grandson Donald Ray, over a period of

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 39 of 239

fifty-six (56) years, approximately six hundred seventy (670) months, that began with Petitioner's disabilities discover in February 1968, so that Petitioner has not been paid from February 1968 through February 2024 six hundred seventy (670) months, that now total fifty-six (56) years only to February 2024. The theft of Petitioner's 100% Service Connected Disability benefits, that is an undisputed fact, a violation of 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation).

4. Petitioner, Donald Richard Karr, Jr., was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 to December 1970, is not Jewish, and has not been to Israel, but in fact Scottish and Irish, that originated with the family name spelled CARR dating back to the eleventh century when we were considered Indigenous Irish as Hunters. The Carr family fought in the Civil War on both sides, when Petitioner's Great Grand Father changed the spelling of the name from CARR to KARR. Petitioner's family are Patriots and my father fought in World War II in General George Patton's Army freed the Jewish People from the Germans. Donald R. Karr, Navy Veteran and Veterans Affair Employee, that set up his son, DONALD LEE KARR, (now approximately 72 years old and graduated from high school on or about June 1969 clearly is a Coward who did not serve during the Vietnam War), **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who assumed the Identity of Petitioner, Donald Richard Karr, Jr., in the Veterans Affair Computer in 1973 when he started his Impersonation of Petitioner with his father DONALD RAY KARR also known as Donald R. Karr changed the Veterans Affair Computer to allow his son Donald Lee Karr to Impersonate Petitioner using his Social Security Number Impersonating Petitioner **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 40 of 239

EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,

5. Donald R. Karr, Navy Veteran and Veterans Affair Employee, that set up his son, DONALD LEE KARR, to use Donald R. Karr Jr Social Security Number in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** to setup the illegal actions were as an undisputed fact, violations of the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). DONALD RICHARD KARR JR, Regular Army RA XXXX7616 Vietnam Veteran (1973 VA Veterans Benefits Application NO. CXXXX6 558) shown herein as Petitioner was the Veteran who applied for his benefits as Donald Richard Karr, Jr. as it is shown on Petitioner's DD 214. Donald R. Karr, Navy Veteran and Veterans Affair Employee, that set up his son, DONALD LEE KARR to take DONALD RICHARD KARR JR, Regular Army RA XXXX7616 Vietnam Veteran (1973 VA Veterans Benefits Application NO. CXXXX6558) benefits is not a Veteran and has no Veterans Benefits. Veterans Affair has stopped DONALD RICHARD KARR JR, benefits because of Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** so that gets the Petitioner's benefits, that the Respondents, and each of them, in these actions by Veterans Affair, and the Veterans Affair Employees, and Veterans Affair Employees Union AFGE (AFOL-CIO) membership and Intentional Veterans Affair Doctors and Staff

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 41 of 239

Malpractice to Murder Petitioner continue with their undisputed attempts to murder Petitioner that are for the purpose of embezzlement of payments of Petitioner benefits **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Petitioner, DONALD RICHARD KARR JR.,  has received no medications over the last four (4) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact they are paid for by Medicare, now over forty-five (45) times with no care or medications whatsoever from Veterans Affair.

Veterans Affair Employees, the Respondents, and each of them, are illegally in violation of the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity, 18 U.S.C. §§ 1961(5), 1962(b) that began with the predicate acts including RICO ACT CYBER CRIMES 18 U.S.C. §§ 1028 & 1029, rising to the level of Racketeering Activities under the RICO Act, with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)! It is an undisputed fact that 'Veterans Affair Organized Crime Group' runs Veterans Affair since on or about September 1973!

6. In fact Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner, and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair [Spokane Veterans Affairs in fact, now continues trying the Premeditated the Murder of Petitioner, that began on or about October 23rd 2013, by Dr. Arturo Llanos, including by his drug overdose of Petitioner, which Petitioner spent three (3) trips to the ER

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 42 of 239

at Methodist Hospital Trauma Level Four Hospital, to keep from dying from Dr. Arturo Llanos overdose when Petitioner was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner]. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair utilized in his attempt to Murder Petitioner with the help of Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN told Petitioner to take every four (4) hours with the specific oral instructions given to Petitioner, DONALD RICHARD KARR JR., for his 'medical exacerbated 100% Service Connected disability disease conditions' with his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 Stage 2 disease conditions. Petitioner, DONALD RICHARD KARR JR.,  was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner. The specific oral instructions given to Petitioner, for the purpose of killing Petitioner on or about October 23rd 2013, with said medication toxic mixture as a weapon to silently kill Petitioner because the Symbicort is a twelve (12) hour medication.

7. Petitioner, Donald Richard Karr Jr., joined the US Army during the Vietnam War in September 1967 on a delayed enlistment program, because of security clearance requirement, after he graduated from Downey High School in June 1966, he joined the Army officially in December 1967. Petitioner's DD 214 shows him as Donald Richard Karr, Jr., but Veterans Affair has changed Petitioner's name to Donald R. Karr so that Petitioner's benefits could be redirected to Donald R. Karr, Veterans Affair Employee in the Los Angeles Veterans Affair group, without the Petitioner's knowledge that Petitioner's benefits had been stolen, Donald Richard Karr, Jr., alleges that in 1973 Veterans Affair allowed Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, to redirect and assume the identity of DONALD R. KARR JR. Petitioner. Veterans Affair redirected Petitioner's award for his 100% Service Connected Disability Award and GI BILL Education benefits

on or about September 1973 to Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner. These actions, Petitioner, Donald Richard Karr, Jr., alleges in 1973 Veterans Affair allowed Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, to redirect and assume the identity of DONALD R. KARR JR. Petitioner, and all the Veterans Affair employees are not protected by the WESTFALL Act of 1988 28 USC § 2679 and are in violation of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government).

8. Petitioner, Donald Richard Karr, Jr. served during the Vietnam War! Petitioner, Donald Richard Karr, Jr. records were altered at Veterans Affair in 1973, used so that Donald R. Karr changed the Petitioner's address in the Veterans Affair Computer so that showed Petitioner lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765 (that is not an address in Diamond Bar but 22402 Robin Oaks Terrace, Diamond Bar, California 91765 the real address) so Donald Lee Karr could use the benefits of Petitioner, Donald Richard Karr, Jr. for his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner. The undisputed fact is that Veterans Affair Employee Donald R. Karr was receiving his veterans benefits at 22402 Robin Oaks Terrace, Diamond Bar, California 91765. These specific RICO Act actions are Criminal and Civil RICO predicated acts of Veterans Affair employees membership and Intentional Veterans Affair Doctors

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 44 of 239

and Staff Malpractice to Murder Petitioner so Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, and DONALD RAY KARR violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, can continue to steal Petitioner's 100% Service Connected Disability Benefits benefits and the Respondents, and each of them, are not protected by the WESTFALL Act of 1988 28 USC § 2679!

9. The Petitioner, DONALD RICHARD KARR, JR. CXXXX6558, is 100% Service Connected Disabled Veteran that has had his benefits stolen that were established on or before September 1973 by the Veteran's Affairs is now a progression of his Primary Condition of Chronic Bronchitis 60% Service Connected Disability, medical condition. Petitioner has shown that he is in fact still 100% service connected disabled by his doctor, Dr. Glen Volyn, Petitioner's Veterans Affair Choice doctor who has verified and reestablished that Petitioner's 100% service connected disabled conditions includes, but are not limited to, Chronic Bronchitis #6600 (which has been 100% Service Connected Disabled conditions from childhood, because Petitioner has small and large bronchial tubes, that are the reason Petitioner spent his sixth week of Basic Training in hospital in February 1968. Petitioner's allergy trigger of cottonwood trees, mold and cedar allergies causing Petitioner, DONALD RICHARD KARR, JR. CXXXX6558, Asthma #6602 may send him to the hospital because of his allergies), Petitioner has type 2 diabetes, COPD #6604 Stage 2 and PTSD establishing that Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 medical conditions that Petitioner is in fact still 100% Service Connected Disabled veteran. Petitioner has a long history of being allergic to

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 45 of 239

mold and cedar, dating back into the 1960s and 1970s. Amy Marrs of Spokane Veterans Affair who is a rating person for Veterans Disabilities at Veterans Affair in Spokane, on or about July 6th 2017 gave Petitioner a rating of 100% service connected disabled. The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner his benefits since 1973 except minimum benefits while they use Petitioner's Profile for their own unjust enrichment stolen from Petitioner since on or about September 1973, are an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft** (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and **18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)** rising to the level of Racketeering Activities under the RICO Act with **RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973.

10. Petitioner has a history of Chronic Bronchitis due to small bronchial tubes. Petitioner's Chronic Bronchitis, that has turned into COPD for which Petitioner, DONALD RICHARD KARR,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 46 of 239

JR. CXXXX6558 uses Anoro Ellipta. Amy Marrs of Spokane Veterans Affair, who is a rating person, for rating Veterans Disabilities. on or about July 6th 2017, gave Petitioner a rating of 100% service connected disabled. The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, son of Donald R. Karr, Veterans Affair Employee, and other Veterans Affair Employees, working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner's 100% Service Connected Disability benefits to the date of filing this Petition with this Court.

11. Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 has been diagnosed with type 2 diabetes and has family history of diabetes. Petitioner has right hand and left hand Dupuytren's disease condition, PTSD that was established by Amy Marrs of Spokane Veterans Affair who is a rating person for Veterans Disabilities on or about July 6th 2017, gave Petitioner a rating of 100% non-service connected disabled plus it has been established Petitioner has Sleep Apnea, for which Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 should be using a CPAP machine (not provided by Veterans Affair and that Veterans Affair in Spokane has refused to supply Petitioner the mask for his CPAC machine, with mask to clean in using the machine).The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner his benefits.

12. In August 2013 I met with a doctor supervising the tests prior to my tests and was told I was 100% Service Connected Disable. It is illegal to continue to refuse my benefits they are Protected in the 55 Year Protected Status and the benefits are 100% Service Connected Disabled

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 47 of 239

since 1973, because I spent my sixth week of Basic Training in the hospital combining Chronic Bronchitis #6600 with mold and cedar allergies will cause you to stay in the hospital for a week at Ft. Ord during basic training in February 1968. The mold and cedar allergies with Petitioner having small and large bronchial tubes cause Petitioner's Chronic Bronchitis #6600, that has now developed into COPD #6604, which Petitioner uses Anoro Ellipta. On June 26th 2015 Veterans Affair diagnosed Petitioner with type 2 Diabetes and Tinnitus.

13, Noting that Petitioner's Veterans Affair Profile was modified to accept a new address that is not Petitioner's address, nor has Petitioner lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765, or 22402 Robin Oaks Terrace, Diamond Bar, California 91765, plus changing Petitioner's name in his Profile from DONALD RICHARD KARR JR, that appears on Petitioner's DD214 when he was discharge from the US Army showing his father's address as 20938 Flapjack Drive Diamond Bar, California 91765!  The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner his benefits.

14. The failure by VARO EMPLOYEES INTENTIONAL FRAUD AND WRONG FULL ACTS OF VETERANS AFFAIRS, DUTY OF GOOD FAITH AND FAIR DEALING, AS A STRICKLY MINISTERIAL DUTY OF CARE VETERANS AFFAIRS HAS DEMONSTRATED GROSS NEGLIGENCE EQUATING TO FRAUD with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. § 1001 and violation of the Hobbs Act 18 U.S.C. § 1951 robbery and extortion rising to the level of Racketeering

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 48 of 239

Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) of the Petitioner's original application for benefits in 1973!

15. The actions of VARO EMPLOYEES AND VETERANS AFFAIR EMPLOYEES INTENTIONAL FRAUD AND WRONGFUL ACTS OF THE VETERANS AT VETERANS AFFAIRS, DUTY OF GOOD FAITH AND FAIR DEALING, AS A STRICTLY MINISTERIAL DUTY OF CARE VETERANS AFFAIRS HAS DEMONSTRATED GROSS NEGLIGENCE EQUATING TO FRAUD with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. § 1001 which did not stop at just stealing Petitioner's Benefits, but to also create false representations of 'Petitioner and caused him to loose his right to own a gun' a hunter and fisherman, with no legal basis to support such falsehoods of Petitioner. Petitioner should be paid Twenty-Five Billion Dollars ($25,000,000,000 for damages for Libel, plus punitive damages for Fraud, Slander and Defamation of Dharacter. The basis for the Respondents, and each of them, doing this is to 'Murder the Petitioner' when they come to his residence and render him defenseless, like when they came across the haul from his apartment in Falls Creek at ONE AM in the morning with a 'battering ram and knocked the door down across the haul and leaving the neighbors wallet sitting next to the door'.

16. The Veterans Affair wrongful acts have caused and created Petitioner the reasoning for the drafting of this Petition, for Petitioner, DONALD RICHARD KARR JR., to obtain his benefits after over fifty one (51) years that only legal action, can be taken as method to obtain the payment for the many medical exacerbated disability, 100% Service Connected Disability disease conditions, with Petitioner's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 49 of 239

Stage 2 disease conditions as part of his disabilities. Petitioner, DONALD RICHARD KARR JR., has received no medications over the last four (4) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact Petitioner's medical costs are paid for by Medicare which Petitioner pays the copay costs, now over forty-five (45) times, when in fact Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner, and all under the supervision of Dr. Rebecca Meier, Chief of Staff, Spokane Veterans Affair [Spokane Veterans Affairs in fact, now continues trying their Premeditated Murder of Petitioner that began on or about October 23rd 2013 when Dr. Arturo Llanos, tried to murder Petitioner, including by his overdose which Petitioner, so Petitioner spend three (3) trips to the ER at Methodist Hospital Trauma Level Four Hospital, to keep from dying] last represented that Veterans Affair would not treat Petitioner, DONALD RICHARD KARR JR., **with prejudice**, so that Petitioner's medical expenses would be paid by Veterans Affair for using Veterans Affairs doctors. Petitioner, DONALD RICHARD KARR JR., is a '100% Service Connected Disabled veteran' since 1973. The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner his benefits while they find their way to murder Petitioner. These RICO Act actions and are the undisputed fact clearly the refusals of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner are not protected by the WESTFALL Act of 1988 28 USC § 2679!

17. The undisputed fact is Veterans Affair has presented in print outs, of Veterans Affair false information in Petitioner's Veterans Affair Profile. Veterans Affair, and its employees, that have

placed in Petitioner's Profile false and fraudulent information without approval Petitioner, or without the authorization of Petitioner. Petitioner has been turned down by Veterans Affair, so their standard award and ratings, that the Petitioner is always given, is the TOKEN 30% Nonservice-Connected Disability Asthma/Bronchial #6602 which is meaningless to clarify the disabilities of Petitioner, which Asthma/Bronchial #6602 is in fact not a rating or award for the Petitioner, because there is no such rating at Veterans Affair, because this is a false writing, and fraudulent rating, for a disability at Veterans Affair. The result of Petitioner's efforts, are that Veterans Affair has given, as the award and rating by Veterans Affair, that doesn't compensate Petitioner for his 100% Service Connected Disability Benefits for disabilities since 1973 that began in February 1968 when he was the hospital at Ft. Ord his sixthe week of basic training.

18. Veterans Affair, and Veterans Affair Employees, will not delete Jun Ping Karr, is Petitioner's ex-wife is living at 2050 W. Killington Drive Apt 20, Coeur d' Alene, Idaho 83814 from his Profile. Jun Ping Karr, his ex-wife is not living at 2050 W. Killington Drive Apt 20, Coeur d' Alene, Idaho 83814 is not his Next of Kin and does not live in Coeur d' Alene or Idaho.

19. Petitioner went to Veterans Affair is San Antonio in November 2011, with his award of his 100% Service Connected Disabled veteran award, from RENO Veterans Affair from his surgery, Director Marie Weldon deleted and had Petitioner's award removed from his 100% Service Connected Disability benefits from his Veterans Affair Profile, stolen from Petitioner since on or about September 1973 that is an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** these Undisputed Acts of TREASON, **18 U.S.C. § 2381 & 2384 & 28 USC § 2412** Crimes Against Petitioner, **RICO ACT CYBER CRIMES 18 U.S.C. § 1028** Identity Theft (fraud in connection with

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 51 of 239

identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, that Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 that have stolen Petitioner's 100% Service Connected Disability benefits since on or about September 1973.

20. Petitioner's 1973 award of 100% Service Connected Disabled veteran award from an up grade from RENO Veterans Affair, Director Marie Weldon and her staff deleted and altered Petitioner's Veterans Affair Profile, that was in the 55 year VA Protected Status and since Petitioner's 100% Service Connected Disability Benefits that can not be altered or changed since 2003, now remains as a false and fraudulent award rating and false writing on or about November 4th 2013. This fraudulent rating that is 30% Asthma #6602/ Chronic Bronchitis #6600 Service-Connected disabled classification (that Veterans Affair calls #6602 Asthma/Bronchial, that it is an undisputed fact, is not in fact a rating at Veterans Affair) that is Chronic Bronchitis #6600 at 60% and Asthma #6602 at 30% are in fact 90% Service Connected Disabled veteran award are shown falsely, as 30% Service-Connected disabled classification, when in fact these two (2) ratings are 90% Service Connected Disabled, plus Petitioner's mold, cedar and cottonwood trees allergies for Petitioner's 100% Service Connected disabled benefits award that were deleted from Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile 30% Service Connected Disability side of his profile, award of 100% Service Connected Disabled veteran award from an up grade from RENO Veterans

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 52 of 239

Affair, Director Marie Weldon and her staff deleted and altered Petitioner's Veterans Affair Profile, that was in the 55 year VA Protected Status and since 1973 for Petitioner's 100% Service Connected Disability Benefits that can not be altered or changed since 2003 by Director Marie Weldon and her staff, are as an undisputed fact **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

21. Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile, under the direction of Director Marie Weldon has been changed, and she has stolen from Petitioner, since on or about September 1973, money as an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with **RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** that has been an over fifty one (51) year 'Veterans Affair RICO Organized Crime Group' that have stolen Petitioner's 100% Service Connected Disability benefits since on or about September 1973. Director Marie Weldon RICO Act **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, the RICO ACT violations and actions, that now

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 53 of 239

create a 'false writing and finding now creates a major hardship since November 2011' for Petitioner, DONALD RICHARD KARR JR., including medically and financially, because Veterans Affairs in Spokane refuses Petitioner's medications for four (4) years payments due that Veterans Affair **Robert J. Fischer MD PACOG Medical Center Director in Spokane Washington Veterans Affair dishonoring Veterans Service in his Anti-Veterans policies** is obligated for payment and treble and punitive damages. When Veterans Affair in Spokane Washington and CBOC in Coeur d' Alene Idaho were given the opportunity to help Petitioner he got approximately 15 days of medications, not even enough medications to meet with his Veterans Affair doctor the 14th of January 2025 appointment. Petitioner's glasses broken on one temple so Petitioner supplied the prescription and was told it would take 6-8 weeks to get his new distance glasses, now Petitioner can now drive with his limited access to obtain new glasses. Another career solider told Petitioner he was refused to have a bad tooth pulled over three months and finally a dentist help who pulled his tooth for $25.00; **Robert J. Fischer MD PACOG Medical Center Director in Spokane Washington Veterans Affair dishonoring Veterans Service in his Anti-Veterans policies.**

22. Veterans Affair charges Petitioner illegal copay charges because of intentional false ratings, that is 30% Service Connected Disability for Asthma #6602/ 60% Service Connected Disability Chronic Bronchitis #6600 Service-Connected disabled classification Veterans Affair uses to make Petitioner qualify every year, when none of the other veterans have qualify every year, establishing a prejudice of Petitioner who is 100% Service Connected Disabled in this Veterans Affair illegal copay for Petitioner's medications. Veterans Affair refuses to pay for medical tests requested by Choice Doctor's and payment of Choice Doctors plus creating false information in 'Petitioner, DONALD RICHARD KARR JR., Profile'. Payments deducted are in fact in violation of RICO Act, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 54 of 239

§ 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Petitioner is entitled Treble and Punitive damages for the CYBER CRIMES Cyber Crimes 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) because the false and fraudulent Asthma awards are violations of the RICO Act rising to the level of Racketeering Activities under the RICO Act without Petitioner's permission for such deductions by the Petitioner! These money laundering and identity theft actions of Veterans Affair employees UNION membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner are not protected by the WESTFALL Act of 1988 28 USC § 2679!

23. Petitioner, DONALD RICHARD KARR JR., information shown falsely in Petitioner's Profile', include but are not limited to, that Petitioner is legally separated from his ex-wife Jun Ping Karr, who he has not seen or heard from in over twenty-four (24) years! Anyone can assume after twenty-four (24) years that Petitioner and Jun Ping are divorced, but Veterans Affair has designated 'her as his next of kin' because they are trying to KILL Petitioner so Veterans Affair employees can get the money with an 'identification they produce at Veterans Affair' with someone else's picture claiming to be Jun Ping Karr. These are Criminal RICO predicated actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner, are not protected by the WESTFALL Act of 1988 28 USC § 2679 for benefits stolen from Petitioner since on or about September 1973 are an undisputed fact stolen through money laundering Identity Theft violating the HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 55 of 239

Crimes Against Petitioner, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been 'an over fifty one (51) years Veterans Affair RICO Organized Crime Group' that have stolen Petitioner's benefits since on or about September 1973.

24. Petitioner, DONALD RICHARD KARR JR., is not married to Jun Ping Karr, nor do they still communicate! The fact is Veterans Affair says Jun Ping Karr is living at 2050 W. Killington Drive Apt 20, Coeur d' Alene, Idaho 83814, which is an undisputed fact, that it is in fact false, because her family lives on the East Coast of the United States. Her family would have no one living in Idaho or the West Coast that would cause them to be here! None of Jun Ping's family to live in Idaho and the address shown is the manager's office anyway at Riverstone Silver. Petitioner, DONALD RICHARD KARR JR., not aware of Jun Ping living in Idaho! This setup so the Veterans Affair can produce a false ID at Veterans Affair with someone else that works for Veterans Affair, yet **Robert J. Fischer MD PACOG Medical Center Director in Spokane Washington Veterans Affair dishonoring Veterans Service in his Anti-Veterans policies conspires and is part of killing Veterans for their benefits.**

25. Petitioner has asked Veterans Affairs in Spokane and in Coeur d' Alene, to change and correct this because it is not approved by Petitioner, several times over the past few years, including the fact it is an undisputed fact in over four (4) years that Petitioner, DONALD RICHARD KARR

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 56 of 239

JR., doesn't live at Riverstone Silver Apartments, nor has Jun Ping ever lived there. Petitioner does not live at Riverstone Silver Apartments! It is an undisputed fact that Petitioner, DONALD RICHARD KARR JR., does not live at 2005 W. Killington Drive Apt 201, Coeur d' Alene, Idaho 83814! Petitioner has not lived at 2005 W. Killington Drive Apt 201, Coeur d' Alene, Idaho 83814 in over four (4) years, but Spokane Veterans Affair and Veterans Affair CBOC clinic in Coeur d' Alene, Idaho 83814 as an undisputed fact, the clerks refuse to change this information, none of the clerks will change this! Petitioner, DONALD RICHARD KARR JR., ex-wife Jun Ping Karr, who he has not seen in twenty-four (24) years, is not Petitioner's next of Kin! This is shown illegally at Veterans Affair in Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile!

26. Petitioner's Veterans Affair Profile has been setup by Veterans Affairs employees, without Petitioner, DONALD RICHARD KARR JR., approval of its content! Veterans Affair employees refuse to correct Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile so the false information in Petitioner Profile is corrected! 'Veterans Affair employees are planning to murder Petitioner, DONALD RICHARD KARR JR., to collect his next of KIN benefits, producing a fake ID with Jun Ping Karr's name on it, for payment of his next of kin benefits! These actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice including their attempt to Murder Petitioner are not protecting Employees by the WESTFALL Act of 1988 28 USC § 2679!

27. Dr. Glen Volyn, Petitioner's Choice doctor, that was given to Petitioner as his doctor by Veterans Affair, established Petitioner's 100% Service Connected Disabled conditions include, but are not limited to, Chronic Bronchitis #6600 (which has been from childhood because of Petitioner's small and large bronchial tubes; the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in Ft. Ord hospital in February 1968, with the allergy trigger

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 57 of 239

of mold and cedar, plus cottonwod trees allergies, causing Petitioner's Asthma #6602 to send him

to the hospital, type 2 diabetes, COPD #6604 Stage 2 and PTSD. Petitioner has a long history of

being allergic to mold and cedar, dating back into the 1960s and 1970s. Petitioner has a history of

Chronic Bronchitis #6600 due to small bronchial tubes. Petitioner's Chronic Bronchitis has turned

into COPD #6604 Stage 2 for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta.

Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes and Tinnitus

by Veterans Affair in June 26th 2015, but did not receive an upgrade of 30% Service Connected

Disabled. Veterans Affair refused to give Petitioner an upgrade for the diabetic award Veterans

Affair claimed was non service connected when he has family history of diabetes. This is in fact a

false writing, false and fraudulent finding to deny Petitioner's 100% Service Connected Disability

benefits. Petitioner, DONALD RICHARD KARR JR., has right hand and left hand Dupuytren's

disease condition, PTSD and Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR.,

needs to use a CPAP machine that is an automatic 50% Service Connected Disability upgrade

(Veterans Affair will not provide and refuses Petitioner his request from Veterans Affair).

28. The Veterans Affair refusal of Petitioner's benefits payments of Petitioner, Donald

Richard Karr, Jr. award of 100% Service Connected Disability Benefits continue to this date of filing

of this Petition. Petitioner's payments are as an undisputed fact, paid to Donald R. Karr, Veterans

Affair Employee son **Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING**

**A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed**

**Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and his

family, have all benefited in said payments including his son Donald Lee Karr that Donald R. Karr,

Veterans Affair Employee, set up for Veterans Affair payments since 1973 **violations of 10 U. S. C.**

**§ 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE**

**FEBRUARY 1968.** Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 58 of 239

Donald Lee Karr, **a violation of 10 U. S.C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** his wife, Jean Susan Karr, Donald Lee Karr's mother, and his son Donald Ray Karr, his wife have committed undisputed acts of **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084**, in said payments that are violations of Petitioner's Civil Rights pursuant to **Civil Rights 18 U.S.C. § 241 and 42 U. S. C. §§ 1983 and 1985, THAT ARE IN FACT RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS, IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST THE PETITIONER BY ALL RESPONDENTS**, with violations of the HOBBS Act 18 U.S.C. § 1951 and RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with **RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** with the consent of Veterans Affair.

29. Donald R. Karr, Navy Lifer (twenty years of service in the Navy) Veteran, Veterans Affair Employee, TRICARE Insurance shown in Petitioner's Profile is Petitioner's TRICARE Insurance, from Petitioner's fall on the ICE on February 26th 2018 when TRICARE Insurance started making one year's of payments of Petitioner's medical costs. The Identity Theft [18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 59 of 239

act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)] and Money Laundering of Petitioner, Donald Richard Karr, Jr. award of his 100% Service Connected Disability Benefits from his Veterans Affair Profile is an undisputed fact that continue to this day of filing this Petition.

30. These payments from Veterans Affair began in 1973 with the help of the Veterans Affair Employees, the Respondents, and each of them, the Agents, working in and with Veterans Affair AFGE (AFOL-CIO), including third party suppliers. The undisputed fact is no one at Veterans Affair should have been allowed to access Petitioner's information at all for the purpose positioning themselves to obtain benefits stolen from Petitioner since on or about September 1973 are an undisputed fact stolen through money laundering Identity Theft violating the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973.

31. Petitioner, when his initial filing for his benefits in 1973, was a US Army Reservist in the 426th Civil Affairs Battalion AIRBORNE US Army Reserve Unit, when it is an undisputed fact Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 60 of 239

SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, prevented Donald Richard Karr Jr. from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner, that prevented the Donald Richard Karr Jr., Petitioner, from exercising his rights. These intentional actions and Veterans Affair employees are not protected by the **WESTFALL Act of 1988 28 USC § 2679** and are undisputed acts of TREASON, **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084.** THESE ACTIONS OF VETERANS AFFAIR IN FACT ARE RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS, IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** AND CONSPIRACIES TO OBSTRUCT JUSTICE AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST THE PETITIONER BY ALL RESPONDENTS!


### B Factual Circumstances.

Petitioner is unable to obtain his original award that was stolen in 1973 of his award for 100% Service Connected Disability rating, because Veterans Affair will not rate Petitioner more than 30% non service connected disabled, because it would cause the 100% Service Connected side, that Donald R. Karr, a former Union Employee at Veterans Affair, his son, and his grandson, are in. This 100% service connected side, Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee, and his grandson, are in would collapse stopping their payments of Petitioner's 100% Servive Connected Disability Benefits. The result would be Petitioner would be able to be paid his

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 61 of 239

100% Service Connected Disabled obtaining his payment from Veterans Affair for the first time since 1973, that would conform to Petitioner's actual disabilities in the original 1973 award for Petitioner.

Petitioner's disabilities with his primary disability of Chronic Bronchitis #6600 of 60% Service Connected Disabled, Asthma #6602 of 30% Service Connected Disabled as his secondary disability, with mold and cedar allergies (that would mean he would be rated as 10% Service Connected Disability for the allergies for a total of the 1973 award of 100% Service Connected Disability) that were from the barracks years at Fort Ord in basic training where Petitioner spent his sixth week of basic training in the hospital is the reasoning why Petitioner's award rating was 100% Service Connected Disabled in 1973. Asthma #6602 does cause you to go to the hospital for a week but Chronic Bronchitis #6600 will. Chronic Bronchitis #6600 will cause you to stay in the hospital for a week, because in Petitioner's case he has small and large bronchial tubes, that has now developed into COPD #6604. The COPD # 6604 in Petitioner's case he uses Anoro Ellipta medication for only COPD #6604 patients. In June 2015 Veterans Affair diagnosed Petitioner with type 2 Diabetes and Tinnitus which is 30% Service Connected Disability rating but Veterans Affair has always refused Petitioner any upgrade from 30% since 1973 for over fifty one (51) years, because the Veterans Affair Organized Crme Group controls Veterans Affair.

1. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair utilized in his attempt to Murder Petitioner, with the help of Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN, told Petitioner to take every four (4) hours, with the specific oral instructions given to Petitioner, DONALD RICHARD KARR JR., by Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN for Petitioner's proven medical exacerbated disability disease conditions with Petitioer's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 62 of 239

Petitioner, DONALD RICHARD KARR JR., was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions, given to Petitioner to KILL PETITIONER with the orders from Director Marie L. Weldon San Antonio Veterans Affair. The specific oral instructions given to Petitioner, for the purpose of 'killing Petitioner on or about October 23rd 2013', with said medication toxic mixture as a weapon to silently kill Petitioner, because the Symbicort is a twelve (12) hour medication, these actions by Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair are in fact OBSTRUCTING JUSTICE, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** these **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** This was nurse Juanita Lenzo Gold Team RN part in trying to Murder Petitioner so she could get her brother a CWT Job at Kerrville Veterans Affair.

2. The actions of Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair and the Respondents, and each of them, at Veterans Affair are undisputed, as violations of Petitioner's Civil Rights pursuant to 18 U. S. C. § 241, 42 U. S. C. §§ 1983 and 1985, **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST ALL RESPONDENTS,  as the Respondents, and each of them, have conspired with the third party Respondents, identified herein, including their eleven (11) year conspiracy to murder the Petitioner, DONALD RICHARD KARR JR, Regular Army  RA XXXX7616 Vietnam Veteran and 1973 VA Veterans Benefits Application NO. CXXXX6 558 through a scheme or artifice to defraud Donald Richard Karr Jr., Petitioner, has been defrauded of his 1973 award of 100% Service-Connected

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 63 of 239

Disability Benefits preventing Donald Richard Karr Jr., in said actions have committed undisputed acts violations of Petitioner's Civil Rights pursuant to **18 U. S. C. § 241, 42 U. S. C. §§ 1983 and 1985, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** THAT ARE RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST THE PETITIONER BY ALL RESPONDENTS. The actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner are not protected by the **WESTFALL Act of 1988 28 USC § 2679!**

3. Veterans Affair Management have redirected Petitioner's 1973 award of his 100% Service Connected Disability Benefits to Donald R. Karr, Navy Veteran and Veterans Affair Employee, for his son, DONALD LEE KARR when his son, assumed the identity of Petitioner, Donald Richard Karr, Jr. In 1973 after Donald Lee Karr graduated from high school, so that. Donald Lee Karr could use Petitioner's benefits to go to UCLA and UCLA Law School, plus send his son Donald Ray Karr to go to UCLA when in fact the stolen benefits, from an active duty member of the military holding themselves out to be Petitioner and his family so Donald Ray Karr could go to UCLA on Petitioner's benefits. Donald Lee Karr obtained Petitioner's benefits in 1973, that has now continued to the date of filing this Petition since 1973. The Respondents, and each of them, in the monthly violations of the **HOBBS Act 18 USC § 1951 & RICO PREDICATED Acts,** violations of **10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** these Undisputed Acts of **TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412** Crimes Against Petitioner, are as an undisputed fact violations of Petitioner's Civil Rights pursuant to **18 U. S. C. § 241, 42 U. S. C. §§ 1983 and 1985, HOBBS Act 18 U.S.C. § 1951 and RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents),** 18

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 64 of 239

U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that began in 1973 continuing to the date of the filing of this Petition. These actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner are not protected by the WESTFALL Act of 1988 28 USC § 2679!

4. The Supreme Court set forth some guidelines on writs of mandamus in Kerr v. United States District Court, 426 U.S. 394, 96 S. Ct. 2119, 48 L. Ed. 2d 725 (1976), (man-dame-us) n. Latin for "we order," a writ (more modernly called a "writ of mandate") which orders a public agency or governmental body to perform an act required by law when it has neglected or refused to do so. Veterans Affairs refuses Petitioner his benefits in 1973 assigning said benefits to Donald R. Karr, Veterans Affair Employee in 1973, for his son Donald Lee Karr. In San Antonio Veterans Affair this Veterans Affair prejudice of Petitioner Donald Richard Karr Jr., started again in November 2011 in San Antonio Veterans Affair. The thirteen (13) years of Veterans Affair prejudice of Petitioner, a total of over fifty-one (51) years, Veterans Affair refusing Petitioner any benefits, except 30% non service connected benefits, no educational benefits, no payment of Choice Doctors or Tests requested by Choice Doctors, Hospital Emergency Room visits or Petitioner's medications as an undisputed fact has been illegal copay changes, TRICARE payments from Petitioner when in fact Petitioner does not qualify for TRICARE.

5. Petitioner's DD 214 shows him as 'Donald Richard Karr, Jr.', but Veterans Affair has

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 65 of 239

changed Petitioner's name to 'Donald Karr and Donald R. Karr' in his Veterans Affair Profile so the Petitioner's benefits have been altered at Veterans Affair so that Petitioner's benefits can be redirected (Petitioner's award for his 100% Service Connected Disability Award and benefits) on or about September 1973 to 'DONALD R. KARR Veterans Affair employee' (who has assumed the identity of the Petitioner, Donald Richard Karr, Jr.) **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.** Petitioner, Donald Richard Karr, Jr. served during the Vietnam War from December 1967 to December 1973, plus his Army Reserve Military Service! Petitioner, Donald Richard Karr, Jr. records were altered at Veterans Affair in 1973, changing Petitioner's name name to Donald Karr and Donald R. Karr so Petitioner's benefits could be used by Donald R. Karr, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, also shown as 22042 Robin Oaks Terrace, Diamond Bar, California 91765 in the Veterans Affair Computer (that is not an address in Diamond Bar) in Petitioner's Profile. Since 1973 Donald R. Karr and his son Donald Lee Karr have used the benefits of Petitioner, Donald Richard Karr, Jr. obtain the payments and benefits for his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

6. Petitioner, DONALD RICHARD KARR JR., is a '100% service connected disabled veteran' since 1973, but he has never been given his 100% Service Connected Disability Award, including his GI BILL for Educational benefits, and medical benefits, because they were given to Donald Lee Karr in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who lived at 22402 Robin Oaks Terrace,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 66 of 239

Diamond Bar, California 91765 including his GI BILL for Educational benefits, preventing Donald Richard Karr Jr., from obtaining his benefits and from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate, that prevented Donald Richard Karr Jr., Petitioner from exercising his rights and his rights as a Vietnam Vietnam that earned these rights stolen from him.

7. Petitioner's Veterans Affair doctor Dr. Arturo Llanos GOLD Team Group at Kerrville Veterans Affair in Kerrville, Texas in Petitioner records in the Veterans Affair Computer noted Petitioner's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disability disease conditions. These conditions have appeared in the Veterans Affair computer since 1973 as the medical basis of Petitioner's original 100% Service Connected Disability 1973 Award for his benefits.

8. The four (4) Texas board certified doctors, including one who is Internal Medicine doctor, have noted Petitioner's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disability conditions in the Veterans Affair Computer, because Petitioner has supplied same to Veterans Affair with verification of Petitioner's medical tests in 2013 and 2014 including Board Certified Internal Medicine doctor William John Ryan subsequently established through test that such conditions existed in January 2014!

9. Katrina Hipp, one of the rating persons in Veterans Affair VARO in Houston, Texas noted that Petitioner was 100% Service-Connected Disabled Veteran because she saw this information in the Computer when she had her three and a half hours conversation with Petitioner on or about May 2016.

10. Veterans Affair Management refused to allow Petitioner any upgrade more than 30%,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 67 of 239

benefits Petitioner is receiving still today or from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner so that Katrina Hipp's award of 100% Service Connected Disability was not given to Petitioner.

11. This is a common practice used at Veterans Affair to down grade Veterans so they are not given their actual benefits that compensates veterans their actual disabilities, that prevented Donald Richard Karr Jr., Petitioner, from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner, that prevented the Donald Richard Karr Jr., Petitioner, from exercising his rights for obtaining his benefits.

12. There are two persons in Petitioner's Profile so that Petitioner is prevented from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner, that prevented the Donald Richard Karr Jr., Petitioner, from exercising his rights, that would mean that Donald Lee Karr would no longer draw Petitioner's 100% Service Connected Disability Award and benefits.

13. Refusal of Petitioner's award of his 1973 was 100% Service-Connected Disabled Veteran, are undisputed violations of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 68 of 239

14. Petitioner's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions are verified by his Veterans Affairs doctors in 2004 and 2005 in Reno Veterans Affairs when Petitioner had surgery, the specific reason that Petitioner was awarded his 100% Service-Connected Disabled Veteran benefits when Petitioner made his second application CXXXX6558 in RENO Veterans Affair, when Petitioner had emergency gallbladder surgery!

15. Petitioner has Chronic Bronchitis #6600 [(which has been service connected disabled conditions from childhood, because Petitioner has small and large bronchial tubes, that are the reason Petitioner spent his sixth week of Basic Training in hospital in February 1968. Petitioner's allergy trigger of cottonwood trees, mold and cedar allergies causing the Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 his allergic reactions for his Chronic Bronchitis #6600 because Petitioner has small and large bronchial tubes), Petitioner's Asthma #6602 disability may also send him to the hospital because of his allergies], plus Petitioner's Emphysema #6603 disease condition and COPD #6604 disease conditions.

16. The Emphysema #6603 disease condition and COPD #6604 disease conditions are shown in Methodist Boerne Emergency Room notes by three (3) Board Certified ER Doctors (1) Becky Doran MD (November 10, 2013 visit to ER); (2) Liza Chopra MD (November 27, 2013 visit to ER); and (3) Craig Gerstenkom MD (December 31, 2013 visit to ER); and established by the COPD #6604 test of W. John Ryan MD Board Certified Internal Medicine, test January 10th 2014 again establishes Pettioner's 100% Service-Connected Disabled conditions with Petitioner's allergies noted in Veterans Affair Doctors notes in 2004 and 2005, 2013 and 2014 that make the Veterans Affair award on or about November 4th 2013 a 'false and fraudulent award' as an undisputed fact, the third test ordered in August 2013 would have established the Petitioner was 100% Service Connected Disabled.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 69 of 239

17. Veterans Affair has presented 'false findings', are as an undisputed fact, treating Donald Richard Karr Jr., Petitioner, with prejudice for over fifty one (51) years so that Veterans Affair can continue to pay DONALD LEE KARR, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Donald Richard Karr Jr., Petitioner benefits, that DONALD LEE KARR has been paid since 1973 by Veterans Affair and Petitioner's TRICARE INSURANCE.

18. It is an undisputed fact that, DONALD LEE KARR did not serve in the military. when in fact Donald Richard Karr Jr., Petitioner served in the US Army and has provided Veterans Affair his DD 214 and has proved medical proof from doctors at Veterans Affair, plus four (4) Board Certified Doctors in 2013 and 2014, plus many Private and Veterans Affair doctors subsequent to his checking into San Antonio Veterans Affair in November 2011 of his status and as a veteran to establish he is the veteran that the military benefits belong to!

19. Veterans Affair has allowed Donald Lee Karr, a Civilian, who's TRICARE Insurance is not from his father Donald R. Karr benefits that was added to Petitioner's Profile in the Veterans Affair Computer, is not a Veteran, has assume Donald Richard Karr Jr., Petitioner's identity and military benefits in 1973, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that as an undisputed fact, is a violation of 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) that DONALD LEE KARR, fraudulently representing himself to be Petitioner, **a violation of 10 U. S. C. § 906 ART**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 70 of 239

106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,  while has been drawing Petitioner's award for 100% Service Connected Disabled Veterans Benefits since 1973.

20. Donald Lee Karr is currently paid Donald Richard Karr Jr., Petitioner's 100% Service-Connected Disabled Veterans benefits without the Veterans Affair making any effort for Transparency or following the Rule of Law with the monthly violations at Veterans Affair, a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,  that are undisputed violations, of Title 28 USC § 2412 TREASON, RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2384. VETERANS AFFAIR CONSPIRACIES TO OBSTRUCT JUSTICE AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST ALL RESPONDENTS,  as the Respondents shown in the list of The Parties of page 3 of this Action, and each of them, have conspired with third party Respondents, identified herein RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities since 1973.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 71 of 239

21. Donald Richard Karr Jr., Petitioner's actual 1973 Veterans Affair award of 100% Service Connected Disabled benefits established the award in 1973, using the classification #6602 Service Connected Disability Asthma, as Donald Richard Karr Jr., Petitioner's Secondary Disability Condition of 30% disabled and Bronchial #6600, that is actually 60% Service Connected Disability of Chronic Bronchitis #6600.

22. Donald Richard Karr Jr., Petitioner's Primary Condition, 60% Service Connected Disability of Chronic Bronchitis #6600 given as the award but hidden, that is actually shown backwards, combining two (2) rating awards for Chronic Bronchitis #6600 and #6602 Service Connected Disability Asthma, a false writing in 1973, to defraud the Petitioner, Donald Richard Karr Jr. of his 100% service connected disability benefits.

23. Donald Richard Karr Jr., Petitioner's Chronic Bronchitis #6600 which has been service connected disabled condition from childhood exacerbated by military service, because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that is the reason Donald Richard Karr Jr., Petitioner, spent the sixth week of Basic Training in Fort Ord hospital in February 1968.

24. It is Petitioner's Service Connected Disability condition #6602 Asthma that is Donald Richard Karr Jr., Petitioner's Secondary Condition with the trigger of mold and cedar allergies causing Petitioner, DONALD RICHARD KARR, JR. CXXXX6558, Asthma to send him to the hospital but does not keep Petitioner in the hospital for a week, Petitioner's Chronic Bronchitis #6600 because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that is the reason Donald Richard Karr Jr., Petitioner, spent the sixth week of Basic Training in Fort Ord hospital in February 1968.

25. Petitioner's Chronic Bronchitis #6600 because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that were discovered in Reno, Nevada Veterans Affair since 2004-

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 72 of 239

2005 and with type 2 diabetes discovered also as a Service Connected Disability at Reno Veterans Affair that brings the rating back in Reno Nevada Veterans Affair to 100% Service Connected Disabled Veteran because Petitioner's exceeded 100% in Reno Nevada when Petitioner was at Reno Nevada Veterans Affair in 2004 and in 2005.

26. Chronic Bronchitis #6600 because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that were discovered in Reno, Nevada Veterans Affair since 2003-2005 that established Petitioner's is in the 55 year Protected Status at Veterans Affair and can not be changed or down graded by Veterans Affair Employees, plus now discovered COPD #6604 in 2013-2014 which is now in Stage 2, that with Petitioner's disabilities combined in 1973 to be 100% Service Connected Disabled, and again at Veterans Affair, are established as undisputed fact that Donald Richard Karr Jr., Petitioner's 100% Service-Connected Disabled Veterans benefits, that have been verified by Veterans Affair, and Donald Richard Karr Jr., Petitioner 's Veterans Affair and private doctors repeatedly over the last approximately eighteen (18) years, including Veterans Affair doctors.

27. Donald Richard Karr Jr., Petitioner has been ignored by Veterans Affair, including Petitioner providing Veterans Affair medical proof from doctors at Veterans Affair, four (4) Board Certified Doctors in 2013 and 2014 demonstrating Petitioner's disabilities are fact, as the undisputed proof that Petitioner is 100% Service Connected Disabled Veteran.

28. The Supervising Veterans Affair Medical Doctor in the Testing done in August 2013 noted that the Veterans Affair tests to determine the Petitioner's actual disabilities in August 2013 shown in Petitioner's medical records that Petitioner, DONALD RICHARD KARR JR., based upon Petitioner's Veterans Affair medical file that Petitioner, DONALD RICHARD KARR JR., was, as an undisputed fact 100% Service Connected Disabled, as his medical disability status.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 73 of 239

29. These medical facts in Petitioner, DONALD RICHARD KARR JR., Veterans Affair Medical Files were further established, repeatedly, over the last approximately eighteen (18) years, and it is an undisputed medical fact that Petitioner, DONALD RICHARD KARR JR., is in fact 100% Service Connected Disabled with his disabilities since February 1968, in US Army Basic Training.

30. The intentional failure, specifically the lack of Veterans Affair to compensate Petitioner for his disabilities, has continued at Veterans Affair since on or about September 1973 is based upon the undisputed fact that Petitioner's benefits were given to Donald Lee Karr, that is not a Veteran and did not serve in the Military.

31. Starting in 2011 at Veterans Affair in San Antonio, Texas, for last thirteen (13) years starting when Marie L Weldon, when she was Director at Veterans Affair in San Antonio, she began stealing Petitioner's 100% Service Connected Benefits, a violation by Marie Weldon and her staff violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government), rising to the level of Racketeering Activities, since 1973 [which Veterans Affair and its employees have stolen fifty six (56) years, six hundred seventy (670) months of Petitioner's 100% Service Connected Disability Benefits through February 2024.

32. Marie L Weldon Director of Veterans Affair in San Antonio, began stealing Petitioner's 100% Service Connected Benefits, now Regional Director in Los Angeles, and Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary, and the subsequent group now in charge at Veterans Affair in Spokane including Robert J. Fischer MD

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 74 of 239

PACOG Medical Center Director, Sarah Boardman Assistant Medical Center Director, David Sams MD Chief of Staff, Sam Mc Comas Associate Director Patient Care Services Nurse Executive and Will Haley Deputy Associate Director Patient Care Services Nurse Executive, that as a result of their effort to prevent Petitioner, DONALD RICHARD KARR JR. from obtaining his benefit which now includes copay charges for TRICARE Insurance, that Petitioner has never had a policy and can not qualify to obtain, the policy that they are using Petitioner's Social Security number given to them by Veterans Affair as the policy number without Petitioner's approval.

33. Copay charges for TRICARE Insurance, that Petitioner has never had a policy that they are using Petitioner's Social Security number given to them by Veterans Affair as the poicy number without Petitioner's approval. is always prevented from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate the Petitioner from exercising his rights by failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution. Veterans Affair staff violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government), rising to the level of Racketeering Activities, since 1973.

34. Clearly these undisputed facts confirm in these pleadings establish the RICO Predicated Acts of the Donald Lee Karr (the tax lawyer who has committed tax with his family the Organized Crime Group within Veterans Affair, the Veterans Affair Management that have committed the RICO Predicated Acts shown in the pleadings, that there is undisputed evidence, that Petitioner

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 75 of 239

is 100% Service-Connected Disabled!

35. Houston Texas VARO and Veterans Affair's application review board including in Houston, Texas Veterans Affair knew about Petitioner's 1973 award for his 100% Service-Connected Disability existed in Petitioner's medical file at Veterans Affair.

36. Houston Texas VARO and Veterans Affair's application review board with 1973 proof of exacerbated 100% Service-Connected Disability conditions, because of Petitioner's conversations with Katrina Hipp, for three and half hours, the rating person at VARO in Houston noted the facts Petitioner is 100% Service Connected Disabled in our conversation in May 2016.

37. Amy Marrs, again a rating person, in Spokane Veterans Affair, noted Petitioner in her review of Petitioner's medical records, on or about July 6th 2017, that Petitioner was in fact 100% Service Connected Disabled Veteran and also 100% nonservice connected disabled, because of Petitioner's PTSD disability!

38. Petitioner's Veterans Affair Doctors and Staff at the Veterans Affair facilities, plus his private doctors, including Veterans Affair Choice Doctors, all agree that Petitioner is 100% Service-Connected Disabled plus as Amy Marrs in Spokane Veterans Affair stated Petitioner is also 100% nonservice connected disabled because of his PTSD disability!

39. Dr. Glen Volyn, Petitioner's Choice doctor established Petitioner's 100% service connected disabled, medical exacerbated disability disease conditions include, but are not limited to, Chronic Bronchitis #6600, Petitioner's Primary Disease Condition (which has been from childhood because of Petitioner's small and large bronchial tubes) the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in hospital in February 1968. Petitioner's trigger of mold and cedar allergies have developed from the Chronic Bronchitis

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 76 of 239

#6600 includng Emphysema #6603 and COPD #6604 disease conditions which creates a major hardship for Petitioner without the proper doctors and medications that Veterans Affair makes no effort to provide Petitioner.

40. Petitioner's Asthma #6602 has sent him to the hospital emergency room, but Petitioner's Chronic Bronchitis #6600, is what causes Petitioner to be hospitalized,

41. Petitioner's Type 2 diabetes, COPD #6604 (Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions currently creates for Petitioner a major hardship for Petitioner medically and financially.

42. Petitioner has a long history of being allergic to mold, cedar and cottonwood trees, dating back into the 1960s and 1970s.

43. Petitioner has a history of Chronic Bronchitis #6600 due to small bronchial tubes. Petitioner's Chronic Bronchitis #6600 has turned into COPD #6604, noted in the medical notes in Petitioner's Profile for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta. 44. Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes (Veterans Affair in Reno 2004 determined this disability). The type 2 diabetes and adding the Tinnitus by Veterans Affair in June 26th 2015 but Petitioner did not receive an upgrade of 30% Service Connected Disabled.

44. Veterans Affair refused to give Petitioner an upgrade and has family history of diabetes. Petitioner, DONALD RICHARD KARR JR., has right hand and left hand Dupuytren's disease condition, PTSD and Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine (not provided and refused Petitioner his request by Veterans Affair).

C. Veterans Affair refusal of Petitioner's Educational Benefits, Preventing Petitioner from

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 77 of 239

returning to working in his Profession. Veterans Affair's Management & Employees Wrongful Acts against Petitioner 28 U.S.C. § 2671 Employee and Respondent Superior Veterans Affair's Management & Employees Conspiracy to Engage in a Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d), 18 U.S.C. §§ 1961(4), (5) and (9) for the lump sum payment of Petitioner's stolen 100% Service-Connected Veterans Disability Benefits stolen, each and every month, each and year, without payment to the Petitioner by Veterans Affair who instead redirected all payments to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, which Veterans Affair continues to deny payment to the Petitioner. Petitioner has had his benefits embezzled for six hundred seventy (670) months fifty-four (56) years through February 2024, over fifty one (51) years that Veterans Affair has embezzled Petitioner's 100% Service Connected Disability benefits since 1973, when Petitioner's benefits were redirected by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, and sent to 22402 Robin Oaks Terrace, Diamond Bar, California 91765.

Petitioner's 100% Service Connected Disability Benefits have been redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, that is now a matter before this court because of the undisputed violations of the HOBBS Act 18 U.S.C. § 1951, Robbery and Extortion, RICO Act violations including of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents at Veterans Affair), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) violations rising to the level of Racketeering Activity 18

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 78 of 239

U.S.C. §§ 1961 (5), 1962 (b) Fraud & False Statements under the RICO Act with RACKETEERING ACTIVITIES as an PRINCIPAL 18 U.S.C. § 2 and as an ACCESSORY after the fact 18 U.S.C. § 3 damages due in this 'Case of First Impression with Special Circumstances including the Attempted Murder of Petitioner' because Petitioner's Profile is setup so that Petitioner receives only benefits from the non service connected side of his profile and Donald R. Karr and his son Donald Lee Karr receive Petitioner's 100% Service Connected Disability because Veterans Affair has modified Petitioner's Profile to pay Petitioner's 100% Service Connected Disability benefits to Donald Lee Karr a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

Petitioner is in the 100% Service Connected Disabled side of Petitioner's Profile and Petitioner is in the 30% non service connected disabled side of his Profile with no benefits including but not limited to, education benefits, medical benefits including no payments of doctors, tests over forty-five times and medications as a service connected disabled veteran, that was awarded 100% Serviced Connected Disability Benefits in 1973, but never given the award, because the award was diverted and given to Donald Lee Karr by his father Donald R. Karr Veterans Affair Employee on or about September 1973,

Pleading in the alternative, if same be necessary, on the occasions alleged herein, Veterans Affairs Employees and Respondents wrongful acts and hostile conduct, as set forth above, made material representations to Petitioner that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents have obtained Petitioner's 100% Service Connected Disability Benefits, that are the 100% Service Connected Disability Benefits of Petitioner. Veterans Affair is utilizing the Veterans Affairs Computer to access Petitioner's 100% service connected disability

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 79 of 239

benefits, without authorization from Petitioner to take his benefits and his payments for said benefits, that Petitioner seeks Treble and Punitive Damages.

The Petitioner's 100% Service Connected Disability Benefits, now the undisputed stolen benefits of Petitioner, stolen by the Veterans Affairs Employees, would be paid to Petitioner as one total lump sum payment. Veterans Affairs Employees, and Respondents, wrongful acts have made material representations to Petitioner regarding payment, reimbursement, and/or compensation which were false, were either known to be false when made or were asserted without knowledge of the truth, and was intended by Veterans Affairs Employees, and Respondents, wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees, and Respondents, wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees, and Respondents, wrongful acts have obtained the 100% Service-Connected Disability Benefits of Petitioner, through Petitioner's Profile, that has been Electronically Turned On and Off without an upgrade of benefits, but for the sole purpose of the theft of Petitioner's benefits without intention of paying Petitioner or his knowledge of Veterans Affair when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation.

1. That this Court liberally construe the **HOBBS Act and RICO Act laws** and thereby find that all Respondents have conspired to acquire and maintain an interest in, and/or conspired to acquire and maintain control of, a RICO enterprise engaged in a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(b) and (d) supra. Payment of Petitioner's 100% Service Connected Disability Benefits to Donald Lee Karr and his son Donald Ray Karr are both in violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 80 of 239

EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,

2. That this Court liberally construe the RICO laws and thereby find that all Respondents have conspired to conduct and participate in said RICO enterprise through a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) supra.

3. That all Respondents and all their directors, officers, employees, agents, servants and all other persons in active concert or in participation with them, be enjoined temporarily during pendency of this action, and permanently thereafter, from conspiring to acquire or maintain an interest in, or control of, any RICO enterprise that engages in a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(b) and (d) supra.

4. That all Respondents and all their directors, officers, employees, agents, servants and all other persons in active concert or in participation with them, be enjoined temporarily during dependency of this action, and permanently thereafter, from conspiring to conduct, participate in, or benefit in any manner from any RICO enterprise through a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) supra. The Petitioner asks that this court request the Justice Department be made aware of the matters herein that are in the court's determination require the US Attorney investigate for prosecution as Criminal RICO matters.

5. That all Respondents and all their directors, officers, employees, agents, servants and all other persons in active concert or in participation with them, be enjoined temporarily during pendency of this action, and permanently thereafter, from committing any more predicate acts in furtherance of the RICO enterprise alleged in COUNT 1-9 supra.

6. That all Veterans Affair, the Respondents, and each of them, be required to account for

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 81 of 239

all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

7. That judgment be entered for Petitioner and against all Respondents for Petitioner's actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof. The Petitioner's loss of ability to work due solely to Veterans Affair and its Employees and its Union Employees to kill Petitioner for his benefits so he is unable to work in his Profession, and as a licensed California General Engineering Contractor (A) and Building Contractor (B) refusing to help Petitioner use his Veterans Educational Benefits to become a license a licensed California General Engineering Contractor (A) and Building Contractor (B) starting in 2013 when Petitioner requested help to become relicensed as a General Engineering Contractor (A) and Building Contractor (B). The Veterans Affair refused, and Director Marie Weldon in San Antonio personally told Petitioner that she was not going to put him in business.

8. The last thirteen (13) years Petitioner has been prevented from working in his Profession to earn a living in his Profession, to work as Engineering Land Planner and as a license a licensed California General Engineering Contractor (A) and Building Contractor (B), specifically as General Engineering Contractor (A) infrastructure builder as Petitioner has done as part of his private sector development experience. Petitioner's experience includes successfully acquiring infrastructure public sector bond inducements agreements with Riverside County totaling $750,000,000.00 for this project on this City of Perris, California (Riverside County) project encompassing 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus additional two (2) infrastructure public sector bond inducements agreements with two (2) additional $300,000,000 Riverside County Projects in 1986 totaling

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 82 of 239

with the three (3) projects $1,350,000,000 in revenue bonds. The bond market crashed in March 1986.

9. Petitioner's Profession as a designer and builder, including infrastructure and home building, has been blocked by Veterans Affair for the last fifty one (51) years so Petitioner not able at Veterans Affair to obtain any of his educational benefits.

10. Petitioner is denied to be able to work in his profession and his livelihood by Veterans Affair for the last thirteen (13) years and Veterans Affair refuses Petitioner his 100% Service Connected Disability Benefits when as an undisputed fact Petitioner was never given his award on or about September 1973 for 100% Service Connected Disability Benefits or his GI BILL Education Benefits promised him as a Veteran.

11. In the last thirteen (13) years since Petitioner's benefits were stolen in 2011 by Employees of Veterans Affair in San Antonio, Texas, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner. the Veterans Affair undisputed violations of the HOBBS Act 18 U.S.C. § 1951, Robbery and Extortion, RICO Act violations including of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents at Veterans Affair), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) violations rising to the level of Racketeering Activity 18 U.S.C. §§ 1961 (5), 1962 (b) Fraud & False Statements under the RICO Act with RACKETEERING ACTIVITIES as an PRINCIPAL 18 U.S.C. § 2 and as an

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 83 of 239

ACCESSORY after the fact 18 U.S.C. § 3 of the Respondents, and each of them, have created Petitioner's loss of income and all the damages of the Petitioner.

12. Petitioner has been unable to work in his Profession because Veterans Affair refuses all educational benefits to Petitioner, so that he is unable to study and retake the General Engineering (A) Contractors and General Building (B) Contractors License Test and unable to take The Bar to become a licensed lawyer. The Petitioner scored a 97% when he originally took the General Engineering (A) Contractors and General Building (B) Contractors License Test in 1976. The Petitioner is prevented by Veterans Affair to return to his business as a Licensed General Engineering (A) Contractors and General Building (B) Contractors so that he could return to his business as a Hillside and Master Planned Community designer and builder.

13. The Petitioner's loss of income in only the last thirteen (13) years since Petitioner's benefits were stolen in 2011 by Employees of Veterans Affair in San Antonio, Texas, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill has cost me design and build communities thirteen (13) that Petitioner could have designed with his own staff, obtaining inducement agreements and built projects like the City of Perris, California (Riverside County) project encompassing 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus infrastructure public sector bond inducements agreements on two (2) projects, each year for eleven years so Petitioner has lost four billion dollars of initial paper and entitlements value of each project, prior to the increased value once the Pettioner has built the infrastructure.

14. That all Veterans Affair, the Respondents, and each of them, pay to Petitioner treble

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 84 of 239

(triple) damages, and punitive damages under authority of 18 U.S.C. 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof because the undisputed fact Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR initially violated the **HOBBS Act and RICO Predicated Acts in 1973, in their violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** through mail fraud, bank fraud, money laundering and identity theft in their actions at Veterans Affair, with Veterans Affair approval that started their identity theft of Petitioner's stolen 1973 award of 100% Service Connected Disability Benefits and GI BILL Benefits for Petitioner's Education.

15. Petitioner's stolen 1973 award of 100% Service Connected Disability Benefits and GI BILL Benefits for Petitioner's Education stolen from the Petitioner, assigning Petitioner's benefits to Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR, including secret payments of Petitioner's benefits by using Petitioner's name Donald R. Karr instead of Donald Richard Karr Jr, that appears of Petitioner's DD 214 that is an undisputed fact is violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government).

16. That all Veterans Affair, the Respondents, and each of them, pay Petitioner all damages, including treble (triple) damages and punitive damages sustained by Petitioner, including the loss of Petitioner's livelihood as a Hillside Land Planner and as a Licensed General Engineering (A)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 85 of 239

and General Building Contractor (B) solely caused by the Respondents, due to the Veterans Affair refusing Petitioner's educational benefits, over the last approximately eleven (11) years.

17. It is an undisputed fact Petitioner could have invested his stolen benefits that were awarded in 1973, given to Donald R. Karr Veterans Affair Employee and his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973 and as an undisputed fact stolen by Veterans Affair in consequence of Respondents' violations of 18 U.S.C. 1962(d) supra, due solely to Veterans Affair's Management & Employees, by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, Wrongful Acts against Petitioner, 28 U.S.C. § 2671 Employee and Respondent Superior Veterans Affair's Management & Employees Conspiracy that have Engaged in a Pattern of Racketeering Activity violating 18 U.S.C. §§ 1961(5), 1962(c) and (d), 18 U.S.C. §§ 1961(4), (5) and (9) for damages for the lump sum payment to Petitioner's for his stolen 100% Service-Connected Veterans Disability Benefits stolen, each and every month, each and year, without payment to the Petitioner's benefits by Veterans Affair redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee.

18. The RICO Act Crimes that exist everyday at the United States Department of Veterans Affairs facilities in the United States and within the Veterans Affair entire Veterans Affair System, that Petitioner has been subjected to Veterans Affair Management Staff, Veterans Affair Employees and agents that block and prevent Petitioner's efforts from utilizing his Veterans Benefits in their violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 86 of 239

19. Petitioner has had his benefits embezzled for over fifty one (51) years since 1973, when they redirected his 100% Service Connected Disability Benefits, when Veterans Affair Management Staff, Veterans Affair Employees and agents when they started blocking and preventing Petitioner's efforts to obtain his benefits. Veterans Affair, its staff, its employees, its agents, referred herein as the Respondents, for six hundred seventy (670) months through February 2024, over fifty one (51) years (consisting of fifty-six (56) years of benefits since February 1968) since 1973 when Petitioner's benefits were redirected to 22402 Robin Oaks Terrace, Diamond Bar, California 91765.

20. Petitioner's benefits in 1973 were redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, that is now a matter before this court because of the violations of the HOBBS Act 18 U.S.C. § 1951, Robbery and Extortion, RICO Act violations including 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and  and 18 U.S.C. § 1029 (access device fraud by the Government), Racketeering Activity 18 U.S.C. §§18 U.S.C. §§ 1961 (5), 1962 (b) Fraud & False Statements under the RICO Act with RACKETEERING ACTIVITIES as an PRINCIPAL 18 U.S.C. § 2 and as an ACCESSORY after the fact 18 U.S.C. § 3 damages due in this Petition, according to the best available proof.

21. That all Veterans Affair, the Respondents, and each of them, pay to Petitioner his costs of the lawsuit incurred herein including, but not limited to, all his, and his council's  necessary research, all non-judicial enforcement, and all reasonable counsel's fees, at a minimum of $450.00 per hour (Petitioner's standard professional law clerk rate for litigation including Federal Court) at start of this action thirteen (13) years ago.

22. The undisputed fact Veterans Affair and its employees have made it impossible for

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 87 of 239

Petitioner to rise out of poverty and make a living because they have denied Petitioner's benefits including educational benefits!

23. Veterans Affair, the Respondents, and each of them, and its employees have refused Petitioner his benefits except monthly income that Veterans Affair charges illegal copay not owed by the Petitioner violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3), including but not limited to, Petitioner's 1973 award and rating for Petitioner's 100% Service-Connected Disability, his GI BILL Education and subsequent education benefits, medical benefits and Veterans Affair payments as an undisputed violations of the HOBBS Act (Robbery and Extortion) and the RICO Act in the numerous Racketeering Sections noted in this Petition under equal access to Justice Act!

24. That all Veterans Affair, the Respondents, and each of them, damages to Petitioner, caused by Respondents, and each of them, and all gains, profits, and advantages derived by all the Respondents, from their several acts of racketeering in violation of 18 U.S.C. 1962(d) supra and from all other violation(s) of applicable State and federal law(s), be deemed to be held in constructive trust, legally foreign with respect to the federal zone [sic], for the benefit of Petitioner, his heirs and assigns.

25. Petitioner as an undisputed fact, has had his benefits embezzled for six hundred seventy (670) months through February 2024, over fifty-six (56) years of stolen benefits through

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 88 of 239

February 2024 that actual commenced in February 1968 in Basic Training, stolen since 1973 when payments began and were diverted to Donald Lee Karr.

26. That Petitioner have such other and further relief as this Court deems just and proper, under the full range of relevant circumstances which have occasioned the instant action and this Peremptory Writ of Mandamus.

27. **PETITIONER should recover:** The missing benefits from the 1973 Veterans Affairs Application and award since Petitioner received his first service connected award for 30% for Asthma from Veterans Affairs, dates back to when Petitioner was in Basic Training sleeping in old World War II Cedar Wooden Barracks.

28. World War II Cedar Wooden Barracks causing the exacerbated disease conditions that were Petitioner's Chronic Bronchitis #6600 Petitioner's Primary Condition and Asthma #6602 Petitioner's Secondary Condition with allergies to mold and cedar that caused Petitioner to go to the hospital from a field test and exercise in basic training when he had a 104 degree temperature.

29. Petitioner has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma ##6602 condition sending him to the hospital fighting for his life, because of Petitioner's small airway disease which has turned into COPD #6604 for which Petitioner uses Anoro Ellipta.

30. Veterans Affair, the Respondents, and each of them, in their wrongful acts against Petitioner, through identity theft of Petitioner's 100% Service Connected Benefits since 1973 for approximately fifty one (51) years, in their **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 89 of 239

these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, approximately twenty-six (26) times within said fifty one (51) years have used Petitioner Profile for money laundering of funds that could be Billions of Dollars every year from the government so this is not a simple situation of just Donald R. Karr stealing Petitioner's benefits. Theft of Petitioner's benefits is unchecked or audited to determine where this money is and how much is being stolen from the Government.

31. Petitioner has had his benefits embezzled by Department of Veterans Affairs Employees, for six hundred seventy (670) months through February 2024, over fifty-six (56) years of benefits through February 2024 (since February 1968) have been stolen since 1973. Veterans Affair and its employees, the Respondents, and each of them, have systematically stolen Petitioner's benefits, from the time that began in 1973 that Petitioner, his wife and his child depended on these 100% Service Connected Disability Compensation Benefits were awarded without payment paid to Petitioner.

32. Veterans Affair, the Respondents, and each of them, instead of being transparent with Petitioner, Veterans Affairs has illegally drawn Petitioner's actual 100% Service Connected Disability Compensation Benefits diverting the 1973 award allowing Petitioner's award to be used Donald R. Karr, Navy Veteran, VA Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 showing that his son Donald Lee Karr lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765 in their RICO Act Violations and Racketeering Activities including an illegal identity theft scam to cheat Petitioner of his 100% service connected disability benefits dating back 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 90 of 239

33. Respondents, and each of them, ignored Veterans Affairs obligation to pay benefits to Petitioner that were his 100% Service-Connected Disability benefits from February 1968 or as a minimum the Petitioner's entire 30% service-connected disability benefits owed to Petitioner for Asthma for six hundred seventy (670) months through February 2024 to determine actual stolen benefits in this Petition;

34. PETITIONER should recover: The missing benefits from the 1973 Veterans Affairs Application and award since he received his first service connected award for 30% for Asthma from Veterans Affairs, dates back to when Petitioner was in Basic Training sleeping in old World War II Cedar Wooden Barracks, causing the exacerbated disease conditions that were Petitioner's Chronic Bronchitis #6600 Petitioner's primary condition, and Asthma #6602 Petitioner's secondary condition, with allergies to mold and cedar. Petitioner has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma #6602 condition sending him to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 for which he uses Anoro Ellipta.

35. Veterans Affair, the Respondents, and each of them, in the wrongful acts, has ignored Petitioner's medical needs refusing all medications and medical need for doctor and doctors tests continuing their identity theft Petitioner's 100% Service Connected Disability Benefits over fifty one (51) years, approximately twenty-six (26) times within said fifty-six (56) years, six hundred seventy (670) months, commencing on or about 1973.

36. Veterans Affair, the Respondents, and each of them, have systematically stolen Petitioner's 100% Service Connected benefits from the time Petitioner, his wife and his child depended on the Service Connected Disability Compensation Benefits in 1973 when the benefits were awarded to Petitioner, without payment paid to Petitioner, but instead Veterans Affairs has

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 91 of 239

illegally set up a money laundering operation and drawn Petitioner's actual 100% Service Connected Disability Compensation Benefits using Donald R. Karr, Navy Veteran, Veterans Affair Employee who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, in their HOBBS Act and RICO Act Violations of Racketing Activities including an illegal identity theft scam to cheat Petitioner of his service connected disability benefits dating back 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

37. Veterans Affair, the Respondents, and each of them, is obligated to pay for Petitioner's Service-Connected Disability benefits from February 1968, including the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability awards and ratings for six hundred seventy (670) months through February 2024 to determine all the stolen benefits in this Petition when the Petitioner makes application for benefits and Veterans Affair refuses payment that is due the Petitioner, but fraudulently refused and stolen by Veterans Affair violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).

38. PETITIONER should recover: All missing benefits stolen by the Veterans Affair Organized Crime since Petitioner's 1973 Veterans Affairs Application award when he was awarded

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 92 of 239

the 100% Service Connected Disability Award he received!

39. Petitioner's first payment of his service connected award for 30% for Asthma from Veterans Affairs, dates back to when Petitioner was in Basic Training sleeping in old World War II Cedar Wooden Barracks, causing his exacerbated disease conditions that were Petitioner's Chronic Bronchitis #6600 his Primary Condition and Asthma #6602 his Secondary Condition with allergies to mold, cedar and cottonwood trees are the conditions that are as an undisputed fact the reason Petitioner was awarded his 100% Service Connected Disability Benefits.

40. Petitioner has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma condition sending Petitioner to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 for which he uses Anoro Ellipta.

41. Veterans Affair, the Respondents, and each of them, in the wrongful acts through identity theft Petitioner's Service Connected Benefits for over fifty one (51) years, approximately twenty-six (26) times within said for over fifty one (51) years six hundred seventy (670) months established in Basic Training in February 1968, commencing on or about 1973 at Veterans Affair, that has systematically stolen Petitioner's 100% Service Connected Disability benefits from the time Petitioner, his wife and his child born in September 1974 depended on the 100% Service Connected Disability Compensation Benefits.

42. Petitioner's 100% Service Connected Disability Benefits were awarded to Petitioner, without payment paid to Petitioner, but instead Veterans Affairs has illegally drawn Petitioner's actual 100% Service Connected Disability Compensation Benefits for their money laundering using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 93 of 239

identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in their Rackeeting Activities including an illegal identity theft scam to cheat Petitioner of his 100% service connected disability benefits dating back 1973.

43. Veterans Affair, the Respondents, and each of them, is obligated to pay for Petitioner's 100% Service- Connected Disability benefits from February 1968, including the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability awards and ratings for six hundred seventy (670) months through February 2024 to determine stolen benefits in this Petition;

44.  PETITIONER should recover: The missing benefits from the stolen 1973 Veterans Affairs Application and award since Petitioner because received his first service connected award for 30% for Asthma from Veterans Affairs, dates back to when he was in Basic Training sleeping in old World War II Cedar Wooden Barracks. The false award rating did not provide his compensation that was the actual exacerbated disease conditions that were Petitioner's Chronic Bronchitis #6600 primary condition and Asthma #6602 secondary condition with allergies to mold and cedar. Petitioner has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma #6602 condition sending him to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 for which he uses Anoro Ellipta. Department of Veterans Affairs

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 94 of 239

Employees, wrongful acts, through identity theft of Petitioner's 100% Service Connected Disability Benefits, for approximately fifty-six (56) years since February 1968, approximately twenty-six (26) times within over fifty-one (51) years since September 1973, six hundred seventy (670) months, or that benefits are commencing on or about September 1973.

45. Veterans Affair, the Respondents, and each of them, have systematically stolen Petitioner's 100% Service Connected Disability benefits in 1973 from the time Petitioner, his wife and his child depended on the 100% Service Connected Disability Compensation Benefits was awarded, without payment paid to Petitioner, but instead Veterans Affairs has illegally drawn Petitioner's actual 100% Service Connected Disability Benefits using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765 to violate in the RICO ACT with **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** starting in 1973, that commenced their Racketing Activities, including the 'illegal identity theft' in the scam to cheat Petitioner of his 100% service connected disability benefits for approximately fifty-six (56) years since February 1968, approximately twenty-six (26) times within said fifty one (51) years since September 1973, six hundred seventy (670) months, or commencing on or about September 1973. Therefore, Veterans Affairs is obligated to pay for Petitioner's his stolen Service-Connected Disability benefits from February 1968 including the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability for six hundred seventy (670) months through February 2024 to determine stolen benefits in this Petition, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner;**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 95 of 239

46. PETITIONER should recover: The missing and stolen benefits from the 1973 Veterans Affairs Application and award, since Petitioner has only received his first service connected award for 30% for Asthma from Veterans Affairs in September 2013, that should include the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability, that dates back to when Petitioner was in Basic Training sleeping in old World War II Cedar Wooden Barracks, causing the exacerbated disease conditions that were Petitioner's Chronic Bronchitis #6600 his primary condition and Asthma #6602 his secondary condition, with allergies to mold, cedar and cottonwood trees. Petitioner has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma #6602 condition sending him to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 for which he uses Anoro Ellipta. Department of Veterans Affairs Employees, in their wrongful acts against Petitioner, through their identity theft Petitioner's 100% Service Connected Disability Benefits for over fifty one (51) years [with fifty-one (56) actual years of benefits since February 1968] stolen with six hundred seventy (670) months through February 2024, stolen approximately twenty-six (26) times, within said fifty one (51) years, or commencing on or about September 1973.

47. Veterans Affair, the Respondents, and each of them, have systematically since 1973 in their, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, stolen Petitioner's benefits, from the time Petitioner, his wife and his child depended on his 100% Service Connected Disability Benefits. Petitioner's payment of his award was not paid to Petitioner but redirected by Veterans Affair and Petitioner's payment, without payment paid to Petitioner, but instead redirected by Veterans Affairs and the Respondents, who has illegally drawn Petitioner's actual 100% Service Connected

Disability Benefits, for Veterans Affair Employees own unjust enrichment of payments of said benefits, using Donald R. Karr Veterans Affair employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, in Veterans Affair, the Respondents, and each of them,  RICO ACT violations of their Racketing Activities including an illegal identity theft scam to cheat Petitioner of his 100% service connected disability benefits dating back 1973.

48. Veterans Affair, the Respondents, and each of them, is obligated to pay for Petitioner's 100% Service-Connected Disability benefits from February 1968, the 100% service-connected disability benefits never paid to Petitioner's father who of course had the same disabilities as his father Donald Richard Karr Sr. are owed unpaid because they were stolen by  Donald R. Karr Veterans Affair employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, for nine hundred seventy (970) months through February 2024 to determine stolen benefits in this Petition. Petitioner's damages should include benefits stolen from his father Donald Richard Karr, Sr. of this total figure will be based upon nine hundred seventy (970) months for payment through February 2024 of a minimum lump sum payment of nine million ($9,000,000) dollars since his death from Cancer in July 1985 to the family of Donald Richard Karr, Sr., not the Petitioner, His Wife Arlene Jane Karr, Children including Debbie Roderick, Grand Children including Morgan Donald Roderick and Melinda Roderick, but not limited to, and Great Grand Children, placed in a living trust, the **Donald Richard Karr, Sr. Living Trust** that Petitioner is the Trustee and can fund payments to Donald Richard Karr Sr. Survivors not including the Petitioner for the Theft of his 'Next of Kin Benefits due the Respondents, and each of them, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, DONALD RICHARD KARR, SR., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 97 of 239

49. PETITIONER should recover: Finally all of Petitioner's reimbursed costs with additional costs, not paid by Veterans Affair for medical expenses, including all the hospitals and doctors. plus dental for Petitioner's teeth ...back payments including hospital and medical costs, including foot surgery that is in fact the Malpractice because of the wrong size twice as an 11 wide (that should be 11-1/2 EEE, established by a Board Certified Foot Doctor) wide that was measured by Mike Olsen, the Podiatry Tech at Dr. Karen Brooks, MD, KMC Podiatry Clinic, **a violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** at this size incorrectly twice at Veterans Affairs Kerrville, Texas that includes money illegally taken violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)  to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair to TRICARE Insurance shown in Petitioner's Profile that they infact exist as an undisputed fact in the 100% Service Connected Disability side of Petitioner's Profile without his permission.

50. The illegal payments **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** STOLEN by

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ˢᵗ 2024 Page 98 of 239

Veterans Affair from Petitioner's social security and service connected disability benefits money, because Petitioner has been 100% Service Connected Disabiklity Benefits since 1973, that were stolen by the Veterans Affair and its employees and Union Employees that should be paid to Petitioner in a minimum lump sum payment of $750,000,000 because of the over fifty one (51) years of embezzlement of Petitioner's benefits when in fact in 2003 Petitioner's benefits were in the 55 year rule when Petitioner was 55 years old and his benefits can not be changed at at Veterans Affair.

51. The illegal payments by Veterans Affair from Petitioner's that include stolen education benefits including seven failures by Veterans Affairs to pay Educational Benefits including Petitioner's 1973 G. I. Bill and Educational Benefits awarded pursuant to Petitioner but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without Petitioner's authorization for a **total of minimum of $15,600,000 damages loss of Petitioner's education funds** that were as an undisputed fact not the benefits of DONALD LEE KARR, and DONALD RAY KARR, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that will preclude Petitioner from using his 1973 GI BILL EDUCATION MONEY FOR HIMSELF OR CHILDREN.

` 52. The over fifty one (51) years of fraudulent Veterans Affair awards for 30% service connected benefits which Petitioner received nothing as Chapter 31 Educational Benefits, although Petitioner requested his benefits, would establish twenty-six (26) times for a total, back educational payments, refusal by Veterans Affair since 1973 for a **total of $15,600,000** plus the above shown $15,600,000 for a total of minimum of **$46,800,000 Lump Sum payment** with treble damages to

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 99 of 239

Petitioner for the stolen benefits for a total payment of $61,400,000 total damages plus punitive damages for false and fraudulent writings for over fifty one (51) years for $614,000,000 for stolen benefits due immediately to bring Petitioner current plus Petitioner is entitled to Sanction for treating him with prejudice at Veterans Affair as a 100% Service Connected Disabled Veteran who earned the benefits as a Vietnam Veteran serving active duty from on or about December 28, 1967 to December 21st 1970. If damages are not paid and Petitioner is not upgraded by Veterans Affair then a Judge and jury may hear this matter when Petitioner petitions the court for a hearing.

53. The past over fifty one (51) years that Petitioner's benefits Veterans Affair has no paid medical benefits to him, the thirteen (13) most recent years of fraudulent Veterans Affair representation for payment and nothing is paid, the refusal of payment to third party medical care givers, including doctors, hospitals, and emergency rooms, regarding payment for medical and dental costs, not yet paid to Petitioner, or for Petitioner with Veterans Affair paying Petitioner the minimum $32,500,000 Lump Sum payment plus punitive damages for false and fraudulent writings for over fifty one (51) years for $325,000,000 to Petitioner plus Veterans Affair pays all outstanding bills plus damages, not paid for over fifty one (51) years, which payment for fifty-six (56) years and six hundred seventy (670) months February 2024, as monthly service connected disability payments to Petitioner, which is payment based upon the current monthly Veterans Affair paying all ratings for Petitioner to be current in payments owed Petitioner, now due and owed by Veterans Affairs. The additional medical tests are findings, and facts, that support the finding of Petitioner's 100% Service Connected Disability Compensation Benefits Award refused by Veterans Affairs. If damages are not paid and Petitioner is not upgraded by Veterans Affair then a Judge and jury may hear this matter when Petitioner petitions the court for a hearing.

54. That all Respondents pay to Petitioner the lump payment, including prepayment of

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 100 of 239

medical cost based a lump sum payment such that Petitioner's medical benefits, are not Petitioner's requirement to pay.

55. Petitioner's benefits for his 100% Service Connected Disability Compensation Benefits Award remain. and begin after February 2024 with payment for his wife and child, paid to him monthly, with treble (triple) damages monthly for life to the Petitioner. Noting that the amount of total lump sum payment plus the stolen benefits through identity theft in the approximately twenty-six (26) applications within the Veterans Affair system, can be adjusted by total lump sum payment this payment received for the 100% non service connected disability for PTSD from Amy Marrs in addition to Petitioner's 100% Service Connected award in 1973 not paid to Petitioner awarded because of this Action to obtain all of Petitioner's benefits. This benefits are undisputed benefits stolen by Veterans Affair and Respondents, that have been deleted from the Veterans Affairs Computer, by Respondents, third parties that Amy Marrs has represented to Petitioner.

56. Veterans Affair has stopped Petitioner from collecting his educational benefits because Veterans Affair used this additional money in their summation total of Petitioner's benefits that are accessed from Petitioner's Veterans Affair Profile, including but not limited to, violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)  to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 101 of 239

CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY

KARR. violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH

AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. §

2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner. to increase Veterans Affair, and the

Respondents, money laundering total amount, when Veterans Affair gains access to Petitioner's

benefits, when they have gained access to Petitioner's Profile, setting up a second side to his profile

to pay his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A

SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts

of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that Veterans

Affair is now due lump sum payment, for defrauding Petitioner of all his ratings and awards,

including the PTSD rating offered by Veterans Affairs in 'bad faith' at the time, but now due in this

Judgment award, from the Court's ruling!

57. That all Respondents pay to Petitioner treble (triple) damages to the Petitioner, for

defrauding Petitioner of his benefits through redirected Petitioner's benefits, without Petitioner's

knowledge over the last over fifty one (51) years with money laundering and Identity Theft based

a lump sum payment under authority of 18 U.S.C. § 1964(c), for any gains, profits, or advantages

attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof,

violations of the RICO ACT (18 U.S.C. §§ 1961-1968) 1970; specifically Cyber Crimes which

conforms to the definition rendered in the most recent case of the Ninth Circuit Federal Court in

Nevada on December 19, 2013 that was rendered in the case involving David Ray Camez conduct

in violation of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents),

18 U.S.C. § 1028A Aggravated Identity Theft and 18 U.S.C. § 1029 (access device fraud by the

Government); Veterans Affairs staff and employees Acquisition and Maintenance of an Interest in

and Control of an Enterprise Engaged in a Pattern of Racketeering Activity:18 U.S.C. §§ 1961(5),

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 102 of 239

1962(b)] that they are able to divert funds that were part of DONALD RICHARD KARR JR, Vietnam Veteran PETITIONER, VA FILE NO. CXXXX6 558 service connected benefits award for their own unjust enrichment, in their theft of Petitioner's benefits and Veterans military entitlements, including but not limited to, the Veterans Profile that Petitioner's money is stolen, as said 100% service connected disability benefits were stolen again in November 2011.

58. Benefits that were reinstated and given back to Petitioner in November 4th 2013 from VARO in Houston, Texas as a pre-existing 30% service connected disability for a false Asthma/Bronchial award, setup in the Vista Program in the Veterans Affairs Computer for this specific identity theft including but not limited to, violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

59. That all Respondents pay to Petitioner punitive damages to the Petitioner, for defrauding Petitioner of his benefits over the last over fifty one (51) years of Identity Theft [18

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 103 of 239

U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 18 U.S.C. § 1029 (access device fraud by the Government)] based a lump sum payment under authority of 18 U.S.C. § 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof, violations of the RICO ACT (18 U.S.C. §§ 1961-1968) 1970 for fraudulent ratings, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** preventing Petitioner from obtaining his 100% Service Connected Disability Benefits for over fifty-six (56) years, approximately twenty-six (26) times within said over fifty one (51) years six hundred seventy (670) months through February 2024, or commencing on or about September 1973.

60. Attorney's fees as a result of the Veterans Affair conduct, not in question but as an undisputed fact is a refusal to pay benefits to Petitioner that were in fact benefits that Veterans Affair paid to Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** a civilian that has never been in the military after he graduated from high school. In 1973 Petitioner's 100% service connected disability benefits and Petitioner's GI BILL Education Benefits were redirected to Donald Lee Karr who still receives Petitioner's benefits today, that Petitioner should now receive legal costs to obtain his stolen benefits from the Court. Petitioner should receive reimbursement of all legal costs, in a fair and reasonable amount, in the event Petitioner costs to purse his lost benefits becomes necessary for Petitioner to secure the services of a trial attorney, to prosecute this matter to a conclusion. The Petitioner should recover payment of his work as a litigation paralegal, in preparation on the documents and the research necessary to present this matter to

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 104 of 239

this court.

## General Law

As the Court noted in **Erspamer v. Derwinski, 1 Vet. Appl. At 9-10,** a Petitioner seeking an extraordinary writ, such as a peremptory writ of mandamus, must demonstrate both a clear and indisputable entitlement to the writ and the lack of an adequate alternative means to obtain the requested relief.

This Petition for Peremptory Writ of Mandamus demonstrates both a clear and indisputable loss of Petitioner's 1973 award of his 100% Service Connected Disability Veterans benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and the fraudulent writings of his benefits, fraud, embezzlement, failure of the Respondents taxes on the stolen benefits, and the other financial crimes committed by the Respondents to redirect the payments that have been stolen by Identity Theft and Money Laundering violation of 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government).

The Petitioner's 100% Service-Connected Disabilities benefits stolen by the Respondents, and each of them at Veterans Affairs, demonstrated by the continued refusal to give Petitioner his actual 1973 award of his 100% Service-Connected Disabilities benefits when any application by the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 105 of 239

Petitioner is made to Veterans Affair demonstrates that Veterans Affair has utilized false writings to create Petitioner's ratings each and every time.

Petitioner's benefits have been stolen from each of his applications for benefits. Petitioner's benefits have been stolen from him by Identity Theft and Money Laundering of the Respondents, and each of them, in their violations of 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) by Veterans Affairs, the Respondents, and Veterans Affairs employee Donald R. Karr, Navy Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 in 1973 when Veterans Affairs employee Donald R. Karr, Navy Veteran where he bought his home at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 in November 13th 1968, when Donald Richard Karr Jr., Petitioner was in the US Army Ordinance and Missile school at Redstone Arsenal in Alabama from on or about March of 1968 through April of 1969:

1. The Veterans Affairs identity theft and embezzlement of Petitioner's 100% service connected disability benefits payments that were diverted from Petitioner, DONALD RICHARD KARR JR, that the Veterans Affair program was setup within the Vista Program in the Veterans Affairs Computer, by Respondents, and each of them, including but not limited to, Veterans Affairs employee Donald R. Karr, Navy Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765. Donald R. Karr, Navy Veteran with Veterans Affair Employee shown in Petitioner's profile, so as the second person in Petitioner's Profile that was his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 106 of 239

that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** could exist with Petitioner's TRICARE insurance that would not interfere with the Veterans Affair medical insurance that Petitioner would receive starting in 1973. Originally this did not include the contractual interference of Marie Weldon, Fachie Director of Department of Veterans Affairs Medical Center San Antonio, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and her staff violations of the RICO Act (18 U.S.C. §§ 1961-1968) 1970 specifically Cyber Crimes statues which conforms to the definition rendered in the most recent case of the Ninth Circuit Federal Court in Nevada on December 19, 2013 that was rendered in the case involving David Ray Camez conduct in violation of 18 U.S.C. § RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) because the Director Weldon doesn't like Petitioner, according to Department of Veterans Affairs Kerrville Police Captain Munoz. The **actions of Marie Weldon, Fachie Director of Department of Veterans Affairs Medical Center San Antonio, and her staff violations gives rise to Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b) GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. §1001 violations of the HOBBS Act 18 USC §**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 107 of 239

1951 monthly since on or about September 1973 and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, rising to the level of Racketeering Activities under the RICO ACT; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). In this case at bar In Re: Quigley, 1 Vet. App. 1 (1990), (Quoting from In the Matter of the Fee Agreement of Smith, 4 Vet. App. 487, 500 (1993)). The Court may issue a Peremptory Writ of Mandamus as the Rule of Law.

2. On the federal level, for example, 28 U.S.C.A. § 1651(a) provides that courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law".

3. The Supreme Court set forth some guidelines on writs of mandamus in Kerr v. United States District Court, 426 U.S. 394, 96 S. Ct. 2119, 48 L. Ed. 2d 725 (1976), (man-dame-us) n. Latin for "we order," a writ (more modernly called a "writ of mandate") which orders a public agency or governmental body to perform an act required by law when it has neglected or refused to do so. The Department of Veterans Affairs continues as shown in this Petition, to refuse over a period of over fifty one (51) years, six hundred seventy (670) months because actual benefits began in February 1968 so the benefits are shown through February 2024, to upgrade Petitioner to his actual 100% service connected disabilities that Department of Veterans Affairs has received proof of which also exist in the Department of Veterans Affairs records dating back to 1973. Veterans Affair has had proof since 1973 in its Computer but refuses to act to upgrade Petitioner at his proper minimum status of 100% service connected disability award for COPD #6604 since on or about September 2013, that Petitioner's two disabilities of Chronic Bronchitis #6600 and Asthma #6602 (shown as

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 108 of 239

Asthma/Bronchial not a rating but two ratings as a false writing by Veterans Affair) with Petitioner's allergies and diabetic disabilities noted in 2004 and 2005 at Veterans Affair would have given Petitioner one hundred (100) percent service connected disability in 2013! Petitioner has been in the 55 year Rule at Veterans Affair since 2003 and his benefits can not be changed or down graded but Veterans Affair continues to downgraded Petitioner's 100% Service Connected Disability Benefits again to 30% Service Connected Disability while leaving Petitioner's second side of his Profile that Donald Lee Karr is paid Petitioner 100% Service Connected Disability payments alone rather than paying Petitioner his 100% Service Connected Disability Benefits. Petitioner received a CPAP machine in 2014 when Dr. William John Ryan recommend to Veterans Affair in his test in October 2014 (that the October 2014 test for Sleep Apnea done by Board Certified doctor William John Ryan established Petitioner stops breathing 46 times in an hour) for which Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 uses a CPAP machine (that is provided by Veterans Affair and said CPAP Machine is an automatic 50% Service Connected Disability upgrade for Petitioner and in June 26th 2015 Petitioner was upgraded with a 30% Service Connected Disability (mellitus type 2 rating of 20% diabetes and tinnitus rating of 10%) for the upgrade of 100 % Service Connected Disability since February 1968 or over Six Million ($6,000,000) Dollars owed to Petitioner and his family for this upgrade that should have been paid to him in 2015, to hold a false writing and fraudulent documents to maintain the Second Side of Petitioner's Profile so that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, could continue to be paid Petitioner's 100% Service Connected Disability Benefits **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

4. In the Department of Veterans Affairs there is an Organized Crime Croup that

Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee,

his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing

the benefits monies from the Petitioner, and other Veterans, refusing to give the Veterans their

correct benefit's rating so that the Veterans can receive their correct monthly monies payments of

a minimum of one hundred percent (100%) service-connected disability award so that Petitioner's

COPD #6604 that his disease has progressed to since September 2013.

5. The Petitioner's correct benefit's rating since 1973 for monthly payments, of a

minimum of one hundred percent (100%) service connected disability 1973 award for his current

COPD #6604 disability with the doctors hired by Veterans Affair established that the Petitioner's

original application (CXXXX6558) is now used, has been stolen at least twelve (12) times yearly

embezzled through false writings, by the Respondents, in their failure to pay taxes, and other

financial crimes, for a period of over fifty one (51) years, six hundred seventy (670) months that

began in February 1968 and to February 2024, with no benefits monies paid to the Petitioner,

from the stolen and embezzled benefits monies.

6. Veterans Affair is involved in an Interest in and Control of an Enterprise

Engaged in a Pattern of Racketeering Activity:18 U.S.C. §§ 1961(5), 1962(b) GROSS NEGLIGENCE

EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE

STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO

Act; 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C.

§ 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses

without permission, identification of another person, and then uses that identification during

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 110 of 239

and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft

(access device fraud by the Government) with RACKETEERING ACTIVITIES as a PRINCIPAL (18

U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) of Petitioner's 100% service

connected disability benefits since 1973!

7. This Petition and Writ was introduced to prevent disorders from a failure of

justice; therefore, it ought to be used upon all occasions where the law has established no specific

remedy, and where in justice and good government there ought to be one. 3 Burr. R. 1267; 1 T.

R. 148, 9.; 2 Pick. 414; 4 Pick. 68; 10 Pick. 235, 244; 7 Mass; 340; 3 Binn. 273; 5 Halst. 57;

Cooke, 160; 1 Wend. 318; 5 Pet. 190; 1 Caines, R. 511; John. Cas. 181; 12 Wend. 183; 8 Pet. 291;

12 Pet. 524; 2 Penning. 1024; Hardin, 172; 7 Wheat. 534; 5 Watts. 152; 2 H. & M. 132; 3 H. &

M. 1; 1 S. & R. 473; 5 Binn. 87; 3 Conn. 243; 2 Virg. Cas. 499; 5 Call. 548. Mandamus will not

lie where the law has given another specific remedy. 1 Wend. 318; 10 John. 484; 1 Cow. 417;

Coleman, 117; 1 Pet. 567; 2 Cowen, 444; 2 McCord, 170; Minor, 46; 2 Leigh, 165; Const. Rep.

165, 175, 703.

8. The Writ is to be used upon all occasions where the law has established no

specific remedy, and where in justice and good government there ought to be one. 3 Burr. R. 1267;

1 T. R. 148, 9.; 2 Pick. 414; 4 Pick. 68; 10 Pick. 235, 244; 7 Mass; 340; 3 Binn. 273; 5 Halst. 57;

Cooke, 160; 1 Wend. 318; 5 Pet. 190; 1 Caines, R. 511; John. Cas. 181; 12 Wend. 183; 8 Pet. 291; 12

Pet. 524; 2 Penning. 1024; Hardin, 172; 7 Wheat. 534; 5 Watts. The circuit courts of the United

States may also issue Writs of Mandamus, but their power in this particular, is confined exclusively

to those cases in which it may be necessary to the exercise of their jurisdiction. 7 Cranch, R. 504;

8 Wheat. R. 598; 1 Paine's R. 453. Vide, generally, 3 Bl. Com. 110; Com. Dig. h. t; Bac. Ab. h.t.;

Vin. Ab. h.t.; Selw. N. P. h.t.; Chit. Pr. h.t.; Serg. Const. Index, h.t.; Ang. on Corp. Index, h.t.; 3

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 111 of 239

Chit. Bl. Com. 265 n. 7; 1 Kent. Com. 322; Dane's Ab. Index, h.t.; 6 Watts & Serg. 386, 397; Bouv. Inst. Index, h.t.; and the article "Courts of the United States." 28 U.S.C. § 2671 Employee and Respondent Superior.


## Nature of Relief Sought

This Petition seeks the Court to issue an order directed to the Respondents, and each of them, and their council to answer Petitioner's Petition and Show Cause why the relief prayed for in this Petition should not be granted to the Petitioner, Donald Richard Karr Jr. VA FILE NO. CXXXX6 558. This Petition for PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651 complaining of the Respondents, Veterans Affairs and Veterans Affairs Management Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity:18 U.S.C. §§ 1961(5), 1962(b), 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, the over fifty (51) years six hundred seventy (670) months, from February 1968 through February 2024, criminal activities and violations of the RICO Predicated Acts are part of the relevant facts and findings in this Petition with the failure of justice; therefore, it ought to 52; 2 H. & M. 132; 3 H. & M. 1; 1 S. & R. 473; 5 Binn. 87; 3 Conn. 243; 2 Virg. Cas. 499; 5 Call. 548. Mandamus will not lie where the law has given another specific remedy. 1 Wend. 318; 10 John. 484; 1 Cow. 417; Coleman, 117; 1 Pet. 567; 2 Cowen, 444; 2 McCord, 170; Minor, 46; 2 Leigh, 165; Const. Rep. 165, 175, 703.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 112 of 239

## Wrongful Acts by Veterans Affair including Identity Theft

That specifically was Wrongful Acts by the Respondents, Veterans Affair and its employees, that included the money laundering and 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) by Donald Lee Karr that began the embezzlement of Petitioner's 100% Service Connected Disability Benefits including Petitioner's GI BILL Education benefits in 1973 with his father's help Donald R. Karr, Veterans Affair Employee, violating the **HOBBS Act 18 USC § 1951 monthly, since on or about September 1973 and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** rising to the level of Racketeering Activities under the RICO ACT in the Respondents, and each of them, in their in an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b), GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD, FALSE WRITINGS AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; with embezzlement through Identity Theft and Money Laundering violations of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) with their RACKETEERING ACTIVITIES as a PRINCIPAL

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 113 of 239

(18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) of Petitioner's benefits and Petitioner's 100% service connected disability benefits, that is an undisputed act a 'hate crimes' against Petitioner's 1973 award of 100% Service-Connected Disabled Veterans Benefits and GI BILL Education Benefits because Donald Lee Karr does not qualify for any military or 100% Service-Connected Disabled Veterans Benefits and GI BILL Education Benefits because he was never in the military.

Section 91 Generally United States is liable under Federal Tort Claims Act only for damages caused by negligent or wrongful act or omission of an employee of the United States, Thompson vs. U.S., C.A.9 (Cal) 1979, 593 F.2d1104 that includes, but is not limited to, the theft of Petitioner's 1973 award of service connected disability benefits for one hundred (100%) percent service connected disabled veteran benefits commencing from the sixth week of basic training (February 1968) when Petitioner was in the Ft. Ord Hospital, after a week of marching in pouring rain, the prior week, arriving at the hospital with a 104 degree temperature, with Chronic Bronchitis #6600 that was used as the determination that Petitioner is 100% service connected disabled Veteran that quailfied that payments would be paid to Petitioner for the 100% Service Connected Disability Benefits. Petitioner's loss of over fifty-six (56) years, from Basic Training in February 1968, of his 100% service connected disability benefits payments and disability rating status, because of Petitioner's service connected disabilities benefits payments, have been stolen from Petitioner, with the identity theft of Donald R. Karr, Navy Veteran, Veterans Affairs employee, in Veterans Affair's Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b) that Petitioner, DONALD RICHARD KARR JR's (1973 VA file no. CXXXX6558), benefits have been stolen and embezzled from Petitioner, not paid to Petitioner, has been an undisputed fact, that the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 114 of 239

Organized Crime Group enterprise has existed over fifty one (51) years, taking payments for six hundred seventy (670) months from February 1968 to February 2024 at Veterans Affair that began in Los Angeles Veterans Affair where Navy Veteran Donald R. Karr worked where he producted fake IDs for his son Donald Lee Karr to impersonate Petitioner Donald Richard Karr Jr. to obtain Petitioner's transcripts at Cal Poly Pomona so he could take Petitioner's GI BILL and education benefits.

1. Definition of government employee contained in this chapter, including Section 1346(b) of this title, while not without boundaries, was drafted to have expansive reach and should be applied with eye to general agency law rather than in formalities of employment contracts, Witt vs. U.S. C.A. 2 (NY) 1972, 462 F2d 1261.

2. This chapter and Section 1346 (d) of this title are to be invoked only on a negligent or wrongful act or omission of a government employee. Fentress vs. U.S. C.A. 7(Ill.) 1970, 431 F. 2d 824.

3. The punitive damages should be assessed against Veterans Affair pursuant to Eichenseer, supra, at 894 F. 2d 1414, 1418 (5th Circuit 1990). The decision of the United States Court of Appeals for the Fifth Circuit is final.

4. The United States to be held liable under Federal Tort Claims Act negligent person must be an "employee" as defined by the Act. Mocklin vs. Orleans Levie Dist, E.D. La, 1988. 690 F. Supp. 527, affirmed 877 F. 2d427.

5. This chapter and Section 1346(b) of this title encompass liability of the United States for negligent act of any employee of the Government and are not limited to executive branch or employees thereof. McNamara vs. U.S. D.C. 1961, 199 F. Supp. 879.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 115 of 239

Section 92 Compensation –Generally Definition of "employee" for the purposes of Federal Tort Claims Act does not require that a person possess formal employee status, but includes any person acting on behalf of federal agency and in the official capacity, temporary or permanently in the service of the United States, whether with or without compensation. Guccione vs. U.S., S.D.N.Y. 1987, 670 F. Supp 527, affirmed 47 F.2d. 1031, rehearing denied 878 F2d32, certioraris denied 110 S. Ct. 719, 493 U.S. 1020, 107L, Ed. 2d 739.

Section 95 Respondent Superior. "Employee" as used in this chapter and Section 1346(b) of this title is to be read as having same general meaning as term servant has in body of law relating to doctrine of respondent superior. U.S. vs. Becker, C.A.9 (Ariz) 1967, 378 F. 2d 319.

"Employee" within Federal Tort Claims Act not protected by the Westfall Act whereby government consents to be sued for injuries caused by Acts of employees of the government [Petitioner obtained his Title 38 (authorization to sue the Government to obtain damages for Veterans Affair's unlawful actions) was obtained from Veterans Affair on June 3rd 2014, the Acts including RICO predicated Acts shown herein] consents to be sued for injuries caused by Acts including RICO predicated Acts of employees of government has same meaning of servant has in body of rules relating to doctrine of respondent superior. Brucker vs. U.S., CA. 9 (Cal) 1964, 338 F. 2d. 427, certiorari denied 855. Ct. 1769, 381 U.S. 937, 14L. Ed. 2D 701.

Malpractice continues from Veterans Affair facility to the next facility that now is displayed at Spokane Veterans Affair which has now refused Petitioner's 100% Service Connected Disability Benefits, refusing to pay over forty-five (45) doctors visits, tests, emergency room

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 116 of 239

visits and no medications in over two (2) years that includes sending Petitioner a meter to check his diabetic reading that reads thirty-five (35) points low to KILL PETITIONER.

The strong likelihood however is that Veterans Affair can be receiving both sides of profiles of veterans that have died in the last over fifty one (51) years, when it is an undisputed fact that twenty-two (22) veterans a day commit suicide, that must be counted so that there could be a minimum of 22 x 365 x 49=393,470 veterans profiles that are not shown in this count which Veterans Affair is involved in identity theft and money laundering which are forgotten, unless you are a Veteran. I believe my father Donald Richard Karr Sr. is part f this group and my mother received only $250 to bury my father so perhaps Donald R. Karr Veterans Affair Employee received the Next of Kin benefits for **Donald Richard Karr, Sr.** that should have been paid to Petitioner's mother. These Veterans are very important in this matter before this Court! Stereotype threat at Veterans Affair involves the internalization of negative stereotypes by the stigmatized. Self-fulfilling prophecies also occur when a negative stereotype influences the way we treat a person and the person reacts to this treatment with behavior that confirms the stereotype. . . . [Healy, 457].

Stigmatic harms are not insurmountable. Many stigmatized individuals develop ways of coping with their situations. As noted above, they may attribute negative outcomes to the prejudice of others rather than allow those outcomes to affect their self-esteem. They may also try to compensate for, or even eliminate, their stigmatizing traits by changing their behaviors or working harder. . . . But although these strategies can lessen the harms associated with stigma, they also carry costs. Reflexively blaming negative outcomes on prejudice can prevent one from understanding other reasons behind those outcomes. Attempting to change behavior can backfire if those efforts fail, causing one to feel even worse than before. And avoiding situations that might expose one to ridicule or prejudice

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 117 of 239

limits one's access to important resources and severely circumscribes one's freedoms. [Healy 457-458]

In short, stigmatization is a serious injury with harmful consequences. Not all stigmatized people experience these harms in the same way, and many individuals are able to overcome these harms and lead happy, fulfilling lives. But for the most part, [p]eople who are stigmatized tend to experience more negative outcomes in their work lives and in their personal lives than do the nonstigmatized. [Healy, 458]

It is true that much of the harm experienced by the stigmatized likely would exist even in the absence of government action. It is also true that we cannot measure precisely the extent to which government action in a given case contributes to stigmatic harm. But it seems clear that when the government stigmatizes members of a particular group, it exacerbates the harm they experience. By reinforcing the social belief that those with a particular trait are discredited, the government adds to the prejudice and discrimination against them, creates additional threats to their self-esteem, and reaffirms the stereotypes that lead to self fulfilling prophecies. The Veterans Affair and the Government's role also likely increases the intensity of these harms, particularly the threat to self-esteem. [Healy, 464].

That judgment should be entered for Petitioner against all Respondents, for Petitioner's actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof. The Petitioner's loss of ability to work due solely to Veterans Affair and its Employees and its Union Employees trying to kill Petitioner for his benefits so he is unable to work in Profession, as a licensed California General Engineering Contractor (A) and Building Contractor (B) refusing to help Petitioner

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 118 of 239

use his Veterans Educational Benefits to become a licensed General Engineering Contractor (A) and Building Contractor (B) starting over on or about 2011 as a general contractor. Veterans Affair refused, the last thirteen (13) years to do anything to help Petitioner to obtain said benefits, so Petitioner has been prevented from working as Engineering Land Planner, and General Engineering Contractor infrastructure builder, as he has done in the past over fifty one (51) years when he originally started as Civil Engineering Designer of projects in 1972, and became licensed as a General Contractor in June 1976 scoring a 97% on the test. Petitioner has been unable to return to his profession, to utilize his private sector development experience, which includes successfully acquiring infrastructure public sector bond inducements agreements like he did with Riverside County totaling $750,000,000.00 for his project in this City of Perris, California (Riverside County) project encompassing some 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project and two (2) infrastructure public sector bond inducements agreements for two (2) additional $300,000,000 Riverside County Projects in 1986 for a total of $1,350,000,000 in revenue bonds for infrastructure. When the bond market crashed in March 1986.

Petitioner's joint venture partner Bankers Trust in New York with drew from the arrangement because we could not proceed with the $1,350,000,000 in bonds. These projects in Riverside County California, that Petitioner notices here solely as an example of his projects, as a land planner and hillside land planner, as a Licensed General Engineering (A) and General Building (B) Contractor no. XXXX63 that began in November 1978 in the State of California demonstrate Petitioner's annual livelihood capabilities with his loss annually to be a minimum of $1,350,000,000 in revenue bonds as example, that would set the entitlements in the rezoning of the property paper value of Petitioner's assets, or

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 119 of 239

property equity, at four billion dollars minimum to nine billion dollars ($4,000,000,000 to $9,000,000,000) for each and every year of Petitioner's Development undertakings in these past thirteen (13) years, that Veterans Affair, and the Respondents, and each of them, stopped and have caused Petitioner's loss of income, refusing his educational benefits and 100% Service Connected Disability Veterans Benefits, refusing Petitioner the right to have his Veteran Owned Design, Build and Development Business so that the Respondents, and each of them, could continue their embezzlement, money laundering, identity theft that included assuming the identity of Petitioner in the violations of the HOBBS Act 18 USC § 1951 monthly since on or about September 1973, and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, when Petitioner's returned his first GI BILL check to Veterans Affair in the Los Angeles area where Donald R. Karr, Veterans Affair Employees, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). Petitioner's 100% Service Connected Disability benefits should be paid current that include payment of Petitioner's Wife and Child that have not been paid to Petitioner, that are at this time with six hundred seventy (670) months, February 1968 through February 2024.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ª 2024 Page 120 of 239

Veterans Affair, the Respondents, and each of them, have forced Petitioner into poverty, giving Petitioner a false disability rating of Asthma/Bronchial of 30% Service Connected Disability, then charging Petitioner illegal copay forcing him to pay, through identity theft on benefits, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)  to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR that it has been established with undisputed proof have stolen Petitioner's 100% Service Connected Disability Benefits for their own unjust enrichment.

Petitioner has not been paid his actual 100% Service Connected Disability Veterans Medical Benefits by Veterans Affair, that is an undisputed fact, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,**  all 100% Service Connected Disability benefits of Petitioner are in the second side of Petitioner Veterans Affair Profile and are paid to Donald Lee Karr. Medicare actually pays Petitioner's medical costs, paid by Medicare every month, his  Veterans Affair benefits have refused. Petitioner since he came to Coeur d' Alene Idaho approximately eight years ago dying from the attempt by Veterans Affair trying to murder

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 121 of 239

Petitioner by overdose by Dr. Llanos in Kerrville Texas Veterans Affair.

Petitioner can't start his Veterans Design, Build, Develop and Construction Business as a 100% Service Connected Veteran (as Marie L. Weldon told Petitioner 'she was not going to put Petitioner in business' so in Marie L. Weldon's mind, and her Veterans Affair policy, Veterans Affair was going to destroy Petitioner now, leaving him no income Veterans 100% Service Connected Disability monthly **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** with her false, false writings and fraudulent copay to take Petitioner's monthly income, as well as KILL Petitioner so Veterans Affair, the Respondents, and each of them, could take over Petitioner's Profile).

In the last Thirteen (13) years, that Veterans Affair has cause Petitioner's loss of income, including illegal copay, without the ability to have his 1973 award of his 100% Service Connected Disability benefits, that have been stolen by the Respondents, and each of them, have blocked Petitioner from obtaining approximately fifty-six (56) years, six hundred seventy (670) months, from February 1968 to February 2024 and in about approximately one month February 2025 it will be six hundred eighty-two months that Veterans Affair owes Plaintif Donald Richard Karr, Jr and his wife and family they have not paid since 1973. The Respondents, and each of them, have blocked Petitioner with false writings from obtaining any GI BILL Education Benefits or any Veterans educational benefits, including the undisputed fact Petitioner's GI BILL Education benefits were stolen by Donald Lee Karr and his son Donald Ray Karr, so they were able to go to UCLA Law School and UCLA. Veterans Affair, the Respondents, and each of them, have been responsible for Petitioner's

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 122 of 239

loss of $4,000,000,000 to $9,000,000,000 per year for thirteen (13) years = $44,000,000,000 minimum, possibly $99,000,000,000 in Petitioner's loss of income, with the violations by Veterans Affair, the Respondents, its employees and agents **HOBBS Act 18 USC § 1951** monthly violations since on or about September 1973, violations of **10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968**, these Undisputed Acts of **TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412** Crimes Against Petitioner, and violations of **18 U.S.C. § 241** Petitioner's Civil Rights, **RICO Act CYBER CRIMES 18 U.S.C. § 1028** Identity Theft (fraud in connection with identification documents) **18 U.S.C. § 1028A** Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and **18 U.S.C. § 1029** Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with **RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)**.

Veterans Affair, the Respondents, its employees and agents, have tried to Kill Petitioner for his benefits. Veterans Affair, the Respondents, its employees and agents, have continue their over fifty one (51) year Ponze Scheme stealing Veterans Benefits. including the Petitioner's, as only one of Veterans Affair, the Respondents, and each of them, Victims.

Veterans Affair, the Respondents, its employees and agents, without giving the Next of Kin benefits to the Veterans families have stolen Billions of Dollars from the United States Government that an audit is now due to determine just how much money is missing!

This Veterans Affair Ponze Scheme, is founded with the Donald R. Karr and his son Donald

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 123 of 239

Lee Karr Organized Crime Family that started in the Los Angeles area which is why none of them have moved from the Los Angeles County area. This undisputed fact is part of the Union Membership at Veterans Affair has been able to carry out their embezzlement, money laundering, Identity Theft violations of Petitioner's 100% Service Connected Veterans Disability Benefits in violations of the **HOBBS Act 18 USC § 1951 monthly since on or about September 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, and violations of 18 U.S.C. §  241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).** which has continued their RICO Crimes at Veterans Affair approximately fifty one (51) years, that may have started with Petitioner's benefits in 1973 as one of their first Victims.

This may now, however be expanded to perhaps 4,000,000 current veterans or more, who are patients at the Veterans Affair Facilities, because surely it seems possible that there are dead veterans getting benefits, showing as current members getting medications, diabetic shoes, and other medical supplies that could be sold during the theft at Veterans Affair I have witnessed on the normal business day, the government pays for, plus may buy a second time, from the union members sealing said supplies like Mario Alcota and Michael

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ˢᵗ 2024 Page 124 of 239

Olsen was doing, while Petitioner worked in the Lab at Kerrville Veterans Affair as a CWT. Petitioner witnessed this theft but could not stop this even when the Petitioner wrote his first 'Whistle Blower Complaint', because there has not been an audit by the government of the Veterans Affair Department or its Veterans Affair Computer system or the information history of payments to Veterans, of any audit that would show what has happened in the last over fifty one (51) years.

This Petition alleges that there is undisputed proof and 'incontrovertible physical evidence, in the print out of Petitioner's Profile where the Court can see that the Petitioner, Donald Richard Karr Jr., is not the only one in his Veterans Affair Profile. If you look at a copy of his Veterans Affair Health Card you see Petitioner's name is shown as "DONALD R. KARR JR" member ID XXXXXX9137 Card Expires 11/01/2034 noting VA HEALTHCARE ENROLLED SERVICE CONNECTED, and of course US ARMY Veteran. You will note the print out of the Petitioner Veterans Affair Profile from the Choice Doctor, you note there are many insurance companies, (three insurance companies in fact) shown in the Veterans Affair Profile, and the name is DONALD RICHARD KARR with two (2) address noted as 22042 Robin Oaks Terrace, Diamond Bar, California 91765 name noted as KARR, DONALD RICHARD and insurance is WPS VAPCC PO Box 7926 Madison, Wisconsin 53707-7926 noting self. This is not Petitioner's insurance or where Petitioner has lived. On further inspection the name shown as DONALD RICHARD KARR does not appear on Petitioner's Health Card noted above. The second print out of Petitioner's Profile shows KARR DONALD RICHARD with the address 212 W. Ironwood Drive, Coeur d' Alene, Idaho 83814. Petitioner's address is 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814

If you look at the insurance noted you see the VA Medical Insurance and Petitioner's

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 125 of 239

Medicare. On the third print out of the Petitioner's Veterans Affair Profile you note this print is different from the second print out, because Veterans Affair Insurance has been removed from the Profile at Kootenai Clinic, such that the hidden insurance within the Petitioner's Original Veterans Affair Profile, that Veterans Affair sent to Kootenai Health Care, by internet, is again Veterans Affair Employee DONALD R. KARR who appears as same Donald R. Karr on the title report to 22402 Robin Oaks Terrace, Diamond Bar, California 91765, with his wife Jean S. Karr, when they purchased their home in Diamond Bar November 13th 1968, when Petitioner was in the US Army in Huntsville, Alabama when Petitioner was not married. Examining this print out you can see that the WPS VAPCC insurance, or TRICARE Insurance, that is DONALD RICHARD KARR JR's TRICARE insurance and it is using Petitioner's Social Security Number. Petitioner can qualify to get TRICARE Insurance, because Petitioner is 100% Service Connected Disabled since 1973, but Petitioner's TRICARE Insurance is given to Donald :Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** because Donald Lee Karr was not in the military, that again appears to be showing as the third insurance in Petitioner's Veterans Affair Profile!

The doctrine of unconstitutional conditions holds that government may not grant a benefit on the condition that the beneficiary surrender a constitutional right, even if the government may withhold that benefit altogether. It reflects the triumph of the view that government may not do indirectly what it may not do directly over the view that the greater power to deny a benefit includes the lesser power to impose a condition on its receipt. (Id. at 1415)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 126 of 239

[A]ssuming that some set of constitutionally preferred liberties has been agreed upon, and that burdens on those liberties require especially strong justification, unconstitutional conditions doctrine performs an important function. It identifies a characteristic technique by which government appears not to, but in fact does burden those liberties, triggering a demand for especially strong justification by the state. Part I of this Article defines the basic elements of the technique. (Id. at 1419)

Unconstitutional conditions doctrine has a third possible theoretical explanation: that some constitutional rights are inalienable, and therefore may not be surrendered even through voluntary exchange. This approach identifies the harm in unconstitutional conditions as the commodification of rights the treatment of rights as transferable objects. (Id. at 1477)

Making constitutional rights inalienable because citizens may undervalue the worth of those rights to themselves would be classic paternalism overruling individuals' choices for their own good. Individuals' choices may diverge from their best interests for many reasons: for example, because they under assess risk or under-value their long-term interests. Choices to waive constitutional rights are no exceptions; invalidating such choices, even if perfectly voluntary, compels citizens to hang onto their rights for their own good. (Id. at 1480)

This approach would conceive unconstitutional conditions doctrine as a mere backstop to constitutionalism itself, which among other things, places rights beyond the reach of the Veterans because Veterans, if left to their own devices, will squander them. (Id. at 1480-81)

The Petitioner's injuries that he received on or about February 26th 2018 when Petitioner fell on the ICE were partially paid with TRICARE INSURANCE, when the hospital charged the insurance but in fact Veterans Affair did not pay noting, the Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar's insurance that is shown in Petitioner's Veterans Affair

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 127 of 239

Profile, but it is not the Petitioner it is Donald Lee Karr with his **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, THE PETITIONER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

There has been an apparent bias against Petitioner at Veterans Affair, for lack of a logical explanation other than hypocritical lip service from Veterans Affair and its employees, being held to less stringent standards than those applied to formal rule of law standards, that results in total disregard to the special protections alleged to be afforded to Veterans but specifically against Petitioner!

The Veterans Affair seems set up all their responses to Petitioner or his needs, with the prejudice, It is an undisputed fact. Petitioner's benefits were stolen in 1973 and given to Donald Lee Karr, who through identity theft since 1973, has prevented Petitioner from obtaining his 100% Service Connected Disability Benefits since 1973, showing Donald Lee Karr's address as 22042 Robin Oaks Terrace (shown in Petitioner's Profile) Diamond Bar, California 91765 in the over fifty one (51) years of violations of the **HOBBS Act 18 USC § 1951** monthly since on or about September 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, when Petitioner's returned his first GI BILL check to Veterans Affair in the Los Angeles area where Donald R. Karr, Veterans Affair Employees, and violations of 18 U.S.C. § 241 Petitioner's Civil Rights, money laundering and identity theft violations of RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 128 of 239

someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are in fact Petitioner's 100% Service Connected Disability Benefits, including the Petitioner's GI BILL schooling and educational benefits, that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, a Civilian, and not a Veteran, has been paid, in the **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** blocking Petitioner's award of his 1973 award of his 100% Service Connected Disability Benefits, that are an undisputed fact Petitioner's 100% Service Connected Disability Benefits since 1973, including Petitioner's GI Bill Educational Benefits.

Donald Lee Karr, a Civilian, and not a Veteran, using Petitioner's credit and slandering Petitioner's credit and Petitioner, so Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, could go to UCLA Law School using Petitioner's 100% Service Connected Disability Benefits!

Donald Lee Karr, a Civilian, and not a Veteran showing Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 129 of 239

Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, address 22042 Robin Oaks Terrace (shown in Petitioner's Veterans Affair Profile) Diamond Bar, California 91765 in the over fifty one (51) years of violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) monthly, for the embezzlement, money laundering and identity theft of Petitioner's 100% Service Connected Disability Benefits, including the Petitioner's GI BILL schooling and all of Petitioner's educational benefits, that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, a Civilian, and not a Veteran. Veterans Affair, the Respondents, and each of them, have committed TREASON in their impersonation of Petitioner, as a Veteran obtaining payment of Veterans 100% Service Connected Disability Benefits, as a non veteran, because of the Respondents, and each of them, specific wrongful acts against the Petitioner. These specific wrongful acts allowed Donald Lee Karr, a Civilian, not a Veteran, to assumed Petitioner's identity as a Veteran in 1973, including Donald R. Karr, Donald Lee Karr's father, producing fake ID cards at Veterans Affair for his Donald Lee Karr, with Petitioner's information.

Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 130 of 239

Connected Disability Benefits since 1973, working with his father Donald R. Karr, producing fake ID cards, at Veterans Affair so Donald Lee Karr could embezzle and assume the identity of Petitioner. Petitioner's benefits since 1973, with Donald Lee Karr's continued RICO Predicated Acts violations for over fifty one (51) years including violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).

Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, has obtained all of Petitioner's benefits from the 100% Service Connected Disability side of Petitioner's Veterans Affair Profile in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

The facts are clear that as an undisputed fact, Petitioner's award of his 100% Service Connected Disability Benefits, since when he originally applied for his benefits, on or about June 1973, have been stolen by Donald Lee Karr, the Respondents, and each of them, in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 131 of 239

AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, including but not limited to, violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)  that Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, and DONALD RAY KARR who was born in September 1985 and Petitioner's daughter was born in September 1974, have stolen, as an undisputed fact, Petitioner's 100% Service Connected Disability and GI Bill Educational Benefits. Petitioner 100% Service Connected Disability Benefits were stolen by Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, so he could go to UCLA and UCLA Law School!

DONALD LEE KARR, also known as 'DONALD RICHARD KARR now lives at 6349 Meadow Haven Drive, Agoura Hills, California 91301-1659, is not a veteran, who never served in the Military, has been representing himself to be US Army Veteran, Donald

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 132 of 239

Richard Karr Jr., the Petitioner. Donald Lee Kass has been paid Petitioner's 100% Service-Connected Disability Benefits since 1973 because his father Donald R. Karr (not related to US Army Veteran, Donald Richard Karr Jr.) set up the Veterans Affair Computer (with the help of the Respondents, and each of them, at Veterans Affair which these continues to the date of filing of this Petition) to embezzle the benefits of the Petitioner for approximately fifty-six (56) years, six hundred seventy (670) months, from February 1968 to February 2024.

Petitioner's damages will require that Petitioner's stolen benefits from 1973 when Petitioner, his wife and his child should have been how Petitioner's benefits are now determined since 1973 to recover his loss of the embezzled benefits rating of 100% Service Connected Disability award is determined, that were actually stolen and redirected to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, son of Donald R. Karr, Veterans Affair Employee, that is not related to Donald Richard Karr, Jr., because Donald Richard Karr Jr. great grand father changed the spelling of his name from CARR to KARR during the Civil War. Donald Richard Karr Jr. is Scottish and Irish dating back to the eleventh century.

All of Petitioner's damages that are the result of the over fifty one (51) years of prejudice of the Petitioner that he has been subjected to by Veterans Affair, the Respondents, and each of them, which Petitioner has suffered from the different Veterans Affair(s) facilities are the result of the embezzled benefits and Petitioner's rating of 100% Service Connected Disability award that were actually stolen and redirected to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 133 of 239

Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, son of Donald R. Karr, Veterans Affair Employee, at Veterans Affair.

These embezzled benefits and rating of 100% Service Connected Disability award determined in 1973, that were actually stolen and redirected to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, son of Donald R. Karr, Veterans Affair Employee, is the specific reason for Petitioner to file this Petition for this Case of First Impression involving extortion through and at the Veterans Affair facilities, the Respondents, and each of them,  have violated HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES, and RICO predicate acts and racketeering activities under the RICO Act by Veterans Affair Employees, failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A) or even a CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO through a scheme or artifice to defraud Petitioner of his 1973 100% Service-Connected Disability Benefits, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

The Veterans Affair false, false writings and fraudulent ratings since 1973 has prevented Petitioner from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 134 of 239

ridicule, embarrass, harass, and intimidate, that prevented the Petitioner from exercising his rights.

Veterans Affair, Respondents, and each of them, because Petitioner is a 'Veterans Affair Whistle Blower' has treated with 'prejudice' because Veterans Affair seeks to punish Petitioner as a Whistle Blower. Petitioner reserves the right once the determination has been reached by this Court regarding his 1973 benefits, and the amount of stolen benefits, by Petitioner's requests for Summary Judgment with the Respondents organized crime within Veterans Affair, because of fraud on the Court, shown as part of the Petitioner's damages in this Petition, that began at Veterans Affair on or about June 1973 the Petitioner then can request this **'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES INCLUDING ATTEMPTED MURDER OF PETITIONER FOR HIS BENEFITS'** can be heard by the Court pursuant to **THIS COMPLAINT PURSUANT TO COURT RULES 4,9, 16 AND 38**, and Petitioner reserves the right to amend this Petition and/or supplement this Petition, to show cause for exercising his civil rights to request a Jury Trial on this matter. Illegal taking of Petitioner's right to own a gun, when in fact the Petitioner is a Hunter and a Bill Fisherman, that Petitioner's rights have to be restored immediately by the Court.

Petitioner specifically Petitions this Court from his original Veterans Affair 1973 application, that Petitioner will ask for a 'Jury Trial' in this matter as a Complex Litigation Complaint, that will litigate, once Petitioner has been given his 100% Service Connected Disability award that was originally given to Petitioner in 1973 and stolen at Veterans Affair so the remaining damages, that Petitioner has suffered, that are subject of this proceeding, can be adjudicated. The Damages that Petitioner has suffered have been intentionally caused, by the Respondents, and each of them, in this matter, with over fifty one (51) years of monthly

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 135 of 239

violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES monthly, including the money laundering and identity theft violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) with the stolen benefits of Petitioner's 100% Service Connected Disability Benefits, including the Petitioner's 1973 GI BILL schooling and educational benefits.

Veterans Affair Union Membership has been dictating to the Veterans Affairs facilities through out the United States with the alert that is placed in the Veterans over fifty one (51) years that is fifty-six (56) years, six hundred seventy (670) months, from February 1968 to February 2024.

The reason Petitioner is always downgraded in his applications requesting an upgrade in his benefits, after approximately five (5) decades, is because the Veterans Affair, the Respondents, and each of them, in which, the Petitioner's Veterans Affair Profile, has the clear actual proof of of Petitioner's 100% service connected disability since 1973.

Petitioner's Profile has been in existence as 100% Service Connected Disability Benefits since 1973 that Donald Lee Karr has obtained Petitioner's Benefits since 1973 violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 &

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 136 of 239

**2384 & 28 USC § 2412 Crimes Against Petitioner!**

Petitioner's actual damages have been caused by Veterans Affair and their Union Employees, the Respondents, and each of them, that intentionally caused Petitioner to not be given his 100% Service Connected Benefits by preventing Petitioner from obtaining his benefits in 1973.

The Petitioner's damages, include but are not limited to, slandering Petitioner and his personal credit because it is an undisputed fact Petitioner is 100% Service Connected Disabled since 1973 so he has no medical bills or any costs to pay they are all Veterans Affair bills without question, this has been over fifty one (51) years of fraud, fraudulent writings and fraudulent representations about Petitioner's status as a Veteran that is 100% Service Connected Disabled Veteran, it is an undisputed fact that this is subjecting Petitioner to false writings, that has caused Petitioner's Defamation of his Civil Rights as a Veteran, and Defamation of his Character, because Veterans Affair has treated him with prejudice, for over fifty one (51) years, that is actually fifty-six (56) years of his actual benefits so Petitioner can't be upgraded.

Neither coercion, corruption, nor common deification theories satisfactorily explain why conditions on obtaining Petitioner's benefits, that pressure preferred liberties should receive the same strict scrutiny as direct constraints. None of these three approaches suffices: coercion theory focuses too narrowly on the individual beneficiary, germaneness theory focuses wrongly on [the corruption of the] Veterans Affair legislative process, and inalienability theory focuses too generally on problems with exchange. (Id. at 1489-90)

This argument that Veterans Affairs sets 100% Service-Connected Disability benefits without regard to the Veterans actual disabilities determined by the Veteran's Doctor based upon

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 137 of 239

medical tests argues for an alternative approach grounded in the systemic effects that conditions on benefits have on the exercise of constitutional rights. Such an approach starts from the proposition that the preferred constitutional liberties at stake in unconstitutional conditions cases do not simply protect individual right holders piecemeal but as actual factual undisputed facts of continuous fraudulent downgrading of Petitioner's 100% Service-Connected Disability award rating of 1973, after approximately five (5) decades. Instead, Veterans Affair also help determine the overall distribution of power between government and right holders generally, and among classes of right holders. (Id. at 1490)

Unconstitutional conditions, no less than direct infringements, can skew this distribution in three ways. First Veterans Affair can alter the constitutional liberties generally declare desirable some realm of autonomy that should remain free from government encroachment. Government freedom to redistribute power over presumptively autonomous decisions from the citizenry to itself through the leverage of permissible spending or regulation would jeopardize that realm. Second, an unconstitutional condition can skew the distribution of constitutional rights among right holders because it necessarily discriminates facially between those who do and those who do not comply with the condition. If government has an obligation of even handedness or neutrality with regard to a right, this sort of redistribution is inappropriate. Third, to the extent that a condition discriminates de facto between those who do and do not depend on a government benefit, it can create an undesirable caste hierarchy in the enjoyment of constitutional rights. (Id. at 1490)

Constitutional Liberty as Distribution of Veterans Benefits A systemic approach to unconstitutional conditions problems recognizes that constitutional liberties regulate three relationships: the relationship between government and the Veterans.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 138 of 239

These intentional actions of the Respondents, and each of them, exacerbated and helped whether knowingly or unknowingly the Veterans Affair and their infrastructure within the Veterans Affair Computer System to carry out massive money laundering, identity theft, bank fraud, mail fraud, robbery and extortion of Veterans and their benefits, which Petitioner is only one, of perhaps five million (5,000,000) veterans, that has suffered damages and loss like the Petitioner's 1973 award of 100% Service Connected Disability Benefits stolen since 1973 violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

VETERANS AFFAIR Application No. C XX XX6 558 that DONALD RICHARD KARR JR., Petitioner applied for and received in 1973 his award of 100% Service-Connected Disability Benefits but did not receive his award of his benefits, that was done with VETERANS AFFAIR Application No. C XX XX6 558 that were veterans file numbers that were discontinued on or about 1979, at Veterans Affair.

Petitioner has never received his actual 1973 award for his 100% Service-Connected Disability Benefits that Veterans Affair, the Respondents, and each of them, have stolen from Petitioner!

Petitioner's award of his 100% Service-Connected Disability Benefits were redirected by Veterans Affair in 1973, and their infrastructure within the Veterans Affair Computer System, was used to carry out the money laundering, identity theft, bank fraud, mail fraud, robbery and extortion of Petitioner's 100% Service-Connected Disability Benefits.

It is clear that it is an undisputed fact Veterans Affair, the Respondents, and each of them,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 139 of 239

actions of the Veterans Affair Employees, including Veterans Affair Employee Donald R. Karr, and his son Donald Lee Karr actions, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that are in fact Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 1029 (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are undisputed in their actions against Petitioner that they have intentionally violated the Government contract with veterans who have served in the military under honorable conditions in Petitioner's provisions since 1973 to create the Tortuous Breach of Contract, Fraud, Fraudulent Ratings and Writings, Slander of Personal Credit, Slander and Libel, Punitive Damages for the Harassment of a Whistle Blower, Defamation of Petitioner's Civil Rights, Defamation of Character. of the Petitioner at Veterans Affair, forcing Donald Richard Karr Jr., Petitioner into Poverty since on or about November 2011, and into Homelessness, while said wrongful acts and prejudice of Donald Richard Karr Jr., Petitioner, has subjected Petitioner to prejudice at Veterans Affair and attempts on Petitioner's life at Veterans Affair.

The undisputed fact is the reason Petitioner is charged illegal Copay charges from Veterans Affair, when Petitioner is a 100% Service Connected Disabled Veteran but Veterans Affair refuses to give him his award, now including illegal TRICARE Insurance charges that Petitioner could qualify for this TRICARE Insurance and has qualified because they are using

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 140 of 239

his social security number he obtained in the State of Michigan **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** but in Petitioner's case he is 100% Service Connected Disabled Veteran because of his sixth week of Basic Training in the hospital at Ft. Ord California in February 1968!

Petitioner has not been paid his 100% Service Connected Disabled Veteran stolen benefits since 1973, that it can be determined Veterans Affair money laundering and identity theft of Petitioner's 100% Service Connected Disability are stolen by Veterans Affair, the Respondents, and each of them, six to twelve times each year (6-12) times each year, when Veterans Affairs employees in approximately twenty-five (25) locations get into Petitioner's Veterans Affair Profile electronically turning it on, then turning it off, so that they could access Petitioner's Veterans Affair Profile to take an estimated $5,000,000 each time minimum of six (6) separate times per year once the Respondents, and each of them, take money by money laundering and identity theft of Petitioner's 100% Service Connected Disability from Petitioner's Profile at Veterans Affair that could be taking a minimum of six (6) times @ $5,000,000 or $30,000,000 times twenty-five (25) locations get into Petitioner's Veterans Affair Profile electronically turning it on, then turning it off totaling $750,000,000 minimum in the Veterans Affair money laundering and identity theft of Petitioner's 100% Service Connected Disability are stolen by Veterans Affair, the Respondents, and each of them, every year.

The best and most recent demonstration by Kathy Malin, of Veterans Affair, the Respondents, and each of them, in their money laundering and identity theft of Petitioner's

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 141 of 239

100% Service Connected Disability Benefits violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, on or about October 1st 2018, October 11th 2018, November 5th 2018, November 6th 2018 and November 13th 2018 when she accessed Petitioner's Veterans Affair Profile to access Petitioner's benefits five (5) separate times, for her false communication, false writing, as common situation in her daily embezzlement routine at Veterans Affair, through turning the Petitioner's Veterans Affair Profile on and then off so that she could access Petitioner's Veterans Affair Profile to take an estimated $5,000,000 each time five (5) separate times.

Petitioner's Veterans Affair Profile accessed electronically in Boise, Idaho Veterans Affair by Kathy Malin Regional Director for the sole purpose of taking money from Petitioner's Veterans Affair Profile in her money laundering and identity theft of Petitioner's 100% Service Connected Disability Benefits, but not for any other purpose because she knows Petitioner's address was not 1620 East Sherman in Coeur d' Alene, Idaho 83814! The address shows in Petitioner's Veterans Affair Profile as Petitioner's address to be 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 not 1620 East Sherman in Coeur d' Alene, Idaho 83814 in Petitioner's Profile in the Veterans Affair Computer. Petitioner's address is not 1620 East Sherman in Coeur d' Alene and Boise, Idaho Veterans Affair, Kathy Malin Regional Director, intentionally sent the mail to Petitioner, at the wrong address, so that she could access Petitioner's Veterans Affair Profile to take an estimated $5,000,000 each time five (5) separate times.

The reason she sent so many letters (were sent by Kathy Malin was based upon her ability

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 142 of 239

to take money from Petitioner's Veterans Affair Profile) because in July 2018 Petitioner put a change of address in at the Coeur d' Alene Post Office that he had moved from 1620 East Sherman to his new address was 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 that he had imputed into the Veterans Affair Computer by a clerk at the Veterans Affair CBOC in Coeur d' Alene facility. It is an undisputed fact that Boise, Idaho, Veterans Affair, Kathy Malin Regional Director, lied about not knowing what Petitioner's mailing address in Coeur d' Alene, was because she knew Petitioner's address was in fact 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 but she sent said mail to 1620 East Sherman in Coeur d' Alene, Idaho 83814 when it was no longer a HOMELESS SHELTER and had closed and was sold to a new owner, since it has become a Park with no mail facility to accept any mail!

Veterans Affair in Boise, Idaho Veterans Affair Kathy Malin Regional Director wanted to access Petitioner's profile,**violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** knowing that Petitioner receives no services from Idaho Veterans Affair or CBOC Veterans Affair Coeur d' Alene, Idaho, so she could obtain approximately $5,000,000 five (5) times through mail fraud, bank fraud, money laundering and identity theft, because the employees at Veterans Affair in Management, the Respondents, and each of them, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 143 of 239

Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) as an undisputed fact are involved in violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES, identity theft and other RICO Act crimes there were not reason for her to lie about Petitioner's address!

The undisputed fact is that Boise, Idaho Veterans Affair Kathy Malin Regional Director has no jurisdiction with Petitioner's benefits because her office is approximately four hundred miles from Petitioner, because Spokane Veterans Affair and CBOC Veterans Affair Facility in Coeur d' Alene is managed by Spokane Veterans Affair, render all of Petitioner's Veterans Affair Services or have rendered any service to the Petitioner. Boise, Idaho Veterans Affair has never rendered any services to Petitioner!

Boise, Idaho Veterans Affair Kathy Malin Regional Director to contact Petitioner for any services, including medical services from Boise almost four hundred (400) miles from Petitioner, when he has Choice Doctors, so his communications for services is only with Spokane Veterans Affair, not Boise, Idaho.

Veterans Affair Kathy Malin Regional Director only purpose in contacting Petitioner, was to subject Petitioner to her intentional RICO predicated Acts violations including the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 144 of 239

fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, that have stolen Petitioner's 100% Service Connected Disabled benefits since on or about September 1973.

Veterans Affair's independence is predicated on 'good faith' judgments in their decision-making is non existent. It was never intended by Veterans Affair, the Respondents, and each of them, to Act in 'Good Faith' but for Veterans Affair 'bad-faith' judgments to create their false writings, in their decision-making, where a person or employee of Veterans Affair, the Respondents herein, Judgement knowingly and deliberately disregards the facts and law of this case.

These Actions be Veterans Affair are properly the subject of disciplinary review, irrespective of whether it is correctable on appeal.

An egregious error is also misconduct, since its nature and/or magnitude presuppose that a Veterans Affair employee or a Respondent herein, judgment acted willfully, or that the employee is incompetent.


DEMAND FOR IMMEDIATE SERVICE TO BE PERFORMED BY U.S. MARSHALS SERVICE FOR DUE CAUSE OF OBSTRUCTION OF JUSTICE THE PETITIONER IS A VETERAN UNDER RULE 4(c)(2) FOR THE PURPOSE OF LITIGATION DELIVERY TO THE U.S. MARSHALS SERVICE OF THE ORIGINAL COMPLAINT AFTER NOTICE OF MY COMPLAINT! EVIDENCE OF DELIBERATE INDIFFERENCE TO MY RIGHTS TO PROCEDURAL & SUBSTANTIVE DUE PROCESS AND OBSTRUCTION OF JUSTICE AS A

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 145 of 239

PREDICATE ACT OF RACKETEERING ACTIVITY UNDER THE RICO ACT.

Veterans Affair False Writings and Refusal of Benefits for Petitioner

Refusing Petitioner's 100% Service Connected Benefits and all of Petitioner's applications.

Dr. Glen Volyn, Petitioner's Choice doctor, has once again established Petitioner's 100% service connected disabled conditions, since Veterans Affair in Reno Nevada when Petitioner had his surgery when he was in Reno in 2004-2005, that include, but are not limited to, Chronic Bronchitis #6600 (which has been from childhood, because of Petitioner's small and large bronchial tubes, the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in hospital in February 1968). Petitioner's Chronic Bronchitis #6600 with the trigger of mold and cedar allergies, caused Petitioner's Asthma to send him to the hospital at Fort Ord California. Petitioner's type 2 diabetes also discovered at Veterans Affair in Reno, Nevada in 2004-2005, have now progressed to COPD #6604 and finally PTSD. Petitioner has a long history of being allergic to mold and cedar, dating back into the 1960s and 1970s. Petitioner has a history of Chronic Bronchitis #6600 (discover at Ft Ord Hospital in February 1968) due to small bronchial tubes are the reason that Petitioner was awarded his 1973 award for his 100% Service Connected Disability Benefits that were redirected to Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 &

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 146 of 239

**28 USC § 2412 Crimes Against Petitioner,** not pay to the Petitioner to date of filing this Petition.

Petitioner's Chronic Bronchitis #6600 has turned into COPD #6604 for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta.

Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes and Tinnitus by Veterans Affair in June 2015 (but also diagnosed with type 2 diabetes in Reno Nevada Veterans Affair in 2004-2005) but did not receive any upgrade of 30% Service Connected Disabled, because Veterans Affair refused to give him an upgrade for this diabetic award Veterans Affair, the Respondents, and each of them, claimed it was non service connected, when Petitioner has family history of diabetes. Clearly the Petitioner is treated with prejudice and subjected to the Veterans Affair and the Respondents, and each of them, false writings and fraudulent awards because Petitioner's were given to Petitioner but were redirected to Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** not pay to the date of filing this Petition to the Petitioner.

This is an undisputed fact a false and fraudulent finding has always been the result of all of Petitioner's application for benefits to deny Petitioner's his benefits that are paid to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, by Veterans Affair **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 147 of 239

§ 2412 Crimes Against Petitioner,

The Veterans Affair Management, the Respondents, and each of them, including, but not limited to, Kathy Malin, Marie L. Weldon, Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, E. Leonard Fructher, Kaylie Ecker, Patient Advocate representing the Petitioner and all under the supervision of Dr. Rebecca Meier, Chief of Staff, Spokane Veterans Affair, the subsequent group now in charge at Veterans Affair in Spokane including Robert J. Fischer MD PACOG Medical Center Director, Sarah Boardman Assistant Medical Center Director, David Sams MD Chief of Staff, Sam Mc Comas Associate Director Patient Care Services Nurse Executive and Will Haley Deputy Associate Director Patient Care Services Nurse Executive, Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair, Cody Union AFGE (AFOL-CIO) membership in the Pharmacy at Spokane Veterans Affair, Michael J. Cox Union AFGE (AFOL-CIO) membership, Dr. John Mitchell, Dental Service Division Manager Data Point San Antonio, Victor H. Aquire, Union AFGE (AFOL-CIO) membership Clerk and  Juanita Lenzo Union AFGE (AFOL-CIO) membership, who is an RN, Gold Team members and employees of Veterans Affair, Mike Olsen Union AFGE (AFOL-CIO) membership, the Podiatry Tech at Dr. Karen Brooks, MD, KMC Podiatry Clinic, Dr. Nora McKinney VA Medical Center Kerrville, Texas, Dental Department; Marie L. Weldon Union AFGE (AFOL-CIO) membership, former Fachie Director of Department of Veterans Affairs Medical Center San Antonio (hereinafter referred to as "DIRECTOR") and now the Los Angeles Veterans Affair Regional Manager, Emile Dufrene Union AFGE (AFOL-CIO) membership, Veterans Service Center Manager, Houston, Texas; Mario C. Alcorta employee Union AFGE (AFOL-CIO) membership of VA Medical Center Kerrville, Texas, Paul Gregory Union AFGE (AFOL-CIO) membership Pharmacy employee of VA Medical Center Kerrville Pharmacy, Bynum Morris Union AFGE

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 148 of 239

(AFOL-CIO) membership, John S. Gardipee of Volunteers of America and his wife Tina Arvish Union AFGE (AFOL-CIO) membership, the outreach Nurse at Ft Harrison Veterans Affair, Navy Veterans Amber Anderson Union AFGE (AFOL-CIO) membership, Sarah A. Martin Union AFGE (AFOL-CIO) membership, that is a Army Reserve Military Police Master Sergeant, Paul Hacker Union AFGE (AFOL-CIO) membership, Nurse Practitioner, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene employees including the Captain of their VA Police Union AFGE (AFOL-CIO) membership, plus four clerks Union AFGE (AFOL-CIO) membership that refuse to change or correct Petitioner's Profile at CBOC in Coeur d'Alene Veterans Affair Clinic, Joel Sacconanno, Eric Swanbeck, Bob Daugherty of St, Vincent De Paul's homeless facility at 1620 East Sherman, Coeur d' Alene, Idaho 83814. Petitioner came to Montana to live in my move from Kerrville, Texas with the help of VFW but Petitioner is not a combat Veteran so the copies that Veterans Affairs sends to VFW are not with my approval!  John S. Gardipee at Volunteers of America interview! John S. Gardipee and his wife Tina Arvish, the outreach Nurse at Ft. Harrison, Montana had Petitioner's phone Tapped at the Missoula Veterans Affair Clinic but John Gardipee refused to help Petitioner and he would not return Petitioner's calls and Veterans Affair, failures are intentional with prejudice of Petitioner's EVIDENCE OF DELIBERATE INDIFFERENCE TO HIS RIGHTS TO PROCEDURAL & SUBSTANTIVE DUE PROCESS AND OBSTRUCTION OF JUSTICE AS A PREDICATE ACT OF RACKETEERING ACTIVITY UNDER THE RICO ACT, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.

Petitioner, DONALD RICHARD KARR JR., independent of the above mentioned 100% Service Connected Disabilities Benefits that he was awarded in 1973 but not paid by the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 149 of 239

Veterans Affair because they were given to Donald Lee Karr a **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** has right hand and left hand Dupuytren's disease condition, 100% Non Service Connected Disability for PTSD, and 100% Service Connected Disability for Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine (but to replace it now, a CPAP machine by Veterans Affair where the machine mask can be cleaned, because Veterans Affair has continue to refuse Petitioner his request and his diabetic shoes, from Veterans Affair).

Dr. Arturo R. Llanos MD Gold Team, overdose and attempt to murder Petitioner, with Juanita Lenzo Gold Team RN efforts, began when Juanita Lenzo Gold Team RN began using a toxic mixture on or about October 23rd 2013, when she and Dr. Arturo R. Llanos MD Gold Team,  gave the drug overdose and toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025% to KILL Petitioner. The premeditated attempt of Dr. Arturo R. Llanos MD Gold Team, with Juanita Lenzo Gold Team RN for the drug overdose and toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025% to KILL Petitioner was intentional and done with their thought that would kill Petitioner. Several Days later Petitioner saw Dr. Arturo R. Llanos MD and his son at Walmart in Kerrville when he looked at Petitioner as though he saw a GHOST when he and his son ran out of Walmart, leaving Petitioner with no doubt that he wanted to his Petitioner by overdose.

Petitioner has since read that a medical group tested Symbicort to find it kills over five (5) percent of the patients that use it. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair use toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025% to try to kill Petitioner, DONALD RICHARD KARR JR.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 150 of 239

Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair used a toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, that Petitioner is now allergic to, in his premeditated attempt to try to murder and kill Petitioner by overdose. Petitioner, DONALD RICHARD KARR JR., medical records, in fact now show Petitioner in 2013 had to go to the Boerne, Texas Methodist Hospital Emergency Room to overcome the attempted murder of Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair that used a toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, to try murder Petitioner by overdose.

Petitioner's doctors Dr. William John Ryan January 2014 breathing tests and the November 2017 exacerbation and breathing tests of Dr. Kevin Chang proved that Petitioner has Chronic Bronchitis #6600 disease condition as his primary condition due to small bronchial tubes and Emphysema #6603 disease condition and COPD #6604 disease conditions.

The Emphysema #6603 disease condition and COPD #6604 disease conditions are shown in Methodist Boerne Emergency Room notes of the three (3) Board Certified ER Doctors Becky Doran MD (November 10, 2013 visit to ER); Liza Chopra MD (November 27, 2013 visit to ER); and Craig Gerstenkom MD (November 31, 2013 visit to ER); that established Petitioner's COPD #6604 and further test of W. John Ryan MD Board Certified Internal Medicine, test January 10th 2014 again establishes Petitioner's 100% Service-Connected Disabled conditions.

Petitioner's allergies noted in Veterans Affair Doctors notes in 2004 and 2005 at Veterans Affair in Reno Nevada when Petitioner had surgery, plus further Medical evidence shown in Petitioner's Veterans Affair medical records in 2013 and 2014 make the false writing and Veterans Affair award on or about November 4th 2013, a false and fraudulent award, as an

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 151 of 239

undisputed fact, that further evidence with the third test in August 2013, the test would have established the Petitioner was 100% Service Connected Disabled.

When Petitioner picked up the Symbicort toxic mixture from Dr. Arturo R. Llanos MD. prescribed medications on October 23rd 2013, Petitioner was told to by RN Gold Team nurse, Juanita Lenzo, to take these medications every four (4) hours, that are in fact twelve (12) hour medications, that Dr. Arturo R. Llanos tried to overdose and kill Petitioner in October 2013.

Dr. Arturo R. Llanos MD. prescribed medications on October 23rd 2013, to overdose Petitioner by using Symbicort Budesonide 80/Formoter 4.5 mcg 120 D 00186-0372-20 and Flunisolide Nasal Solution USP, 0.025% every four (4) hours.

The medications that Dr. Arturo R. Llanos had the Pharmacy at Kerrville Veterans Affair give Petitioner on October 23rd 2013, was as an undisputed fact, for the sole purpose to kill the Petitioner.

The false and fraudulent award for the TOKEN 30% Service Connected Disability was setup because Veterans Affair intends to kill Petitioner, and Petitioner's 100% Service-Connected Disabled Veteran benefits since 1973 were given to Donald Lee Karr.

The Veterans Affair, the Respondents, and each of them, actions demonstrate the prejudice of Veterans Affair toward Donald Richard KARR, Jr. Vietnam Veteran 1973 Application C-XXXX6558.

Petitioner is set up for payment of his TOKEN 30% (that is Non) Service-Connected Disabled Veterans Benefits that he received the amount given to Petitioner on or about November 4th 2013 of approximately a $7,000 payment since the original award for his second application in Reno, Nevada on or about 2004, which clearly demonstrates that

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 152 of 239

Veterans Affair in San Antonio took money from Petitioner's 100% Service Connected Disability benefits on or about September 1973, or for that matter it is an undisputed fact Petitioner's 2004 benefits in Reno, Nevada Veterans Affair. The supervising doctor communicated to the Petitioner that Petitioner would not be given a third test in August 2013 that would mean that Petitioner would be 100% Service Connected Disabled Status. When Veterans Affair in San Antonio under the supervision of Director Marie Weldon, communicated with Houston Veterans Affair, they were told not to give the third test to Petitioner.

The private doctor working for Veterans Affair, the Respondents, and each of them, instructed the doctor performing the second test to not perform the test so a true reading and test was given without a sealed chamber because all the Respondents, and each of them, knew Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair plan to murder Petitioner in his premeditated act to kill Petitioner at Veterans Affair was set up by Marie Weldon the Director at San Antonio Veterans Affair (now Marie L. Weldon Regional Director in Los Angeles) and Dr. Arturo R. Llanos were going to KILL Petitioner.

It is clear in Veterans Affair, the Respondents, and each of them, actions, a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, are in fact, Tortuous Breach of Contract, Fraud, Fraudulent Ratings and Writings, Slander of Personal Credit, Slander and Libel, Punitive Damages for the Harassment of a Whistle Blower, Defamation of Petitioner's Civil Rights, Defamation of Petitioner's Character.

Veterans Affair, the Respondents, and each of them, have since November 2011 have been forcing Donald Richard Karr Jr., Petitioner into Poverty.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 153 of 239

Petitioner since on or about November 2011, experience of being intentionally forced into Homelessness, has been created by Veterans Affair, the Respondents, and each of them, **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** because they will not upgrade or award Petitioner his original 1973 award of 100% Service Connected Disability Benefits while said wrongful acts and prejudice of Donald Richard Karr Jr., Petitioner, through violations of 18 U.S.C. §§ 1028 Identity Theft, 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) are the refusal to give Petitioner his benefits.

This Petition of Donald Richard Karr Jr., Petitioner's for his original 1973 award of his 100% Service Connected Disability Benefits has been blocked by Veterans Affair, the Respondents, and each of them for over fifty one (51) years at Veterans Affair by Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR. on the Federal Level, for example, 28 U.S.C.A. §  1651 (a) provides that courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law".

However, Veterans Affair, the Respondents, and each of them, it appears that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 154 of 239

Connected Disability Benefits since 1973, within the nine (9) years from graduated High School has become a California Licensed Tax Attorney because Veterans Affair allowed him to assume the identity of Petitioner, DONALD RICHARD KARR JR, who is their victim of Identity Theft, and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)  to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR, a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, for over fifty one (51) years, because of Donald Lee Karr, because he has assumed the identity of the Petitioner at Veterans Affair.

The 'insidious and egregious' way of the management and operation of Veterans Affairs, by the Respondents, and each of them, in the systemic adaptation of the Veterans Affair Computer for changes from Donald R. Karr, Navy Veteran, a Veterans Affair Employee and other Veterans Affair Employees, the Respondents, and each of them, plus his son, Donald

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 155 of 239

Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, now as their tax attorney (also his son DONALD RAY KARR) who lived at 22402 Robin Oaks Terrace, when he started the manipulation of Veterans Affair Computer software, including the Vista Program, to use a second address of 22042 Robin Oaks Terrace, so that his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, could complete his money laundering and identity theft, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** successfully violating the HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, including the mail fraud and bank fraud obtaining Petitioner's 100% Service Connected Disability benefits for over fifty one (51) years.

These Civil and Criminal HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS **CYBER CRIMES must now be examined with a 'forensic audit' by an 'independent non-government auditor and audit' of Petitioner's 1973 Veterans Affair Profile!** This is the only possible way

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 156 of 239

to determine what the Respondents, and each of them, have done including Veterans Affair RACKETEERING ACTIVITIES WITH OVER FIFTY ONE (51) YEARS OF VIOLATIONS HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. §§ 1028, 1028A & § 1029 -Undisputed acts of **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** Crimes Against Petitioner to KILL him to take his Profile by the Respondents, the Veterans Affair Union, and each of them, their employees and agents, for their own unjust enrichment that have embezzlement the 1973 Petitioner's award of his benefits for his 100% Service-Connected Disability Benefits! Veterans Affair has, through money laundering and identity theft, for over fifty one (51) years six hundred seventy (670) months, at Veterans Affair, and now the Respondents, and each of them, have stolen over fifty-six (56) years through February 2024 of Petitioner, DONALD RICHARD KARR JR, 100% Service Connected Disability Benefits Award that Petitioner received in 1973 that were as an undisputed fact stolen by Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, with **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** these Undisputed Acts of TREASON, **18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** the Respondents, and each of them, at Veterans Affair that continues to the date of filing this Petition with the Court!

## THESE VIOLATIONS OF THE HOBBS Act and RICO Act INCLUDE:

### 18 U.S.C. § 1965 Venue and Process (RICO Act)

### 18 U.S.C. § 1961(1)(A) DEFINITION OF RACKETEERING ACTIVITY (*Includes Extortion*)

Petitioner's Original Petition for "Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 157 of 239

**18 U.S.C. § 1961(1)(B) DEFINITION OF RACKETEERING ACTIVITY** (Is any act which is indictable under any of the following provisions of title 18, United States Code:

**18 U.S.C. § 1512 TAMPERING WITH A VICTIM** and Whistle Blower (i.e. harassing the Petitioner herein).

**18 U.S.C. § 1513(e), (f), & (g) RETALIATING AGAINST A VICTIM,** and Whistle Blower (i.e., the Petitioner) ((e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both; (f) Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy; (g) A prosecution under this section may be brought in the district in which the official proceeding (whether pending, about to be instituted, or completed) was intended to be affected, or in which the conduct constituting the alleged offense occurred.)

**18 U.S.C. § 1961(4) DEFINITION OF AN ENTERPRISE** includes any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity;

**18 U.S.C. § 1961(5) DEFINITION OF A PATTERN OF RACKETEERING ACTIVITY** requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

**18 U.S.C. § 1951(b)(2) INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE** (The

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 158 of 239

term —extortion  means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.);

**28 U.S.C. § 2201 CREATION OF REMEDY –** (In a case of actual controversy within its jurisdiction, … upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.) **28 U.S.C. § 2202 FURTHER RELIEF –** (Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment.)

**IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AND CONSPIRACIES TO OBSTRUCT JUSTICE AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST ALL RESPONDENTS AIDING AND ABETTING OBSTRUCTION OF JUSTICE:** Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary are charged with imputed negligence for the conspiracies and obstruction of justice failure or refusal to correct the obstructions of justice and conspiracies to obstruct justice of Veterans Affair for violations of my First Amendment right to petition the Government for redress of grievances through the Administrative Procedures Act on the premise at Veterans Affair that they cannot act above the law by refusing Veterans Benefits to the Petitioner including his 1973 award for 100% Service-Connected Disability Benefits plus 26 other refusals to upgrade because they have allowed Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY. EACH AND EVERY MONTH SINCE FEBRUARY 1968!**

**GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS:** Kathy Malin, Regional Director, with the approval of

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 159 of 239

Robert Wilkie, Veterans Affair Secretary are charged with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of racketeering activities under the RICO Act, 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, STOLEN VETERANS BENEFITS, A DUTY OF GOOD FAITH AND FAIR DEALING AS A STRICKLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY IS RESPECTABLY PRESENTED TO THIS COURT AS VETERANS AFFAIR FAILURE TO MEET THE STANDARDS TO THE PROTECTION  BY THE WESTFALL ACT FOR THEIR CIVIL AND CRIMINAL RICO PREDICATED ACTS AGAINST THE PETITIONER through CONSPIRACIES and OBSTRUCTIONS OF JUSTICE against the Petitioner's common law right as Veteran to his benefits stolen from him by Donald R. Karr Navy Veteran, Veterans Affair Employee, and his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765!

RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS: Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary are charged with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C. § 3), WITH FELONY (18 U.S.C. § 4) of EXTORTION (18 U.S.C. § 1964(1)(A)) where extortion is a predicate act of racketeering activities under the RICO Act by failing or refusing to notify the U.S.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ˢᵗ 2024 Page 160 of 239

Attorney General for a criminal investigation and prosecution for **FELONY EXTORTION under 18 U.S.C. § 1964(1)(A)** or even a **CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968)** constitutes not only obstructions of justice under the **RICO Act** but also **Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO** through a scheme or artifice to defraud the Petitioner of his 1973 100% Service-Connected Disability Benefits preventing the Petitioner, from exercising common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate the Petitioner from exercising his rights.

The Supreme Court set forth some guidelines on writs of mandamus in **Kerr v. United States District Court, 426 U.S. 394, 96 S. Ct. 2119, 48 L. Ed. 2d 725 (1976),** (man-dame-us) n. Latin for "we order," a writ (more modernly called a "writ of mandate") which orders a public agency or governmental body to perform an act required by law when it has neglected or refused to do so.

Petitioner is unable to obtain his original 1973 award of 100% Service Connected Disability that was stolen in 1973 of his 100% Service Connected Disability rating.

Veterans Affair will not rate Petitioner more than the TOKEN 30% (non) service connected disabled. When Petitioner makes any application to Veterans Affair for any increase in benefits or when he made application in September 2016, within the Federal Court jurisdiction of the **Montana 9th Circuit Court, Donald Richard Karr Jr residency and voting in Montana, that the award given to Petitioner by Karina Hipp, a rating person, at VARO Veterans Affair in May 2016, that she stated that Petitioner was in fact 100% Service Connected Disabled, that Veterans Affair refused to give Petitioner. Petitioner made a second filing with Ft. Harrison Veterans Affair in September 2016. This Petition has been ignored in all his fillings because of Veterans Affair, The Respondents, and each of them, are violating the RICO Predicated Acts since 1973. This began at Veterans Affair in the Los**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 161 of 239

Angeles area in 1973, with the Petitioner's 1973 award of 100% Service Connected Disability Benefits, including medical benefits, GI BILL and Educational Benefits, monthly 100% Service Connected Disability payments, since on or about September 1973. The Petitioner's 1973 award of 100% Service Connected Disability Benefits, including medical benefits, GI BILL and Educational Benefits, monthly that have been paid to Donald R. Karr, now former Union Employee at Veterans Affair, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, and his grandson Donald Ray Karr for sake of this filing with the Court, for the violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, by Veterans Affair, the Respondents, and each of them, of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) has continued monthly for the last over fifty one (51) years 'without payment of taxes for the monery that is Petitioner stolen 100% Service Connected Disability money since 1973, that Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, Robyn Lee. Karr his wife, Jean Susan Karr, Donald Lee Karr's mother, and his son Donald Ray Karr, his wife, this does not include the stolen Petitioner's

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 162 of 239

benefits money stolen in violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, by the Respondents, and each of them.

This prejudicial treatment of the Petitioner, DONALD RICHARD KARR JR., since 1973 by Veterans Affair with the priorities of the Union Employees at Veterans Affair are not based upon the medical determination, but the standard of practice used by VARO and Veterans Affair's application review board in Houston and Wisconsin are standards without regard of Petitioner, DONALD RICHARD KARR JR., or the Veterans actual disabilities! Veterans Affair, established Petitioner's 100% service connected disabled conditions include, but are not limited to, Chronic Bronchitis #6604 (which has been from childhood because of Petitioner's small and large bronchial tubes; the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in Ft. Ord hospital in February 1968, with the allergy trigger of mold and cedar, plus cottonwood trees and poison oak, allergies, causing Petitioner's Asthma #6602 to send him to the hospital, type 2 diabetes, COPD #6604 and PTSD. Petitioner has a long history of being allergic to mold and cedar, dating back into the 1960s and 1970s. Petitioner has a history of Chronic Bronchitis #6600 due to small bronchial tubes. Petitioner's Chronic Bronchitis has turned into COPD #6604 for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta. Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes and Tinnitus by Veterans Affair in June 2015 but also found at RENO Nevada Veterans Affair in 2004-2005, but did not receive an upgrade of 30% Service Connected Disabled. Veterans Affair refused to give Petitioner an upgrade for the type 2 diabetes and Tinnitus award Veterans Affair claimed was non service connected when he has family history of diabetes. This is in fact a false writing, false and fraudulent finding to deny Petitioner's benefits. Petitioner, DONALD RICHARD KARR JR., has right hand and left hand Dupuytren's disease

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 163 of 239

condition, PTSD and Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine (Veterans Affair will not provide and refuses Petitioner his request from Veterans Affair). Petitioner has been refused his diabetic shoes since 2015 that means he has not received twenty two (22) pairs of shoes that Mike Olsen in Kerrville, Texas at Veterans Affair has been taking Petitioner's diabetic shoes **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner** since 2015. Rather than Veterans Affair arguing about Petitioner's actual disabilities so that they can continue their money laundering and identity theft of Petitioner's benefits all the time, it makes perfect sense to be transparent, and to give Petitioner his 100% service-connected disability benefits that Petitioner should have been given in 1973!

The Veterans Affair needs to do the same for Petitioner, like the other Veterans that were given their benefits! The undisputed fact is Petitioner almost died in Basic Training in February 1968. Rather than Down grading Petitioner to reclassify Petitioner with only the Asthma #6602/Bronchial #6600 false writing and false award, Petitioner should have been instead given his 1973 award of the Chronic Bronchitis #6600 (60% disability rating) as his primary condition and Asthma #6602 (30% disability condition) as his secondary condition, with the Petitioner's allergy trigger of mold and cedar, and now cottonwood trees and poison oak, allergies, causing Petitioner's Asthma #6602 to send him to the hospital that is in fact the 100% Service Connected Disabilities Benefits from 1973.

The Petitioner's disabilities that have now caused his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions, plus Petitioner did not receive an upgrade of 30% Service Connected Disabled. Veterans Affair refused to give Petitioner an upgrade for the type 2 diabetes and Tinnitus award that now creates a major hardship for Petitioner medically with

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 164 of 239

their illegal copay charges including TRICARE Insurance payments when it is an undisputed fact that Petitioner does not qualify for TRICARE, using Petitioner's Social Security number, because Petitioner does not have TRICARE Insurance, that Veterans Affair illegally deducts money from Petitioner's Service Connected monthly benefits violating the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973. This has major impact on Petitioner including financially, when it is an undisputed fact Veterans Affair is deducting money illegally from Petitioner's 30% Veterans Benefits, so that Veterans Affair is taking twenty-five percent (25%) of Petitioner's income monthly as an undisputed fact illegally that the employees responsible for this should go to Federal Prison!

Petitioner's awareness and exposure to the Veterans Affair **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084**, prejudice and extortion through violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2),

and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973, racketeering activities under the RICO Act by Veterans Affair Employees failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A) or even a CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO through a scheme or artifice to defraud Petitioner's of his 1973 award of his 100% Service-Connected Disability Benefits, preventing Petitioner from his exercising common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate the Petitioner from exercising his rights.

Petitioner is hopeful that he can soon have Veterans Affair comply with the rule of law, finally be ordered by the Court's order so this can now be corrected very soon. Compliance ordered by the court of all of this can be taken care of so Petitioner is no longer treated with prejudice by Veterans Affair, that the Veterans Affair is transparent with this matter!

The Veterans Affair Organized Crime Families at the Veterans Affairs facilities are involved in **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** money laundering and identity theft with the Veterans Affair Employees, the Veterans Affair Union AFGE (AFOL-CIO) membership, the Respondents, and each of them, have redirected Petitioner's 100% Service Connected Disability Benefits to for payment for their own unjust enrichment, Donald R. Karr, Navy Veteran and Veterans Affair Employee,  his son, DONALD LEE KARR **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 166 of 239

**Crimes Against Petitioner,** because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, assumed the identity of Petitioner when Donald Lee Karr graduated from high school so that he could use Petitioner's benefits, to go to UCLA and UCLA Law School that currently costs approximately $55,000 per semester payment to UCLA for tuition, to attend UCLA Law School, that Donald R. Karr, Navy Veteran and Veterans Affair Employee, could not afford to pay as a Veterans Affair Employee. Petitioner has been the victim of prejudice, and has had his GI BILL Educational Benefits given to Donald Lee Karr and his son Donald Ray Karr.  Veterans Affair for over fifty one (51) years, because of Donald R. Karr, Navy Veteran and Veterans Affair Employee, the Respondents, and each of them, in Petitioner's filing stopped Petitioner from obtaining his the May 2016 upgrade of his benefits to 100% Service Connected Disability and Veterans Affair in fact refused his benefits after Katrina Hipp told he was 100% Service Connected Disabled.

The actions of Donald R. Karr, Veterans Affair Employee and his son Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who did not serve in the Military and had no 1973 award, of 100% Service Connected Disability Benefits, began their assignment of Petitioner's benefits, with their Identity Theft and Money Laundering of Petitioner, Donald Richard Karr, Jr. award for 100% Service Connected Disability Benefits began on or about September 1973 with violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 167 of 239

act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, that have stolen Petitioner's 100% Service Connected Disabled benefits since on or about September 1973.

Petitioner returned his first two (2) GI Bill Education checks to Veterans Affair where Donald R. Karr, Veterans Affair Employee worked, because the checks came before Petitioner school started at Cal Poly Pomona University in 1974.

Petitioner was told at Cal Poly Pomona University that someone that said he was Petitioner had asked for a copy of his transcripts, when Petitioner asked for a copy a couple weeks earlier. Petitioner needed a copy of his transcripts to give for student loan requirements to go to school. The payments of Petitioner, Donald Richard Karr, Jr. 100% Service Connected Disability Benefits to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973,  **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** continue to this date of filing of this Petition. Donald Lee Karr is paid Petitioner's benefits because Donald R. Karr, Veterans Affair Employee and his family have all benefited in said payments including his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, that Donald R. Karr, that Veterans Affair Employee set up for Veterans Affair payments of Petitioner's 100% Service Connected Disability benefits since 1973. The payments that Veterans Affair continues to pay because the Respondents, and each of them,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 168 of 239

continue to monitor them to be sure to the date of filing this Petition that they are paid to Donald Lee Karr, **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that has continued monthly for the last over fifty one (51) years 'without payment of taxes for the monery that is Petitioner stolen 100% Service Connected Disability money since 1973, that Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, his wife, Jean Susan Karr, Donald Lee Karr's mother, and his son Donald Ray Karr, his wife, this does not include the stolen Petitioner's benefits money stolen by the Respondents, and each of them.

Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, his wife, Jean Susan Karr Donald Lee Karr's mother, and his son Donald Ray Karr,  **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH**

**AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** have committed TREASON in addition to violations of the HOBBS Act 18 U.S.C. § 1951 and RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 1029 (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) with the consent of Veterans Affair. Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair, Michael J. Cox and Cody who has sent Petitioner a meter to check his diabetic reading that tests 35 points low!

When you need new glasses, because your other glasses have been broken at the temples, and can't

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 169 of 239

be fixed, it takes six to eight weeks to get new glasses for the Veterans, something that shows how little Veterans Affair cares about the Veterans; our leaders in Congress with Joe Biden's leadership cares nothing about the Veterans and the sacrifice they made for our country.

It is clear that Cody intentional wrongful acts, evil, wanton and malicious disregard of Petitioner, was an attempt to murder Petitioner, as an employee of the Pharmacy at Spokane Veterans Affair. Cody had the approval of the Union Management, including but not limited, to Marie L. Weldon Regional Director in Los Angeles, who came to Petitioner's apartment in Kerrville, Texas and Kathy Malin Regional Director from Boise, Idaho who came to Petitioner's apartment at Riverstone Silver Apartments in Coeur d' Alene, Idaho.

Petitioner, Donald Richard Karr, Jr., has had Veterans Affair redirect his award for his 100% Service Connected Disability Award and benefits on or about September 1973 [and stopped all attempts of Petitioner to obtain an up grade in five (5) decades, stopped by monitoring Petitioner's benefits and applications to obtain an upgrade in benefits] to and by DONALD R. KARR [who has assumed the identity of the Petitioner, Donald Richard Karr, Jr.] **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765.

Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, using the address shown as 22042 Robin Oaks Terrace in Petitioner's Profile [using the address 22042 Robin Oaks Terrace in Petitioner's Profile, Diamond Bar, California 91765 and a change of address to a PO BOX in Diamond Bar, California 91765] to accomplish the redirection of Petitioner's 100% Service Connected Disability Benefits and GI Bill Education Benefits, so Donald R. Karr, Navy Veteran and Veterans Affair Employee, set up his son, DONALD LEE KARR,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 170 of 239

(now approximately 72 years old and graduated from high school on or about June 1969), assumed the Identity of Petitioner, Donald Richard Karr, Jr., in the Veterans Affair Computer **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

Petitioner, Donald Richard Karr, Jr., did not live at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 or 22042 Robin Oaks Terrace, Diamond Bar, California 91765 (that is not an address in Diamond Bar).

Petitioner, Donald Richard Karr, Jr. purchased a home at 3528 Crooked Creek in Diamond Bar, California 91765 where he lived with his wife Cynthia Lee Karr plus his daughter Andrea Karr born in September 1974 that Petitioner never received compensation for from Veterans Affair. Now currently Veterans Affair pays no compensation and Petitioner receives no compensation for his wife and children, only himself and only a monthly income of $524.31 for 30% Service Connected Disability Benefits, because CBOC in Coeur d' Alene Idaho refuse Petitioner any medications from Dr. Stephen Keck MD, nurse, till he could move to Bozeman, Montana in mid January 2025. Clearly Veterans Affair doesn't like the burden of Plaintiff Donald Richard Karr Jr. because they are already paying Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, and why should they spend any money on Plaintiff Donald Richard Karr Jr who served and earned the benefits for his service during the Vietnam War. Petitioner's father Donald Richard Karr, Sr., (and mother Arlene Jane Karr) lived at 20938 Flapjack Drive in Diamond Bar, California where the Petitioner, Donald Richard Karr, Jr., lived prior to joining the Army in September 1967 on the delayed enlistment program.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 171 of 239

This Identity Theft was created by Donald R. Karr, Navy Veteran and Veterans Affair Employee, so he could set up his son, DONALD LEE KARR (who son Donald Ray Karr was born in September 1985 and by undisputed fact Petitioner's daughter Andrea was born in September 1974).

Now over fifty one (51) years or fifty-six (56) years since February 1968 when Petitioner, Donald Richard Karr, Jr., spent his sixth week of basic training in February 1968 in the hospital at Ft. Ord, California. Petitioner was running to the rifle range in the rain all week his fifth week of basic training. These are undisputed facts and Petitioner's stolen benefits, have been stolen by the Veterans Affair Union Employees, Respondents, and each of them, for six hundred seventy (670) months through February 2024, that was specifically accomplished as their RICO ACT Crimes at Veterans Affair with their modifications of the Veterans Affair Computer.

The Government and Veterans Affair should have reported the Induction Center's medical findings to PETITIONER on December 28, 1967. The Government of the United States continues to breach of their duty and contract with the PETITIONER, acting in bad faith, to fraudulently and intentionally continue the Government's tortuous breaches of same! The PETITIONER has suffered as a result of their evil, onerous, burdensome, malicious and wanton abuses including health care violations and actions of the Government and its agents and employees over fifty-one (51) years. Based upon a long history of continued intentional abusive behavior, starting on the first day of entering into contract with the Government of the United States, who established a bad faith agreement with PETITIONER and enter into the original contract with PETITIONER on December 28, 1967 the Government now continues the 'tortuous breaches of the contract in bad faith'!

The Government of the United States in their repeated refusal of egregious actions, that are onerous and burdensome failures to disclose where PETITIONER military records are, including but not limited to, the entire medical history and records of PETITIONER, since December 28, 1967 has become hopeless for the Petitioner to obtain said records from the Government or

Veterans Affair.

The Government of the United States continues to hide where the entire medical history and records of PETITIONER exist or are stored prior to his coming to San Antonio, while it continues to establishes a bad faith contractual arrangement with PETITIONER that the Government completely ignores any contractual duty to the PETITIONER and the Government correspondence of same and made hereof by this reference as a part of this Petition received as a letter from Honorable Lamar Smith Member of Congress in efforts to obtain medical records. Lamar Smith's office as inquired in Houston for the medical records, for all of the medical records and was unable to get these records for the Petitioner!

The Government's actual repeated intentional breaches of their contract with PETITIONER are clear in a pattern of bad faith dealings commencing from the time of the first said breach that has been established on or about December 28, 1967 when PETITIONER joined and enlisted in the United States Army and all military records of PETITIONER began.

The EXTRAORDINARY DUTY and Oral Contract (and at times a written agreement) with the Government of the United States that PETITIONER entered into in good faith with the Government of the United States on December 28, 1967 can be best represented by the Governments DD-214 that all veterans use as proof that they are in fact Veterans of the Armed Services of the Government of the United States and made hereof by this reference as a part of this Petition. Veterans Affair refusal to rate Petitioner on or about November 4th 2013 with 100% Service-Connected Disability, with his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions that remains so that there is a false and fraudulent award rating of 30% Asthma #6602/ Chronic Bronchitis #6600 Service-Connected Disability that creates a false finding and creates a major hardship for Petitioner, including financially because Veterans Affairs refuses Petitioner's medications, and charges Petitioner illegal copay for his

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 173 of 239

medications that are sent to Petitioner that Veterans Affair and its employees continue to willfully and knowingly make and use false writing and documents, knowing the same to contain materially false, fictitious and fraudulent information and statements about Petitioner's 1973 award for his service-connected award and benefits, from Veterans Affair of his 100% Service-Connected Disability Award!

Veterans Affair refusal to upgrade Petitioner over twenty-six (26) times that Petitioner has qualified when he qualified for his 100% Service-Connected Disability Benefits that is in fact an undisputed fact for said payments in Los Angeles in 1973, obtaining the 1973 C-XXXX6558 application number for his 100% Service-Connected Disability Benefits:

1. **On or about June 1973** for Petitioner's initial application and award in Los Angeles Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

2. **On or about June 2005** for Petitioner's second application and award in 2005 in Reno, Nevada Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits!

3. **In November 2011, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill** deleted Petitioner's 100% Service-Connected Disability benefits from the Veterans Affair computer from Veterans Affair at Reno, Nevada taking approximately $4,124,449.37 leaving Petitioner nothing and P{etitioner's realty was that he was on the street HOMELESS in San Antonio, Texas! Petitioner's surgery in Reno, Nevada at Veterans Affair had upgraded Petitioner's award and rating status to 100% Service-Connected Disabled Veteran for payment of the 100%

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 174 of 239

Service-Connected Disability to Petitioner, but it was stolen by Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill that would mean Petitioner should be paid at the filing of this Petition for forty-one (51) years, 631 months that are payments over fifty-one (51) years since 1973 that are in fact that Veterans Affair criminal violations of the HOBBS Act and RICO Act in their denial of the Petitioner's 100% Service-Connected Benefits and Equal Treatment, the Final Agency Actions each and every time application for upgrade for Petitioner's benefits is always denied with prejudice that is in fact Veterans Affair Tortuous Breach of Contract in each of Petitioner's over twenty-six (26) applications and notice of disagreements of the Veterans Affair Award Ratings of Veterans Affair ratings and awards that always come back as 30% Service-Connected Disability Benefits as Asthma/Bronchial #6602 rating award and it is an undisputed fact there is no such rating at Veterans Affair!.  Petitioner is certain in his heart that Marie L. Weldon, Director at San Antonio, Texas wanted Petitioner to die HOMELESS on the Streets in San Antonio!

4. **On or about March 19, 2012** for Petitioner's third application and award through Disabled American Veterans (DAV) on or about March 19, 2012 in San Antonio Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Petitioner was instead given the TOKEN1Petitioner has qualified when he qualified for his 100% Service-Connected Disability Benefits that is in fact an undisputed fact for said payments in Los Angeles in 1973, obtaining the 1973 C- XXXX6558 application number for his 100% Service-Connected Disability Benefits:

5. **On or about June 1973** for Petitioner's initial application and award in Los Angeles

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 175 of 239

Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

6. **On or about June 2005** for Petitioner's second application and award in 2005 in Reno, Nevada Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits!

7. In November 2011, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill deleted Petitioner's 100% Service-Connected Disability benefits from the Veterans Affair computer from Veterans Affair at Reno, Nevada taking approximately $4,124,449.37 leaving Petitioner nothing and his realty was that he was on the street HOMELESS in San Antonio, Texas! Petitioner's surgery in Reno, Nevada at Veterans Affair had upgraded Petitioner's award and rating status to 100% Service-Connected Disabled Veteran for payment of the 100% Service-Connected Disability to Petitioner, but it was stolen by Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that would mean Petitioner should be paid at the filing of this Petition for fifty-one (51) years, 670 months that are payments over fifty-one (51) years since 1973 that are in fact that Veterans Affair criminal violations of the HOBBS Act and RICO Act in their denial of the Petitioner's 100% Service-Connected Benefits and Equal Treatment, the Final Agency Actions each and every time application for upgrade for Petitioner's benefits is always denied with prejudice that is in fact Veterans Affair Tortious Breach of Contract in each of Petitioner's over twenty-six (26) applications and

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 176 of 239

notice of disagreements of the Veterans Affair Award Ratings of Veterans Affair ratings and awards that always come back as 30% Service-Connected Disability Benefits as Asthma/Bronchial #6602 rating award and it is an undisputed fact there is no such rating at Veterans Affair!.  Petitioner is certain in his heart that Marie L. Weldon, Director at San Antonio, Texas wanted Petitioner to die HOMELESS on the Streets in San Antonio!

8. On or about March 19, 2012 for Petitioner's third application and award through Disabled American Veterans (DAV) on or about March 19, 2012 in San Antonio Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Petitioner was instead given the TOKEN1100% Service-Connected Disabled Veterans Status and all the information was in the computer at Veterans Affair! Petitioner is already 100% Service-Connected Disabled Veterans Status since 1973, that is clearly an undisputed fact of Petitioner rating and award status plus now he has as a progression of his disease conditions starting with Chronic Bronchitis #6600 and Asthma #6602 disease conditions, that in fact now shows Petitioner has Emphysema #6603 disease condition and COPD #6604 disease conditions. The Emphysema #6603 disease condition and COPD #6604 disease conditions are shown in Methodist Boerne Emergency notes by three Board  Certified ER Doctors Becky Doran MD (11/10/2013 visit to ER); Liza Chopra MD (11/27/2013 visit to ER); and Craig Gerstenkom MD (12/31/2013 visit to ER); established by the COPD #6604 test of W. John Ryan MD Board Certified Internal Medicine test January 10th 2014 that again establishes the 90% Service-Connected Disabled conditions in 2004 and 2005, 2013 and 2014 as example that Veterans Affair refuses to give as part of Petitioner's disabilities but uses

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 177 of 239

On this 31st day of December, in the year of 2024, before me personally appeared DONALD RICHARD KARR JR, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged that he executed same.



SANLY POI
Notary Public - State of Idaho
Commission Number 20190240
My Commission Expires Feb 7, 2025

Signature of Notary Public

My Commission Expires: 02/07/2025

Reside in: Kootenai County

## LIST OF EXHIBITS

### Exhibit "I" through "V"

1. Petitioner's DD-214 and VA ID plus Medicare Health Insurance shown in this "Exhibit I" Group consisting of 14 pages with Petitioner's TRICARE Insurance' shown in this "Exhibit I" Group consisting of 14 pages total.

IA is Petitioner's DD 214 page 1 of 14 pages

IB is Petitioner's Vetrerans Affair Card, Texas ID, Social Security Card and   Medicare card page 2 of 14 pages

IC is TRICARE Bill dated (05/13/2022) showing Petitioner as the Sponsor or Petitioner's TRICARE that he has never been given, that he appears to the  dependent

DONALD RICHARD KARR JR, the Petitioner *Filed In Pro Per*

U. S. ARMY VIETNAM ERA VETERAN RAXXXX7616, 1973 VA FILE NO. CXX XX6 558,

EXECUTED ON THIS 31ˢᵗ day of December 2024

I, DONALD R. KARR JR, the Petitioner, was deployed in Germany US Army USAREUR in the

Special Weapons Depot, in April 1969 to December 1970, the Petitioner in this Petition for

Extraordinary Relief in the Nature of a RICO Act PEREMPTORY WRIT OF MANDAMUS 28 U.S.C.

§ 1651 CASE OF FIRST IMPRESSION. with Special Circumstance including Attempted Murder with

Points and Authorities make the above statement of facts that is true to my own personal

knowledge, except as to those stated upon information and belief, which I believe to be true. I

declare under penalty of perjury that the information in this Petition is true and correct, in this

VERIFIED PETITION FOR PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651, CASE OF FIRST

IMPRESSION- RICO ACT CYBER CRIMES 18 U.S.C. §1028 Identity Theft (fraud in connection with

identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone

knowingly transfers, possesses, or uses without permission, identification of another person, and

then uses that identification during and/or in relation to the act of a particular felony violation)

and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) Veterans Affair

EMPLOYEES INTENTIONAL FRAUD AND WRONGFUL ACTS. was deployed to Germany US

Army USAREUR in April 1969 to December 1970, deployed in Germany US Army USAREUR in the

Special Weapons Depot, I am the Petitioner in this VERIFIED PETITION for Extraordinary Relief in

the Nature of a Writ of Mandamus and Civil Complaint and I know its contents. Petitioner and

Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the

United States of America, without the "United States" (federal government), that the above

Statement of Facts with Points and Authorities and laws is true and correct, according to the best

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 219 of 239

of Plaintiff's current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C.

1746. See the Supremacy Clause in the Constitution for the United States of America, as lawfully

amended (hereinafter "U.S. Constitution").


By: _____    THIS 31st day of December 2024

DONALD RICHARD KARR JR, the Petitioner, *Filed In Pro Per*

U. S. ARMY VIETNAM ERA VETERAN RAXXXX7616, 1973 application and VA FILE NO. CXX XX6

558

The Court may issue a Peremptory Writ of Mandamus as the Rule of Law. This Petition and this

'Case of First Impression with Special Circumstances, including Attempted Murder by Veterans

Affair Employees' brings the Fraud, RICO violations of 18 U.S.C. §1028 Identity Theft (fraud in

connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs

when someone knowingly transfers, possesses, or uses without permission, identification of another

person, and then uses that identification during and/or in relation to the act of a particular felony

violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) for over

fifty one (51) years that among the many crimes of the Veterans Affair Management and Employees

that demonstrates the conflict of interest within Veterans Affair to treat veterans with transparency

a public agency or governmental body has to perform an act required by law when it has neglected

or refused to do so for over fifty one (51) years [which Veterans Affair and its employees have

stolen fifty-six (56) years six hundred seventy (670) months through February 2024, six hundred

eighty two (682) months February 2025 of Petitioner's 100% Service Connected Disability Benefits].

The undisputed fact is that Veterans Affair has established two (2) sides to Petitioner's Profile, which

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 220 of 239

Petitioner is in the non service-connected side that he receives no benefits for medical or medications, no schooling benefits, no payments of his Choice Doctors or Dentist, that it is an undisputed fact Petitioner benefits are locked at 30% non Service Connected Disability Benefits, that Petitioner can't be up graded, and he has never been upgraded since approximately September 1973 when he made his first application for benefits on or about June 1973 subsequent to first application no. CXXXX 6558 on or about June 1973. The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973,  son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner his service connected benefits, Petitioner as a Veteran is entitled to all of his 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits.

Respondents Veterans Affairs with their Imputed Negligence, Obstructing Justice, and Conspiracies to Obstruct Justice as Predicated Acts of Racketeering Activities under the RICO Act Against Petitioner since 1973 are obligated to pay for Petitioner's 100% Service-Connected Disability benefits since February 1968, not the downgrading rating locking Petitioner's benefits at the 30% service-connected disability for Asthma/Bronchial.


State of Idaho          )

                        )        S.S.

County of Kootenai   )

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 221 of 239

**Asthma/Bronchial #6602** that has not a rating at all, Petitioner has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself, that included that fact Petitioner was allergic to the Cedar Barracks and Petitioner was diabetic that is an additional 40% Service-Connected Disability that `is in fact 130% in 1973! That makes the Veterans Affair award on or about November 4th 2013 a false and fraudulent award for the TOKEN 30% Service-Connected Disability! Veterans Affair Torturous Breach of Contract in each application with violations of the HOBBS Act and RICO Act predicated denial with prejudice on at least a minimum of twenty-six (26) upgrades and Notices of Disagreements to Veterans Service Center Managers of Petitioner's 100% Service-Connected Disabled Veterans Status since 1973!

9. When Dr. Llanos tried to overdose Petitioner on or about October 23rd 2013 it was intentional! Dr. Arturo R. Llanos attempt to murder Petitioner meeting the demand of Marie L. Weldon, Director of Veterans Affair in San Antonio to murder Petitioner for his benefits! Dr. Arturo R. Llanos premeditation of murdering Petitioner by overdose, with the knowledge of Marie L. Weldon, Director of Veterans Affair in San Antonio, purpose of KILLNG ME, because Marie L. Weldon, Director of Veterans Affair in San Antonio wanted Dr. Llanos to KILL ME was to obtain payment of Petitioner's benefits! Petitioner saw Dr. Llanos and his son on or about October 28th 2013 in Walmart in Kerrville Texas and Dr. Arturo R. Llanos looked at Petitioner as though he saw a Ghost! Immediately Dr. Arturo R. Llanos taking his son and immediately running out of the store because Dr. Arturo R. Llanos thought Petitioner was already dead! NOW because of the three (3)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 178 of 239

Methodist Boerne Emergency Room visits Petitioner uses strong 60 mg doses of the Prednisone Medication are required for Petitioner to bring him out of the pneumonia that Petitioner gets up to ten times a year!

10. On or about March 19, 2012 for Petitioner's third application and award through DAV efforts on or about March 19, 2012 in San Antonio Veterans Affair Application C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits that resulted in the TOKEN 30% Service-Connected Disabled Veterans benefits. Petitioner should have been given 40% service-connected disability that is noted in the above paragraphs to add with his actual 90% Service-Connected Disability Award rating by itself because it is two ratings Chronic Bronchitis #6600 and Asthma #6602 that also includes the fact that in 1973 that makes the minimum total of 100% Service-Connected Disabled Veterans Benefits

11. On or about November 4th 2013 in San Antonio Veterans Affair resulted in the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 Petitioner should have been given 40% service-connected disability noted in paragraph 4 above to add with his actual 90% Service Connected Disability Award rating by itself because it is two ratings Chronic Bronchitis #6600 and Asthma #6602 that also includes the fact that in 1973 that makes the total of 100% Service-Connected Disabled Veterans Benefits.

12. On or about September 26th 2014 when Petitioner applied in Kerrville, Texas that San Antonio Veterans Affair Application C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits that resulted in the TOKEN 30% Service-Connected Disabled Veterans benefits for the next application and award in VARO in Wisconsin Veterans Affair!

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 179 of 239

13. On or about June 26th 2015 for the next application and award in VARO in Houston Veterans Affair that Petitioner was shown Veterans Affair setting up 30% Non-Service Connected for 20% Diabetes mellitus type 2 disease condition is part of the award and 10% Tinnitus disease condition that were undisputed facts that Petitioner should have been given 30% service-connected disability to add with his actual 90% Service Connected Disability Award rating by itself because it is two ratings Chronic Bronchitis #6600 and Asthma #6602 that also includes the fact that in 1973 Veterans Affair and the United States Army knew that the Petitioner's Chronic Bronchitis #6600 and Asthma #6602 was 100% Service-Connected Disabled included the fact Petitioner was allergic to the Cedar Barracks and Petitioner was diabetic that is an additional 40% Service-Connected Disability in 1973!

14. On or about November 2015 Petitioner sent his application to Senator John McCain's Office in Prescott, Arizona! On or about November 2015 Petitioner sent his application for 100% Service-Connected Disabled Veterans Benefits. On or about May 2016 for the Application C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits and award in VARO in Houston Veterans Affair that Petitioner was given for 100% Service-Connected Disabled Veterans Benefits by Katrina Hipp! Veterans Affair, however, interfered with this upgrade that resulted in only 30% Service-Connected C-XXXX6558 in February 6th 2016 remained without the upgrade amount of 100% Service-Connected Disabled Veterans Benefits award and rating by Katrina Hipp.

15. On or about February 6th 2016 for Petitioner's next application and award in VARO in Houston Veterans Affair that Petitioner was given 30% Service-

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 180 of 239

Connected C-XXXX6558 shown as **Asthma/Bronchial #6602** that has not a rating at all, Petitioner has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself for Petitioner's actual 100% Service-Connected Disabled Veterans Benefits.

16. Began with 100% Service-Connected Disability Benefits in 1973 and in 2001 in Roseville, California denied benefits then in 2004 and 2005 surgery upgraded to 100% Service-Connected Disability on or about June 2005 for Petitioner's second application and award in 2005 in Reno, Nevada Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits!

17. Began with 100% Service-Connected Disability Benefits in 1973 -100% Service-Connected Disabled Veterans Benefits $3,106.04 @ 631 months =  $1,959,911.24

18. 2001 in Roseville, California denied benefits, -100% Service-Connected Disabled Veterans Benefits $3,106.04 @ 631 months = $1,959,911.24

19. 2004 and 2005 surgery upgraded to 100% Service-Connected Disability on or about June 2005-100% Service-Connected Disabled Veterans Benefits $3,106.04 @ 631 months = $1,959,911.24 while Petitioner is Protected by 55 year Rule at Veterans Affair

DONALD R. KARR, Jr. Vietnam Veteran C-XXXX6558 payment of the TOKEN 30% Service-Connected Disabled Veterans Benefits (amount given to me, but I have qualified since 1973 again for 100% Service-Connected Disabled Veterans Benefits) but the 30% Service-Connected Disabled Veterans Benefits, not paid                until on or about November 4th 2013 downgraded to 30% Service-Connected Disabled Veterans Benefits when in fact Petitioner is 100% Service Connected

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 181 of 239

Disabled since 1973, that was in fact approximately $7,000 after payment in
the amount of 100% Service-Connected Disabled Veterans Benefits paid out
and fraudulently funded in November 2011 in the approximate amount of
$5,000,000 paid out and payment to Marie L. Weldon and David J. Caudill
money laundering and identity theft of Petitioner's benefits!

Benefits stolen in November 2011 in the approximate amount of $5,000,000
paid out with payment to Marie L. Weldon and David J. Caudill San Antonio
money laundering and identity theft of my benefits stolen in November 2011
in the approximate amount of $5,000,000 paid out with payment to Marie L.
Weldon and David J. Caudill San Antonio money laundering and identity theft
of my benefits stolen in November 2011 in the approximate amount of
$5,000,000 paid out with payment to Marie L. Weldon and David J. Caudill
San Antonio money laundering and identity theft of my benefits is $5,234,831.53
30% Service-Connected Disabled Veterans Benefits Asthma#6602/Bronchial
#6600 $435.69 @631 months =$274,920.29

60% Service-Connected Chronic Bronchitis #6600 Disabled Veterans Benefits
because of dual award of Asthma#6602/Bronchial #6600 (now COPD #6604
pursuant to the test on or about November 9th 2017) $1,131.68 @631 months
=$714,090.08

Total of two awards a and b above is 90% Service-Connected Disabled
Veterans Benefits combined $1,862.96 @631 months - $1,175,527.76

June 26th 2015 for the next application and award in VARO in Houston
Veterans Affair that I was given 30% Non-Service Connected for Diabetes

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 182 of 239

mellitus type 2 disease condition is part of the award and Tinnitus disease condition $435.69 @631 months = $274,920.29

Grand Total of 100% Service-Connected Disabled Veterans Benefits $3,106.04 @631 months = $1,959,911.24

March 8th 2019 100% Service-Connected Disabled Veterans Benefits $3,106.04 @631 months = $1,959,911.24 stolen by Idaho Regional Director Kathy Malin false Award 30% Service-Connected Disabled Veterans Benefits Asthma#6602/Bronchial

### SUB TOTAL               $16,433,757.39

On or about **May 2016** for Petitioner's next application and award in VARO in Houston Veterans Affair that Petitioner was given 100% Service-Connected Disabled Veterans Benefits by Katrina Hipp but Houston, Texas VARO interfered with this upgrade that resulted in only 30% Service-Connected C-XXXX6558 rating that is the **Asthma/Bronchial #6602** that has not a rating at all, Petitioner has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself!

On or about **September 2016** for Petitioner's next application and award in VARO in Wisconsin Veterans Affair that Petitioner applied for in Missoula that Petitioner received no answer C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

On or about **July 2017** for Petitioner's application and award in Spokane Veterans

Affair C-XXXX6558 for 100% Non-Service-Connected PTSD Disabled Veterans Benefits through Amy Marrs she told me I would receive the amount of 100% Service-Connected Disabled Veterans Benefits plus for 100% Non-Service-Connected PTSD Disabled Veterans Benefits but Veterans Affair but nothing happened to proceed with award or rating after Amy Marrs Petitioner he was 100% Service-Connected Disabled Veterans Benefits plus for 100% Non-Service-Connected PTSD Disabled Veterans Benefits.

On or about October 2017 in Florida for Petitioner's next application and award in VARO in Boise Veterans Affair, that I was not given an upgrade Veterans Affair! VARO in Boise Veterans Affair allowed Florida VARO access Electronically Turned my Profile On/Off to access my benefits that Darryl Heisey represented to me from Idaho Veterans Advocacy, C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits that nothing was then given as a response or answer to my upgrade status but nothing happened to proceed with award or rating!

On or about February 12th 2018 in North Carolina for Petitioner's next application that Darryl Heisey represented me, from Idaho Veterans Advocacy, for the next application and award in VARO in Boise Veterans Affair that I was given 30% Service-Connected C-XXXX6558 for my 100% Service-Connected Disabled Veterans Benefits in North Carolina but nothing happened to proceed with award or rating.

On or about March 16th 2018 for Petitioner's next application and award through Amber Anderson from Spokane Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but she filled the wrong form that Petitioner was not given by Spokane Veterans Affair! Veterans Affair none the less

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 184 of 239

Electronically Turned On and then Off Petitioner's Profile accessing the Profile when in fact Amber gave Petitioner the wrong form and showed Petitioner with Primary as Asthma at 30% Service-Connected when it is Petitioner's secondary and Petitioner's primary is Chronic Bronchitis at 60% Service-Connected Benefits for upgrading Petitioner's Benefits based upon fact that It is clear and an undisputed fact that Petitioner's Chronic Bronchitis #6600 at 60% Service-Connected and Asthma #6602 at 30% Service-Connected disease conditions or a total of 90% Service-Connected, that in fact now shows based upon tests that Dr. Kevin Chang has performed on Petitioner that Petitioner now has Emphysema #6603 disease condition and COPD #6604 disease conditions would be more than 100% Service-Connected based upon never being up graded since 1973 and Diabetic other disability conditions that are ignored by Veterans Affair! Petitioner's disabilities were 100% Service-Connected Disabled Veterans Benefits that Petitioner received in 1973 but that were stolen by DONALD R. KARR, Veterans Affairs Employee, Navy Veteran! DONALD R. KARR JR, the Petitioner's Statement of Undisputed Facts with Points and Authorities in Disagreement of all the Fraudulent Veterans Affair Disability Award Ratings that have been awarded by Veterans Affair and not given to Petitioner since his original 1973 Application that has never been upgrade but it instead consist of the current 1973 Token 30% Nonservice-Connected disabled veteran classification and no education benefits including GI BILL Benefits were never given to Petitioner, although Petitioner has tried with no success to obtain any additional benefits that were paid out for forty-seven (47) years to Union Employee Member DONALD R. KARR, Veterans Affairs Employee, Navy Veteran instead of Veterans Affair paying the Petitioner!

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 185 of 239

DONALD R. KARR JR, the Petitioner's 1973 award specifically of his 100% Service-Connected disabled classification and benefits were not given to Petitioner in 1973 but given to and redirected to DONALD R. KARR, Veterans Affairs Employee, Navy Veteran who has been paid Petitioner's 100% Service-Connected Disability Benefits including Petitioner's Educational GI BILL Benefits which he also sent his son through LAW SCHOOL with Petitioner's Benefits!  Donald R. Karr Navy Veteran, Veterans Affair Employee is placed on death row for his Treason 18 U.S.C. § 2381 crimes including RICO Act Crimes with the and violation of the Hobbs Act 18 U.S.C. § 1951 robbery and extortion and Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) with the other Veterans Affair Union Employees who have committed Treason 18 U.S.C. § 2381 that have helped Donald R. Karr Navy Veteran, Veterans Affair Employee, identification information to establish himself as Petitioner should go to Indiana (or GITMO) where they are placed on death row!

On or about May 1st 2018 from Petitioner's application and award through Amber Anderson employed  by Spokane Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits which Sarah A. Martin that Petitioner was not given any additional Service-Connected Benefits by Spokane Veterans Affair that Electronically Turned On and then Off Petitioner's benefits when in fact Amber gave Petitioner the wrong form and showed Petitioner with Primary as Asthma at 30% Service-Connected when it is Petitioner's secondary and Petitioner's primary is Chronic Bronchitis at 60% Service-Connected Benefits for upgrading Petitioner's Benefits based upon fact that It is clear and an undisputed

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 186 of 239

fact that Petitioner's Chronic Bronchitis #6600 at 60% Service-Connected and Asthma #6602 at 30% Service-Connected disease conditions or a total of 90% Service-Connected, that in fact now shows based upon tests that Dr. Kevin Chang has performed on Petitioner that Petitioner now has Emphysema #6603 disease condition and COPD #6604 disease conditions would be more than 100% Service-Connected based upon never being up graded since 1973 and Diabetic other disability conditions that are ignored by Veterans Affair!

**On or about July 31st 2018** in Petitioner's next application Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Veterans Affair didn't fund Petitioner's Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

**On or On or about September 26th 2018** Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Veterans Affair didn't fund Petitioner's Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

**On or about October 1st 2018** for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 187 of 239

Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

**On or about October 11th 2018** for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

**On or about November 5th 2018** for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair and Electronically Turned On and Off. funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

**On or about November 6th 2018** for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 188 of 239

benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

**On or about November 13th 2018** for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

**On or about December 6th 2018** Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

**On or about March 8th 2019** Petitioner's next application taken over that Petitioner was rated in Boise, Idaho Veterans Affair Kathy Malin Regional Director almost 400 miles from Petitioner for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given an upgrade by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 189 of 239

**On or about March 8th 2019** Petitioner's next application in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

**On or about October 23rd 2019** for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

**On or about November 4th 2019** Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits because Petitioner didn't use the correct form, taking over three months to tell me without sending the correct form to me for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits. The form that Petitioner was not given by Spokane Veterans Affair when in fact Amber gave me the wrong form and showed my Primary as Asthma when it is Petitioner's secondary and Petitioner's primary is Chronic Bronchitis.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 190 of 239

On or about November 4th 2019 Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits because I didn't use the correct form taking over three months to tell me without sending the correct form to me for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

On or about December 4th 2019 Petitioner's next application in Montana Veterans Affair Senator Steve Daines, 218 E. Front Street, Suite 103, Missoula, Montana 59802!

Petitioner's many times since then has applied for my 100% Service-Connected Disabled Veterans Benefits that amounts to approximately twenty-six (26) or more times!

Petitioner has made numerous complaints to the Inspector General's Office, the Secretary of Department of Veterans Affairs and Emile Dufrene, Veterans Service Center Manager, Houston on or about January 27th 2013, May 6th 2014, June 6, 2014, June 7, 2014, July 5, 2014, July 11, 2014 and August 11, 2015! Petitioner sent his Notices of Disagreements to Emile Dufrene, Veterans Service Center Manager, Houston and PK Navara, Veterans Affairs and VARO in Houston evidence intake in Wisconsin and nothing has resulted in a resolution of this matter, but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits. The intentional failure to give Petitioner his 100% Service-Connected Disabled Veterans Benefits since 1973. DONALD R. KARR JR, the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 191 of 239

Petitioner's Statement of Undisputed Facts with Points and Authorities in Disagreement of all the Fraudulent Veterans Affair Disability Award Ratings that have been awarded by Veterans Affair and not given to Petitioner since his original 1973 Application that has never been upgrade but it instead consist of the current 1973 Token 30% Nonservice-Connected disabled veteran classification and no education benefits including GI BILL Benefits were never given to Petitioner, although Petitioner has tried with no success to obtain any additional benefits that were paid out for fifty-one (51) years to Union Employee Member DONALD R. KARR, Veterans Affairs Employee, Navy Veteran instead of Veterans Affair paying the Petitioner, **DONALD R. KARR JR,** the Petitioner's 1973 award specifically of his 100% Service-Connected disabled classification and benefits were not given to Petitioner in 1973 but given to and redirected to DONALD R. KARR, Veterans Affairs Employee, Navy Veteran and his son Donald Lee Karr a **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who has been paid Petitioner's 100% Service-Connected Disability Benefits including Petitioner's Educational GI BILL Benefits which he also sent his son through LAW SCHOOL with Petitioner's Benefits!

## ARTICLE VI.

## COUNT 1 -IDENTITY THEFT OF PETITIONER'S BENEFITS

## AGGRAVATED IDENTITY THEFT 18 U.S.C. § 1028A

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 192 of 239

## WITH TREBLE AND PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, Wrongful Acts against Petitioner, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty one (51) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Treble Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their 1On or about May 2016 for Petitioner's next application and award in VARO in Houston Veterans Affair that Petitioner was given 100% Service-Connected Disabled Veterans Benefits by Katrina Hipp but Houston, Texas VARO interfered with this upgrade that resulted in only 30% Service-Connected C-29296558 rating that is the Asthma/Bronchial #6602 that has not a rating at all, Petitioner has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself!

The Respondents, and each of them, day by day operation of Veterans Affair in the violation of the RICO Act violations and refusal of Petitioner's benefits is well documented.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 193 of 239

Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner. Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Respondents be required to account for all gains, profits, and advantages **derived from** their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## VII.

## COUNT 2 -FRAUD & IDENTITY THEFT OF PETITIONER'S BENEFITS

## IMPERSONATING PETITIONER TO OBTAIN HIS BENEFITS

## WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, Wrongful Acts against Petitioner, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 194 of 239

in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been over fifty one (51) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages **derived from** their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

///

///

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 195 of 239

## ARTICLE VIII.

## COUNT 3 -TORTUOUS BREACH OF CONTRACT

## WITH  PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus hs 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty (50) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits.them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ʳ 2024 Page 196 of 239

violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE IX.

## COUNT 4.  ROBBERY & EXTORTION OF VETERANS BENEFITS

### WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 197 of 239

to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty (50) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits, because of Respondents, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 198 of 239

X.

## COUNT 5. FALSIFING PETITIONER'S VA COMPUTER RECORDS

### LIBEL & SLANDER WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 199 of 239

and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits, because of Respondents, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner. Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages **derived from** their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE XI.

## COUNT 6. HARASSING  WHISTLE BLOWER

## WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus 100%

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 200 of 239

GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty (50) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 201 of 239

be required to account for all gains, profits, and advantages **derived from** their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE XII.

## COUNT 7.   DEFAMATION OF PETITIONER'S CIVIL RIGHTS

## WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. § Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 202 of 239

Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits.them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE XIII

## COUNT 8. DEFAMATION OF PETITIONER'S CHARACTER

## WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. § Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 203 of 239

connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits.  for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner.  Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 204 of 239

applicable State and federal law(s).

## ARTICLE XIV

## COUNT 9. REFUSAL OF EDUCATION BENEFITS & LIVELIHOOD

## TORTUOUS BREACH OF CONTRACT WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus hs 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty one (51) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679.

Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 205 of 239

Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the RICO Act violations and refusal of Petitioner's GI BILL Education Benefits and educational benefits, making it impossible fo the Petitioner to return to Petitioner's profession, unable to work in his Profession as a licensed California General Engineering Contractor (A) and Building Contractor (B). Veterans Affair refusing to help Petitioner use his Veterans Educational Benefits to become a license as a licensed California General Engineering Contractor (A) and Building Contractor (B) starting 2011. The Petitioner was not allowed his benefits because (Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973 and his son Donald Ray Karr had used all the education benefits to go to UCLA) there were no education benefits for Petitioner to get re-licensed as a General Engineering Contractor (A) and Building Contractor (B). Veterans Affair has refused Petitioner, any and all additional benefits the last thirteen (13) years. Petitioner has been prevented from working as a General Engineering Contractor (A) and Building Contractor (B) and Engineering Land Planner. Petitioner has been unable to work as a General Engineering Contractor infrastructure builder. Petitioner's private sector development experience includes successfully acquiring infrastructure public sector bond inducements agreements with Riverside County California totaling $750,000,000.00 for his project on this City of Perris, California (Riverside County) project, encompassing some 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus two (2) additional infrastructure public sector bond inducements agreements for two (2) additional $300,000,000 Riverside County Projects in 1986, when the bond market crashed in March of 1986 he was unable to proceed with his Joint Venture Partner Banker's Trust in New York

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 206 of 239

would not proceed.

Petitioner as an architectural and engineering designer and architectural and engineering builder, including infrastructure and home building developments can start from inception to completion of the entire community as a private gated Planned Unit Development. However it is Veterans Affair position that Veterans should go work at Mc Donalds instead. Petitioner has been prevented by the Respondents, and each of them, from obtaining any and all of his educational benefits or working in his profession to earn his livelihood. Veterans Affair, the Respondents, and each of them are positioned to steal the Veterans Benefits and give the Veterans nothing because they should instead work at Mc Donalds or Jack in the Box. Veterans Affair refuses Petitioner his 100% Service Connected Disability Benefits, when it is an undisputed fact Petitioner was never given his award on or about September 1973 for his 100% Service Connected Disability Benefits or his GI BILL Education Benefits promised him as a Veteran.

Veterans Affair instead gave Petitioner's benefits to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, and his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** so that Petitioner's benefits were sent to his address of 22402 Robin Oaks Terrace, Diamond Bar, California 91765 or a PO BOX, redirected to DONALD R. KARR, Navy Veteran,  Veterans Affairs Employee, by the United States Department of Veterans Affairs. Most recently, in the last thirteen (13) years since

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 207 of 239

Petitioner came to San Antonio Texas Veterans Affair Petitioner's benefits were again stolen in 2011 by the Respondents, and each of them, the Employees at Veterans Affair in San Antonio Texas, including but not limited to, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill her assistant, this has created a loss of income for Petitioner.

Veterans Affair refuses all educational benefits to Petitioner so that he is unable to study and retake the Bar to become a Licensed Attorney to Practice Law to proceed with obtaining his benefits, or obtaining a General Engineering (A) Contractors and General Building (B) Contractors License Test which Petitioner scored a 97% when he originally took in 1976. Veterans Affair was promised his education benefits as a Veteran but Veterans Affair, the Respondents, and each of them refuse Petitioner his education benefits. Petitioner could return to his Development business as a Hillside and Master Planned Community Designer, if Veterans Affair, the Respondents, and each of them, would give him his education benefits promised him as a Veteran, their wrongful acts vented with their prejudice of Petitioner, wrongfully subjecting Petitioner, in their over fifty one (51) years of the RICO Act violations, refusal of his benefits solely because Petitioner's name is KARR so that his benefits can be stolen by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs. Veterans Affairs Employees, Respondents and each of them, wrongful acts to be acted upon by Petitioner setting up the Petitioner to believe that he could get an upgrade in benefits or that he could get his Educational benefits from Veterans Affair was intentionally in Bad Faith.

Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 208 of 239

obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages **derived from** their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE XV

## PRAYER

FOR THESE REASONS, PETITIONER prays that all Respondents, and each of them herein shown as part of this action, be cited to appear and answer herein and that PETITIONER have and recover judgment against Respondents, Veterans Affairs Employees and each of them, wrongful acts to be acted upon by Petitioner. Petitioner relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees, Respondents, and each of them, wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner. for the following:

1. Actual damages described above, jointly and severally, in a fair and reasonable total amount in the jurisdictional limits of this court or, alternatively, as allowed by law;

2. Exemplary and punitive damages of and from each of the defendants in fair and reasonable amounts pursuant to Counts 1 through 9 in the jurisdictional limits of this court, or, alternatively, as allowed by law; Petitioner now re-alleges, each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. Substance

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 209 of 239

prevails over form and Petitioner seeks damages for:

A) **Count 1 Specifically for the Respondents, and each of them, for IDENTITY THEFT OF PETITIONER'S BENEFITS AGGRAVATED IDENTITY THEFT 18 U.S.C. § 1028A WITH TREBLE DAMAGES** based upon the payment of damages with stolen benefits since 1973 from Petitioner's Profile by Veterans Affair and its employees with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), ande as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

B) **Count 2 Specifically for the Respondents, and each of them, for FRAUD & IDENTITY THEFT OF PETITIONER'S BENEFITS FOR IMPERSONATING PETITIONER TO OBTAIN HIS BENEFITS WITH PUNITIVE DAMAGES** based upon the payment of damages with stolen benefits since 1973 from Petitioner's Profile by Veterans Affair and its employees with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 210 of 239

person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

C) Count 3 Specifically for the Respondents, and each of them, for TORTUOUS BREACH OF CONTRACT WITH PUNITIVE DAMAGES that Petitioner should receive damages for based upon the payment of damages with stolen benefits since 1973 from Petitioner's Profile by Veterans Affair and its employees with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). rising to the level of Racketeering Activities under the RICO Prdicated Acts, w ith their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), ande as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

D) Count 4 Specifically for the Respondents, and each of them, for ROBBERY & EXTORTION OF VETERANS BENEFITS WITH PUNITIVE DAMAGES Petitioner should receive damages for FRAUD PUNITIVE DAMAGES FOR ROBBERY & EXTORTION FORTY-NINE (49)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 211 of 239

YEARS, WITH FIFTY-FOUR (54) YEARS OF BENEFITS SIX HUNDRED SEVENTY (670) MONTHS FROM FEBRUARY 1968 THROUGH FEBRUARY 2024 WITH FALSE WRITINGS, FALSIFYING COMPUTER RECORDS OF PETITIONER AND HIS BENEFITS AND DENIAL OF PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS based upon the payment of damages with stolen benefits from Petitioner's Profile by Veterans Affair and its employees, plus Punitive Damages with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

E) **Count 5 Specifically for the Respondents, and each of them, for** FALSIFYING PETITIONER'S VETERANS AFFAIR COMPUTER RECORDS -LIBEL & SLANDER WITH PUNITIVE DAMAGES when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation to embezzle Petitioner's 100% Service Connected Disability Benefits, plus 100% GI BILL Educational Benefits to paid to Donald R. Karr, a former Union Employee at Veterans Affair, and his family but Veterans Affair intentionally denied the Petitioner FIFTY ONE (51) YEARS, WITH FIFTY-SIX (56) YEARS OF BENEFITS SIX HUNDRED SEVENTY (670) MONTHS FROM FEBRUARY 1968 THROUGH FEBRUARY 2024 WITH FALSE WRITINGS,

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 212 of 239

FALSIFYING COMPUTER RECORDS OF PETITIONER AND HIS BENEFITS AND DENIAL OF PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

F) Count 6 Specifically for the Respondents, and each of them, for HARASSING WHISTLE BLOWER WITH PUNITIVE DAMAGES Petitioner relied upon these representations that he was protected as a Whistle Blower, which caused his injury as set forth herein, refusal by Veterans Affair to award Petitioner's his 1973 award of his 100% Service Connected Disability Benefits including, but not limited to, Petitioner's GI BILL Education Benefits because they have been stolen from Petitioner, by Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, and his grandson, over a period of over fifty one (51) years, six hundred seventy (670) months, that began with Petitioner's disabilities discover in February 1968, so that Petitioner has not been paid from Febraury 1968 through February 2024 six hundred seventy (670) months, that now total fifty-six (56) years only to February 2024; and six hundred eighty two (682) months in February 2025. Petitioner, DONALD RICHARD KARR JR.,  has received no medications over the last two (2) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact they are paid for by Medicare, now over forty-five (45) times with no care or medications whatsoever from Veterans Affair. In fact Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner, and all under the supervision of Dr. Rebecca Meier, Chief of Staff, Spokane Veterans Affair [Spokane Veterans Affairs in fact, now continues trying the Premeditated Murder of Petitioner, that began on or about October 23rd 2013, by Dr. Arturo Llanos, including by his drug overdose of Petitioner, which

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 213 of 239

Petitioner spent three (3) trips to the ER at Methodist Hos pital Trauma Level Four Hospital, to keep from dying from Dr. Arturo Llanos overdose told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner]. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair utilized in his attempt to Murder Petitioner with the help of Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN told Petitioner to take every four (4) hours with the specific oral instructions given to Petitioner, DONALD RICHARD KARR JR.,  for his medical exacerbated disability disease conditions with his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions. Petitioner, DONALD RICHARD KARR JR., was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner. The specific oral instructions given to Petitioner, for the purpose of killing Petitioner on or about October 23rd 2013, with said medication toxic mixture as a weapon to silently kill Petitioner because the Symbicort is a twelve (12) hour medication. Petitioner, Donald Richard Karr Jr., joined the US Army during the Vietnam War in September 1967 on a delayed enlistment program, because of security clearance requirement, after he graduated from Downey High School in June 1966, he joined the Army officially in December 1967. Petitioner's DD 214 shows him as Donald Richard Karr, Jr., but Veterans Affair has changed Petitioner's name to Donald R. Karr so that Petitioner's benefits could be redirected to Donald R. Karr, Veterans Affair Employee in the Los Angeles Veterans Affair group, without the Petitioner's knowledge that Petitioner's benefits had been stolen, Donald Richard Karr, Jr., alleges that in 1973 Veterans Affair allowed Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, to redirect and assume the identity of DONALD R. KARR JR. Petitioner. Veterans Affair redirected Petitioner's award for his 100% Service Connected Disability Award the Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should

receive damages due to Respondents, and each of them.

G) Count 7 Specifically for the Respondents, and each of them, for DEFAMATION OF PETITIONER'S CIVIL RIGHTS WITH PUNITIVE DAMAGES Petitioner should receive damages for DEFAMATION OF CIVIL RIGHTS FOR PETITIONER FOR DEFAMATION THE VETERANS AFFAIR'S MANAGEMENT & EMPLOYEES WRONGFUL ACTS, FRAUDULENT RATINGS SINCE 1973 VIOLATING THE WESTFALL ACT 28 USC 2679 AT VETERANS AFFAIR, WITH THIRD PARTIES, INCLUDING RESPONDENTS, AND EACH OF THEM, CREATING FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS, THAT VIOLATED THEIR DUTY TO PAY PETITIONER HIS 100% SERVICE CONNECTED DISABILITY BENEFITS SINCE 1973, PETITIONER'S STATUS AS A 100% SERVICE-CONNECTED DISABLED VETERAN THAT HAS CREATED A FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS OF HIS BENEFITS COPAY DEDUCTIONS INCLUDING REFUSAL TO PAY FOR OVER TWENTY-FIVE MEDICAL BILLINGS CREATING COLLECTIONS FOR DEBTS DUE AND PAYABLE FROM VETERANS AFFAIR based upon the payment of damages with stolen benefits from Petitioner's Profile by Veterans Affair and its employees plus Punitive Damages with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 215 of 239

H) Count 8 Specifically for the Respondents, and each of them, for DEFAMATION OF PETITIONER'S CHARACTER, Petitioner should receive damages for DEFAMATION OF CHARACTER, PUNITIVE DAMAGES FOR PETITIONER FOR DEFAMATION VETERANS AFFAIR'S MANAGEMENT & EMPLOYEES WRONGFUL ACTS, FRAUDULENT RATINGS SINCE 1973 VIOLATING THE WESTFALL ACT 28 USC 2679 AT VETERANS AFFAIR, WITH THIRD PARTIES, INCLUDING RESPONDENTS, AND EACH OF THEM,   CREATING FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS THAT VIOLATED THEIR DUTY TO PAY PETITIONER HIS 100% SERVICE CONNECTED DISABILITY BENEFITS SINCE 1973, PETITIONER'S STATUS AS A 100% SERVICE-CONNECTED DISABLED VETERAN THAT HAS CREATED A FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS OF HIS BENEFITS COPAY DEDUCTIONS INCLUDING REFUSAL TO PAY FOR OVER TWENTY-FIVE MEDICAL BILLINGS CREATING COLLECTIONS FOR DEBTS DUE AND PAYABLE FROM VETERANS AFFAIR based upon the payment of damages with stolen benefits from Petitioner's Profile by Veterans Affair and its employees plus Punitive Damages with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive all punitive damages due to Respondents, and each of them.

I) Count 9 Specifically for the Respondents, and each of them, for REFUSAL OF

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 216 of 239

EDUCATION BENEFITS & LIVELIHOOD TORTUOUS BREACH OF CONTRACT WITH PUNITIVE

DAMAGES Veterans Affair Management and their Employees, the Respondents, and each of them,

in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner

as a Veteran entitled to 100% Service Connected Disability Benefits plus his 100% GI BILL

Educational Benefits, include but are not limited to, Punitive Damages from the Respondents, and

each of them, for their wrongful acts against the Petitioner in their over fifty one (51) years of the

RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against

the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty

one (51) years of the RICO Act violations and refusal of Petitioner's GI BILL Education Benefits and

educational benefits, making it impossible fo the Petitioner to return to Petitioner's profession,

unable to work in his Profession as a licensed California General Engineering Contractor (A) and

Building Contractor (B). Veterans Affair refusing to help Petitioner use his Veterans Educational

Benefits to become a license as a licensed California General Engineering Contractor (A) and

Building Contractor (B) starting 2011. The Petitioner was not allowed his benefits because (Donald

Lee Karr and his son Donald Ray Karr had used all the education benefits to go to UCLA) there

were no education benefits for for Petitioner to get re licensed as a General Engineering Contractor

(A) and Building Contractor (B). Veterans Affair has refused Petitioner, any and all additional

benefits the last thirteen (13) years. Petitioner has been prevented from working as a General

Engineering Contractor (A) and Building Contractor (B) and Engineering Land Planner. Petitioner

has been unable to work as a General Engineering Contractor infrastructure builder. Petitioner's

private sector development experience includes successfully acquiring infrastructure public sector

bond inducements agreements with Riverside County California totaling $750,000,000.00 for his

project on this City of Perris, California (Riverside County) project, encompassing some 1,300 acres

with 8,800 residential units and 396 acres for commercial and industrial R&D project plus two (2)

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 217 of 239

additional infrastructure public sector bond inducements agreements for two (2) additional $300,000,000 Riverside County Projects in 1986. Petitioner relied upon these representations, which caused his injury as set forth herein, Petitioner should receive damages due to Respondents, and each of them.

3. Attorney fees and legal costs including Petitioner's work as litigation paralegal, jointly and severally, in a fair and reasonable amount in excess of the minimum jurisdictional limits of this court, or, alternatively, as allowed by law;

4. The Petitioner/Plaintiff asks that the Court give notice to Veterans Affair that they must act in good faith to help the three veterans that are brought to the attention of the Court so they may be treated with transparency and receive their correct benefit rather than be ignored by Veterans Affair and be upgraded to 100% Service Connected Disability;

5. Pre-judgment interest and post-judgment interest as allowed by law;

6. Pre-judgment interest and post-judgment interest as allowed by law;

7. That Veterans Affair Union payment of Damages for their actions that made it impossible for Plaintiff Donald Richard Karr Jr. to obtain his benefits that were given to Donald Lee Karr know as Donald Richard Karr pay Twenty Five Billion ($25,000,000,000);

8. Costs of court; and

9. All other relief, in law and in equity, which Petitioner may be justly entitled and that Petitioner have and recover judgment.

Respectfully submitted,

too, so he is being charged $276 while it appears that Donald Lee Karr is impersonating

Petitioner using the insurance page 3 of 14 pages

**ID** List of Medications from Petitioner's private doctor Dr. Volyn that Veterans Affair

that includes for Premier Protein drinks per day to manage Petitioner's diabetic

condition shown in Exhibit IVE below page 9 through 17 of 66 consisting   of 9 pages is

shown on pages 4 and 5 of 14 pages (5/4/22)

**IE** List of Petitioner's medical disability conditions pages 6 of 14 through 8 of 14     plus

medications 8/16/2021 through 14 of 14 pages

2.  Specific diabetic shoes for replacement shown in the "Exhibit II" Group consisting of 1 page of

8 pages

3. Tests establishing proof of disabilities of Petitioner shown in the "Exhibit III" Group consisting

of 51 pages.

**IIIA** List of Disabilities (5/31/19) page 1 of 51 pages.

**IIIB** List of Disabilities (5/27/20) page 2 of 51 pages.

**IIIC** Boerne Methodist Hospital Emergency Room Report of Petitioner when he was

overdosed by Veterans Affair Dr Llanos on or about October 23rd 2013 that are the notes

of Board Certified Doctor Becky Doran MD 11/10/2013 pages 3 of 51 through 5 of 51

pages.

**IIID** Boerne Methodist Hospital Emergency Room Report of Petitioner when he was

overdosed by Veterans Affair Dr Llanos on or about October 23rd 2013 that are the notes

of Board Certified Doctor Liza Chopra MD 11/27/2013 pages 6 of 51 through 11 of 51

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 223 of 239

pages.

IIIE Boerne Methodist Hospital Emergency Room Report of Petitioner when he was overdosed by Veterans Affair Dr Llanos on or about October 23rd 2013 that are the notes of Board Certified Doctor Craig Gerstenkom MD 12/31/2013 consisting of 3 pages shown in pages 12 of 51 through 14 of 51 pages.

IIIF Pulmonary Medicine of Boerne Texas W John Ryan Board Certified Internal Medicine in Eleven States test in January 10th 2014  pages 15 of 51 through 16 of 51 pages

IIIG Pulmonary Medicine of Boerne Texas W John Ryan Board Certified Internal Medicine in Eleven States test in October 20th 2014  Sleep Apena Test pages 17 of 51 pages   through 25 of 51 pages.

III H Exacerbation Test performed under supervision of Dr. Kevin Chang  Internal Medicine November 9th 2017, establishing Petitioner has COPD pages 26   of 51 through 35 of 51 pages.

III (I) Reno Veterans Affair Petitioner's Doctors Notes Consult 07/26/2004 prior to Petitioner's Gallbladder Surgery establishing his second application for benefits that Petitioner is 100% Service Connected Disabled, since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule, page 36 of 51 through 38 of 51. These benefits were taken from his Veterans Affair Profile at San Antonio Veterans Affair in November 2011, that established Petitioner's 100% Service-Connected disabled classification and benefits, that have not been given to Petitioner. San Antonio Veterans Affair where David J. Caudill and   Marie Weldon stole Petitioner's 100% Service Connected Disability Benefits from   the Veterans Affair Computer. Pages 36 of 51 through 38 of 51 pages.

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 224 of 239

III J shows Petitioner's Veterans Affair Profile provided to Kootenai Clinic for his treatment by the designated Veterans Affair Doctor Dr. Glen Volyn not paid by Veterans Affair approximately four years but paid instead by Petitioner's Medicare:

1. shows Petitioner's address as 22042 Robin Oaks Terrace in Diamond Bar, California ...there is no such address in Diamond Bar, California 91765 but this address is forwarded to a PO Box in Diamond Bar , California because Donald Ray Karr also known as Donald R. Karr, Veterans Affair Employee in 1973 has stolen Petitioner's benefits allowing his son Donald Lee Karr, so that he was able to Impersonate Petitioner as Solider violating 18 U.S.C. § 906 Art 106, so that his son Donald Lee Karr on or about September 1973, began receiving Petitioner, Donald Richard Karr Jr., Vietnam ERA Veteran benefits Donald Ray Karr also known as Donald R. Karr, son Donald Lee Karr embezzlement of payments of Petitioner benefits for their money laundering and identity theft violations under the Hobbs Act 18 U.S.C. § 1951 robbery and extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 225 of 239

U.S.C §3) stolen Petitioner's benefits because there is no records that are taxed in said

benefits payments of these monthly benefits for the last approximately fifty one (51)

years. Page 39 of 51pages.

2. This copy of the Computer print out from Veterans Affairt shows

second print out with Petitioner's address as 212 W. Ironwood Drive

D544 Coeur D' Alene, Idaho 83814 on page 40 of 51 pages.

3. This copy of the Computer print out from Veterans Affairt shows third

print out Petitioner's address as 212 W. Ironwood Drive D544 Coeur D'

Alene, Idaho 83814 shows Petitioner is legally separated (false) from Jun

Ping Karr on page 41 of 51 pages.

III K Shows actual Title Information and ownership of Property:

1. Donald R. Karr also known as Donald Ray Karr, wife Jean Susan Karr

November 13th 1966 purchased 22402 Robin Oaks Terrace, Diamond Bar,

California 91765 'Joint Tenancy Grant Deed from Diamond Bar

Properties, a limited partnership page 42 of 51 pages and 43 Of 51 pages.

2. Quit Claim Deed of Property at 22402 Robin Oaks Terrace, Diamond

Bar, California 91765 from Jean Susan Karr to Donald R. Karr also known

as Donald Ray Karr, Veterans Affair Employee dated September 25th 1978

in their divorce that was for tax purposes only page 44 of 51 pages.

3. Petitioner's purchase of 3528 Crooked Creek Drive, Diamond Bar,

California 91765, Donald R. Karr Jr. and wife Cynthia L. Karr on August

1st 1977 that is the home where Petitioner lived in Diamond Bar, California not 22042

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 226 of 239

Robin Oaks Terrace, Diamond Bar shown in Petitioner's Veterans Affair Profile page 45 of

51 pages.

4. Petitioner Donald R. Karr Jr. and wife Cynthia L. Karr sale of their

home at 3528 Crooked Creek Drive, Diamond Bar, California 91765, on

May 21st 1979 pages 46 of 51 and 47 of 51 pages.

5. Petitioner's father and mother's (Donald Richard Karr and Arlene

Jane Karr) home purchased their home at 20938 Flapjack Drive in

Diamond Bar February 24th 1966 and sale of this home January 24th 1984

shown on pages 48 of 51 and 49 of 51 pages.

6. Print out of Petitioner's award from Veterans Affair November 4th 2013 establishes the

Veterans Affair employees theft of Petitioner benefits by Donald Lee Karr, so that Donald

Lee Karr was able to **Impersonate Petitioner as a Solider violating 18 U.S.C. § 906 Art 106**

**so that his son Donald Lee Karr on or about September 1973 began receiving Petitioner,**

**Donald Richard Karr Jr., Vietnam ERA Veteran benefits** for their money laundering and

identity theft violations under the Hobbs Act 18 U.S.C. § 1951 robbery and extortion

rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER

CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification

documents) 18U.S.C. § 1028A Aggravated Identity Theft (occurs when someone

knowingly transfers, possesses, or uses without permission, identification of another

person, and then uses that identification during and/or in relation to the act of a

particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the

Government) since 1973, rising to the level of Racketeering Activities under the RICO Act

with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 227 of 239

ACCESSORY AFTER THE FACT (18 U.S.C §3) stolen Petitioner's benefits because there is no records that are taxed in said benefits payments of these monthly benefits for the last over fifty one (51) years. Reno Veterans Affair Petitioner's Doctors Notes Consult 07/26/2004 prior to Petitioner's Gallbladder Surgery establishing his second application for benefits that Petitioner is 100% Service Connected Disabled since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule**, page 36 of 51 through 38 of 51 pages these benefits were taken from his Veterans Affair Profile at San Antonio Veterans Affair in November 2011 that established Petitioner's 100% Service-Connected disabled classification and benefits that have not been given to Petitioner in San Antonio Veterans Affair where David J. Caudill and Marie Weldon stole Petitioner's 100% Service Connected Disability Benefits from the Veterans Affair Computer shown on Pages 36 of 51 pages through 38 of 51 pages that are shown now in these pages 50 of 51 pages. and pages 51 of 51 pages.

4. Correspondence False Writings plus two 30% Service Connected Disability Rating shown in the "Exhibit IV" Group consisting of 66 pages

> **IV A** November 4th 2013 False Writing and Fraudulent Award from Veterans Affair San Antonio from Marie Weldon Director of 30% Service Connected Disabled because Petitioner is since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973 stolen at Veterans Affair on or about September 1973 by Donald Lee Karr, so that he was able to **Impersonate Petitioner as Solider violating 18 U.S.C. § 906 Art 106** so that his son Donald Lee Karr on or about September 1973 began receiving Petitioner, Donald Richard Karr Jr., Vietnam ERA Veteran benefits shown on pages 1 of 66 through 3 of 66 pages

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 228 of 239

IV B June 3rd 2014 Emile Dufrene Veterans Service Center Manager Houston Texas correspondence pages 4 of 66 through 6 of 66 pages when the undisputed fact is Petitioner is since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973.

IV C Petitioner's letter to Emile Dufrene Veterans Service Center Manager   Houston Texas, Petitioner is since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule,** Petitioner is 100% Service Connected Disabled since 1973. page 7 of 66 pages.

IV D September 23rd 2015 Petitioner's letter to Teena Black page 8 of 66 pages

IV E June 26th 2015 Veterans Affair upgrade rating that is in Petitioner's Protected status since 2003, **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973, for 30%

Service Connected Disabled that brings Petitioner's benefits to 60% Service Connected Disabled, which is 55 years of payments monthly since February 1968   owed to Petitioner for the current rating of 30% Service Connected Disabled and 60% Service Connected Disabled monthly payments, plus make Petitioner exempt from any copay, owed immediately by Veterans Affair shown on the nine pages, pages 9 of 66 through 17 of 66 pages.

IV F Veterans Affair refusal of Petitioner's February 26th 2020 Benefits to pay Petitioner's doctor plus establishing non payment status by Veterans Affair page 18 of 66 pages.

IV G July 30th 2018 Veterans Affair down grading of Petitioner's 60% Service Connected Benefits back to 30% Service Connected Benefits pages 19 of 66 pages and 20 of 66 pages. Petitioner's Protected status since 2003 **in the Protected Status pursuant to**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 229 of 239

**Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973. Veterans Affair has allowed Donald Lee Karr, so that he was able to **Impersonate Petitioner as Solider violating 18 U.S.C. §  906 Art 106 so that Donald Ray Karr,** Veterans Affair Employee son Donald Lee Karr on or about September 1973 began receiving Petitioner, Donald Richard Karr Jr., Vietnam ERA Veteran benefits  shown on **pages 1 of 66 through 3 of 66** pages

**IV H** July 31ˢᵗ 2018 Veterans Affair down grading of Petitioner's 60% Service Connected Benefits back to 30% Service Connected Benefits pages 20 of 66 pages and 21 of 66 pages.    Petitioner's Protected status since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973. Veterans Affair has allowed Donald Lee Karr, so that he was able to **Impersonate Petitioner as Solider violating 18 U.S.C. §  906 Art 106 so that Donald Ray Karr**Veterans Affair Employee son Donald Lee Karr on or about September 1973 began receiving Petitioner, Donald Richard Karr Jr., Vietnam ERA Veteran benefits shown on **pages 1 of 66 through 3 of 66** pages.

**IV I** Print out of Veterans Affair Records shows August 20ᵗʰ 2018, Petitioner is exempt from copay showing Petitioner is 30% Service Connected Disabled for Asthma/Bronchial, but there is no such rating at Veterans Affair. The undisputed fact is this is Petitioner's Chronic Bronchitis #6600 with mold and cedar allergies and Asthma #6602 that are two ratings and all are combined for Petitioner's 100% Service Connected Disability which Petitioner has been down graded for five (5) decades. This is a 'false writing and fraudulent document' showing Petitioner is married to Jun Ping Karr (they show Jun Ping Karr lives at 2050 W. Killington Drive apartment 20 when in fact there is no apartment there it is

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31ˢᵗ 2024 Page 230 of 239

the manager office).Petitioner has not seen Jun Ping Karr in 24 years and she does not live in Idaho, showing her as his 'next of kin' false information   and Veterans Affair show that Petitioner and Jun Ping Karr are legally separated. This setup to KILL Petitioner and produce a ID with this information and someone picture in  page 22 of 66 and page 23 of 66 pages.

IV J False Writing and Fraudulent letter from Kathy Malin because Petitioner's address of 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 was established by Petitioner in July 2018 when he lived at Sherman Avenue Homeless Shelter in Coeur d' Alene shown on Page 24 of 66 pages.

IV K False Writing and Fraudulent Document December 6th 2018 Petitioner's Protected status since  2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on  Page 25 of 66 pages.

IV L False Writing and Fraudulent Document October 31st 2019 Petitioner's Protected status since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 26 of 66 through 28 of 66 pages.

IV M False Writing and Fraudulent Document from Kathy Malin dated March  8th 2019 Petitioner's Protected status since 2003 in the Protected Status pursuant      to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 29 of 66 and 30 of 66pages.

IV N False Writing and Fraudulent Document November 4th 2019 Petitioner's

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 231 of 239

Protected status since  2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on  Pages 31 of 66 and 32 of 66 pages.

IV O Letter to Rebecca Meier Chief of Staff Spokane Veterans Affair dated August 21st 2019 Pages 33 of 66 through 45 of 66 pages total of thirteen (13) pages no answer from her and she no longer works at Veterans Affair in Spokane

IV P Whistle Blower Complaint to Tommy Tuberville dated September 7th 20211   shown in pages 46 of 66 trough 66 of 66 pages. twenty-one pages

5. Additional Evidence and Correspondence from Kerrville, Texas including when I worked as a CWT at Kerrville Veterans Affair in the Sterile Processing Department (SPD) shown in this "Exhibit V" Group consisting of 122 pages

V A Amended Complaint Amended February 15, 2013 (originally Written January 23rd 2013, Fairhaven Clinic that is the First Whistle Blower Complaint to Veterans Affair that Petitioner sent to Veterans Affair when Petitioner worked as a CWT at Kerrville Veterans Affair 2012 and 2013 in the Sterile Processing Department (SPD) consisting of 31 pages Pages 1-31

 V B Progess Notes of Dr. Arturo R Llanos MD January 14th 2913 when Mario left me in the rain prior to going to work as a CWT at Kerrville Veterans Affair 2012 and 2013 in the Sterile Processing Department (SPD) consisting of 5 pages Pages 32-36

V C Letter to Senator John Cornyn dated March 27th 2013 regarding the failure of Veterans Affair to provide any dental care to the Petitioner since this letter, that Veterans Affair has done nothing to provide Petitioner dental Care yet Petitioner's TRICARE

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 232 of 239

Insurance is given to Donald Lee Karr who is not a Veteran and his family that would provide Petitioner his dental needs consisting of 3 pages Pages 37-39

**V D Department of Veterans Affair false and fraudulent document dated November 4th 2013 regarding a 30% Service Connected Disability Rating,** False Writing and Fraudulent Document November 4th 2019 Petitioner's Protected status since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 7 pages Pages 40-46

**V E Methodist Boerne Hospital Emergency Room Bill for November 10th 2013 when Petitioner went (the first of three times Petitioner went to the Hospital after Dr. Arturo R. Llanos tried to overdose Petitioner and Kill Petitioner as his Patient)** Veterans Affair did not pay this $4,321.28 consisting of one page Page 47

**V F Veterans Affair January 9th 2018 assignment of Dr. Glen Volyn MD through TRIWEST Healthcare Alliance approval as Petitioner's Doctor.** Approximately four years (over three years of no payments for Petitioner currently) of Veterans Affair refusal to pay Petitioner's Medical costs, no medications, no medical tests paid yet Petitioner's TRICARE Insurance is given to Donald Lee Karr who is not a Veteran and his family, downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits consisting of one page Page 48

**V G Veterans Affair Montana VA Health Care System letter February 18th 2018 providing services in Montana at Ft. Harrison** consisting of one page Page 49

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 233 of 239

**V H Veterans Affair Spokane Washington VA Health Care System Copay Bill March 4th 2018** yet Petitioner's TRICARE Insurance is given to Donald Lee Karr who is not a Veteran and his family, downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are not voiding any Copay that Veterans Affair is illegally billing Petitioner for -consisting of 3 pages Pages 50-52

**V I Letter from Dr Glen Volyn Kootenai Clinic dated March 14th 2018 (Veterans Affair January 9th 2018 assignment of Dr. Glen Volyn MD through TRI_WEST Healthcare Alliance approval as Petitioner's Doctor)** that states that Petitioner's chronic conditions and disabilities include Type 2 Diabetes, COPD and PTSD. That he has a long history of being allergic to mold and cedar, plus history of chronic bronchitis due to small bronchial tubes, his chronic bronchitis has turned into COPD for which he uses Anoro Ellipta, he has been diagnosed with type 2 diabetes (at Veterans Affair June 26th 2015 specifically but refused the upgrade payment of the rating), he also has PTSD and Sleep Apnea for which he uses a CPAC Machine which Veterans Affair should supply but will not supply Petitioner consisting of one page Page 53

**V J Veterans Affair Letter dated May 2nd 2018 stating they are working on Petitioner's claim when in fact** Petitioner's Protected status since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 4 pages Pages 54-57

**V K Letter from Petitioner to Department of Veterans Affair Evidence Intake Center**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 234 of 239

Janesville Wisconsin Rating Group dated July 13th 2018 no answer and no one is listening when in fact Petitioner's Protected status since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 4 pages Pages 58-61

V L Letter from Dr. Glen Volyn when Petitioner wanted to transfer to Veterans Affair in Ft Harrison Montana leaving the Homeless Facility on Sherman is Coeur d' Alene Idaho when Petitioner arm was broken in a fall consisting of one page Page 62

V M Letter while at Homeless Facility in Coeur d' Alene dated August 20th 2018 trying to get help yet no one can listen or act to help Petitioner when in fact Petitioner's Protected status since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 3 pages Pages 63-65

V N Frivolous Letters from Kathy Malin Regional Office Director at Boise, Idaho   when in fact Petitioner's Protected status since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 235 of 239

Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 3 pages Pages 66-68

V O Kootenai Clinic from Dr Glen Volyn Medication List dated February 26th 2019 two pages consisting of 2 pages Pages 69-70

V P Fraudulent Rating dated November 4th 2019 when in fact Petitioner's Protected status since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 4 pages Pages 71-74

V R Letter to TJ Gaia Patient Experience Officer which on the task of communicating with Veterans Affair no one listens that Petitioner is unable obtain his benefits, when in fact Petitioner's Protected status since 2003 in the Protected Status pursuant to Veterans Affair 55 year Rule Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 7 pages Pages 75-81

V S Print out from Veterans Affair showing false information that Petitioner's Ex Wife is his Next of Kin. Petitioner has not seen her in 23 years and she does not live at 2050 W Killington Drive Apartment 20 when in fact there is no apartment there but it is the address of the manager's office ...this is Veterans Affair's (Kathy Malin) attempt at setting up the Next of Kin benefits to be paid to someone who claims to be Jun Ping Karr after

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 236 of 239

Veterans Affair KILLS THE PETITIONER because they will print an ID Card at Veterans Affair with Jun Ping Karr information and someone else picture consisting of 2 pages Pages 82-83

**V T Emergency Room Bill not paid by Veterans Affair for an emergency room billing when in fact** Petitioner's Protected status since 2003 **in the Protected Status pursuant to Veterans Affair 55 year Rule** Petitioner is 100% Service Connected Disabled since 1973. shown on Pages 31 of 66 and 32 of 66 of Exhibit IV and the first of the false rating that are downgrading Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family consisting of 2 pages Pages 84-85

**V U Letter to Senator Mike Crapo dated August 18th 2021 that has never been answered** consisting of 19 pages Pages 86-104

**V V** Shoe order for diabetic shoes from Veterans Affair and Medicare ...no shoes received that fit Petitioner for the Medicare shoes plus no Veterans Affair shoes were received by Petitioner from Wayne Clair Johnson consisting of one page Page 105

**V W** TRICARE Insurance billings dated January 30th 2023 and August 25th 2023 showing the Sponsor as Donald R. Karr Jr the Petitioner and his social security number plus the letter sent to TRICARE Insurance Mary Stilen dated February 15th 2023. Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family has made it impossible  for Petitioner to obtain his TRICARE Insurance consisting of 11 pages Pages 106-116

**V X Dr. Volyn Kootenai Health After Visit Summary September 8th 2023 showing that**

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 237 of 239

Petitioner is now using Trulicity Insulin consisting of 6 pages Pages 117-122

VY Kootenai Health Care Current Billing

DONALD RICHARD KARR JR, the Petitioner

LIST OF DIABETIC SHOES EXHIBIT "II"

Dr. Comfort Shoes Collection …size 11-1/2 (3) EEE thirty-three (36) pair shoes and thirty (36) inserts size 11-1/2 (3) EEE 216 pairs of shocks through 2025

1. 4 pair CLASSIC dress shoes with (2) chestnut #8420 color and (2) black #8410 color

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 238 of 239

2. 6 pair WING dress shoes with (3) chestnut #8320 color and (3) black #8310 color

3. 3 pair PATRICK CASUAL shoes with (1) MULTI brown/black #8560 color (1) chestnut #8520 color and black #8510 color

4. 3 pair Performance Collection Metallic/Blue #7650, Black #7611 and Black/Gray #7610

5. 2 pair Winner Plus Shoe Collection Black #7210 White #7240

6. One Pair Endurance Plus Black #7310

7. One Pair Performance X Collection Black/Grey #991

8. (2) pair Dr. Comfort Relax Men's Slippers -Chocolate #5220 & Camel #5230 order slippers

Propet Shoes: 11-1/2 (3)EEE eleven (11) pair Propet Shoes:11-1/2 (3)EEE

1. 4 pair Ridge Walker M3599 204350032 (Lcode L3222 4" Shoe Brown-BR

2. 3 pair Ridge Walker Low Shaft Black-B; and Grey/Blue- Grb

3. 6 pair Traverse (2) MBA042K 204500038 Black/Dark Grey BGR; (2) Grey/Black GRB; and (2) Sand/Brown SAB

Dr. Comfort -Diabetic Socks 198 pairs shocks
Over-the-Calif Men's Black large 72 pairs
Over-the-Calif Men's White large 36 pairs
Crew Men's Black large 66 pairs and Crew Men's Sand large 24 pairs

The CPAC Machine Res Med AirCurve ST-A Bilevel w/Humid Air, Plus get AirFit F10 Full Face Mask Assembly Kit, Res Med Airfit F10 Headgear Assembly, ResMed Climate Line Air Heated tubing, (2) Sleep Direct Filter for Resmed Air Sense 10
Petitioner has been refused these critical needs that are authorized that Veterans Affair refuses Petitioner as a Service Connected Veteran so that it is reasonable that a lump sum payment of forty five thousand dollars ($45,000) should be paid to Petitioner for his direct payment to reimburse his loss

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 239 of 239

On this 31ˢᵗ day of December, in the year of 2024, before me personally appeared DONALD

RICHARD KARR JR, personally known to me or proved to me on the basis of satisfactory

evidence to be the person whose name is subscribed to the within instrument, and acknowledged

that he executed same.

Signature of Notary Public

My Commission Expires: 02/07/2025

Reside in: Kootenai County

SANLY POI
Notary Public - State of Idaho
Commission Number 20190240
My Commission Expires Feb 7, 2025

## LIST OF EXHIBITS

### Exhibit "I" through "V"

1. Petitioner's DD-214 and VA ID plus Medicare Health Insurance shown in this "Exhibit I" Group

consisting of 14 pages with Petitioner's TRICARE Insurance' shown in this "Exhibit I" Group

consisting of 14 pages total.

IA is Petitioner's DD 214 page 1 of 14 pages

IB is Petitioner's Vetrerans Affair Card, Texas ID, Social Security Card and    Medicare card

page 2 of 14 pages

IC is TRICARE Bill dated (05/13/2022) showing Petitioner as the Sponsor or

Petitioner's TRICARE that he has never been given, that he appears to the  dependent

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31ˢᵗ 2024 Page 222 of 239

DONALD RICHARD KARR JR, the Petitioner *Filed In Pro Per*

U. S. ARMY VIETNAM ERA VETERAN RAXXXX7616, 1973 VA FILE NO. CXX XX6 558,

EXECUTED ON THIS 31st day of December 2024

I, DONALD R. KARR JR, the Petitioner, was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 to December 1970, the Petitioner in this Petition for Extraordinary Relief in the Nature of a RICO Act PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651 CASE OF FIRST IMPRESSION. with Special Circumstance including Attempted Murder with Points and Authorities make the above statement of facts that is true to my own personal knowledge, except as to those stated upon information and belief, which I believe to be true. I declare under penalty of perjury that the information in this Petition is true and correct, in this VERIFIED PETITION FOR PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651, CASE OF FIRST IMPRESSION- RICO ACT CYBER CRIMES 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) Veterans Affair EMPLOYEES INTENTIONAL FRAUD AND WRONGFUL ACTS. was deployed to Germany US Army USAREUR in April 1969 to December 1970, deployed in Germany US Army USAREUR in the Special Weapons Depot, I am the Petitioner in this VERIFIED PETITION for Extraordinary Relief in the Nature of a Writ of Mandamus and Civil Complaint and I know its contents. Petitioner and Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above Statement of Facts with Points and Authorities and laws is true and correct, according to the best

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 - Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973' Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d) Writ of Mandamus 28 U.S.C.A. §  1651 (a) December 31st 2024 Page 219 of 239

of Plaintiff's current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C.

1746. See the Supremacy Clause in the Constitution for the United States of America, as lawfully

amended (hereinafter "U.S. Constitution").

By: _____    THIS 31st day of December 2024

DONALD RICHARD KARR JR, the Petitioner, *Filed In Pro Per*

U. S. ARMY VIETNAM ERA VETERAN RAXXXX7616, 1973 application and VA FILE NO. CXX XX6

558

The Court may issue a Peremptory Writ of Mandamus as the Rule of Law. This Petition and this

'Case of First Impression with Special Circumstances, including Attempted Murder by Veterans

Affair Employees' brings the Fraud, RICO violations of 18 U.S.C. §1028 Identity Theft (fraud in

connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs

when someone knowingly transfers, possesses, or uses without permission, identification of another

person, and then uses that identification during and/or in relation to the act of a particular felony

violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) for over

fifty one (51) years that among the many crimes of the Veterans Affair Management and Employees

that demonstrates the conflict of interest within Veterans Affair to treat veterans with transparency

a public agency or governmental body has to perform an act required by law when it has neglected

or refused to do so for over fifty one (51) years [which Veterans Affair and its employees have

stolen fifty-six (56) years six hundred seventy (670) months through February 2024, six hundred

eighty two (682) months February 2025 of Petitioner's 100% Service Connected Disability Benefits].

The undisputed fact is that Veterans Affair has established two (2) sides to Petitioner's Profile, which

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 220 of 239

Petitioner is in the non service-connected side that he receives no benefits for medical or medications, no schooling benefits, no payments of his Choice Doctors or Dentist, that it is an undisputed fact Petitioner benefits are locked at 30% non Service Connected Disability Benefits, that Petitioner can't be up graded, and he has never been upgraded since approximately September 1973 when he made his first application for benefits on or about June 1973 subsequent to first application no. CXXXX 6558 on or about June 1973. The reason why Petitioner is not given these upgrades or ratings is because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973,  son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner his service connected benefits, Petitioner as a Veteran is entitled to all of his 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits.

Respondents Veterans Affairs with their Imputed Negligence, Obstructing Justice, and Conspiracies to Obstruct Justice as Predicated Acts of Racketeering Activities under the RICO Act Against Petitioner since 1973 are obligated to pay for Petitioner's 100% Service-Connected Disability benefits since February 1968, not the downgrading rating locking Petitioner's benefits at the 30% service-connected disability for Asthma/Bronchial.


State of Idaho          )

                        )        S.S.

County of Kootenai   )

Petitioner's Original Petition for 'Case of First Impression with Special Circumstances
Including Veterans Affair Attempted Murder of Petitioner Donald Richard Karr, Jr. CXXXX6558 -
Obstruction of Justice with Stolen Petitioner's Veterans Benefits since 1973'
Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d)
Writ of Mandamus 28 U.S.C.A. § 1651 (a) December 31st 2024 Page 221 of 239